**<u>Exhibit B</u>**

**Proposed Final Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CARESTREAM HEALTH, INC., *et al.*,[1] | ) | Case No. 22-10778 (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | **Re: Docket No.** _ |

**FINAL ORDER (I) AUTHORIZING THE DEBTORS
TO (A) MAINTAIN INSURANCE AND SURETY COVERAGE
ENTERED INTO PREPETITION AND PAY RELATED PREPETITION
OBLIGATIONS, AND (B) RENEW, SUPPLEMENT, MODIFY, OR PURCHASE
INSURANCE AND SURETY COVERAGE, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of a final order (this "Final Order"), (a) authorizing the Debtors to (i) maintain coverage under the Insurance Policies and the Surety Bonds and pay related obligations, and (ii) renew, supplement, modify, or purchase insurance and surety coverage in the ordinary course, and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Carestream Health, Inc. (0334); Carestream Health Acquisition, LLC (0333); Carestream Health Canada Holdings, Inc. (7700); Carestream Health Holdings, Inc. (7822); Carestream Health International Holdings, Inc. (5771); Carestream Health International Management Company, Inc. (0532); Carestream Health Puerto Rico, LLC (8359); Carestream Health World Holdings, LLC (1662); and Lumisys Holding Co. (3232). The location of the Debtors' service address is: 150 Verona Street, Rochester, New York 14608.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted on a final basis as set forth in this Final Order.

2. The Debtors are authorized, but not directed, to: (a) continue and maintain the Insurance Policies and the Surety Bonds and pay any related prepetition or postpetition amounts or obligations in the ordinary course of business, including any amounts or obligations that may be owed to the Brokers; and (b) after consultation with the Required DIP Lenders (as defined in the RSA), renew, amend, supplement, extend, or purchase insurance policies and surety bonds, in each case to the extent that the Debtors determine that such action is in the best interest of their estates.

3. The banks and financial institutions on which checks were drawn or electronic payment requests made in payment of the prepetition obligations approved herein are authorized to receive, process, honor, and pay all such checks and electronic payment requests when presented for payment, and all such banks and financial institutions are authorized to rely on the Debtors' designation of any particular check or electronic payment request as approved by this Final Order.

4. Nothing contained in the Motion or this Final Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Final Order), is intended as or shall be construed or deemed to be: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Motion or this Final Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

5. The Debtors are authorized, but not directed, to issue postpetition checks, or to effect postpetition fund transfer requests, in replacement of any checks or fund transfer requests that are dishonored as a consequence of these chapter 11 cases with respect to prepetition amounts owed in connection with the relief granted herein.

6. Nothing in this Final Order authorizes the Debtors to accelerate any payments not otherwise due.

7. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

8. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Final Order are immediately effective and enforceable upon its entry.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Final Order in accordance with the Motion.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Order.

# Exhibit C

**Insurance Policies and Surety Bonds**

| Type of Coverage | Insurance Carrier | Policy Number | Policy Term | Approximate Annual Premium |
|---|---|---|---|---|
| Automobile Liability | Everest Denali Insurance Company | RM5CA 00001-221 | April 30, 2022 - April 30, 2023 | $93,286 |
| Automobile Liability | Everest Denali Insurance Company | RM5CA 00002-221 | April 30, 2022 - April 30, 2023 | $1,209 |
| Business Travel Accident | ACE American Insurance Company | ADD N18234567 | August 1, 2022 - August 1, 2025 | $99,114 |
| Commercial General Liability | Everest National Insurance Company | RM5GL 00001-221 | April 30, 2022 - April 30, 2023 | $54,170 |
| Crime Bond | Federal Insurance Company | 8261-2796 | December 1, 2021 - December 1, 2022 | $ 33,084 |
| Crime Bond | Endurance American Insurance Company | CRX30002174901 | December 1, 2021 - December 1, 2022 | $24,813 |
| Crime Bond | Everest National Insurance Company | PC8EX00012-211 | December 1, 2021 - December 1, 2022 | $18,610 |
| Crime Bond - Supplement | Federal Insurance Company | 8221-4405 | December 1, 2019 - December 1, 2022 | $14,340 |
| Defense Base Acts Workers Compensation | Insurance Company of the State of PA | 15721421 | April 30, 2022 - April 30, 2023 | $5,500 |
| Directors & Officers Liability | Federal Insurance Company | 8261-2796 | December 1, 2021 - December 1, 2022 | $77,537 |
| Directors & Officers Liability | Endurance American Insurance Company | DOX30002174801 | December 1, 2021 - December 1, 2022 | $58,152 |
| Directors & Officers Liability | Everest National Insurance Company | PC8EX00012-211 | December 1, 2021 - December 1, 2022 | $43,614 |
| Directors & Officers Liability | National Union Fire Insurance Company of Pittsburgh, PA - AIG | 02-156-41-48 | December 1, 2021 - December 1, 2022 | $32,710 |
| Directors & Officers Liability | Ironshore Indemnity Inc. | DO6GAB5DSK002 | December 1, 2021 - December 1, 2022 | $29,930 |
| Directors & Officers Liability | Allianz Global Risks US Insurance Company | USF00226521 | December 1, 2021 - December 1, 2022 | $23,944 |
| Directors & Officers Liability Side "A" Excess Policy | Marsh Alpha – Lloyd's of London | B0509FINMN2150418 | December 1, 2021 - December 1, 2022 | $58,161 |
| Employment Practices Liability | Federal Insurance Company | 8261-2796 | December 1, 2021 - December 1, 2022 | $75,557 |
| Employment Practices Liability | Endurance American Insurance Company | EPX30002175501 | December 1, 2021 - December 1, 2022 | $56,668 |

| Type of Coverage | Insurance Carrier | Policy Number | Policy Term | Approximate Annual Premium |
|---|---|---|---|---|
| Employment Practices Liability Punitive Damages | Chubb Bermuda Insurance Ltd. | PD11562-001-A | December 1, 2021 - December 1, 2022 | $7,556 |
| Employment Practices Liability Punitive Damages | Magna Carta Insurance, Ltd. | MCEN208370 | December 1, 2021 - December 1, 2022 | $5,667 |
| Excess Casualty Liability | Allianz Global Risks US Insurance Company | USL00191822 | April 30, 2022 - April 30, 2023 | $271,500 |
| Excess Casualty Liability | Endurance American Insurance Company | XSC30000318305 | April 30, 2022 - April 30, 2023 | $160,000 |
| Excess Casualty Liability | Great American Spirit Insurance Company | EXC 4138517 | April 30, 2022 - April 30, 2023 | $149,000 |
| Excess Casualty Liability | Indemnity Insurance Company of North America | XSM G71803661 003 | April 30, 2022 - April 30, 2023 | $92,600 |
| Fiduciary Liability | Federal Insurance Company | 8261-2796 | December 1, 2021 - December 1, 2022 | $24,263 |
| Fiduciary Liability | Everest National Insurance Company | PC8EX00012-211 | December 1, 2021 - December 1, 2022 | $21,838 |
| Foreign Business Auto Liability | The Insurance Company of the State of Pennsylvania | 800278918 | April 30, 2022 - April 30, 2023 | $2,000 |
| Foreign Commercial General Liability | The Insurance Company of the State of Pennsylvania | 800278917 | April 30, 2022 - April 30, 2023 | $16,705 |
| Foreign Voluntary Compensation and Employers Liability | The Insurance Company of the State of Pennsylvania | 8374968 | April 30, 2022 - April 30, 2023 | $4,606 |
| Group Personal Umbrella Liability | Federal Insurance Company | 79595278 | May 1, 2022 - May 1, 2023 | $25,848 |
| Group Personal Umbrella - Errors & Omissions Liability | Chubb Custom Insurance Company (Non-Admitted) | 79951289 | May 1, 2022 - May 1, 2023 | $519 |
| Marine Cargo | Zurich American Insurance Company | OC-5416218 | July 1, 2021 - July 1, 2022 | $190,413 |
| Professional Liability, Media Technology E&O, Cyber Risk | Beazley Insurance Company | V15UPG221601 | August 1, 2022 - August 1, 2023 | $241,250 |
| Professional Liability, Media Technology E&O, Cyber Risk | Indian Harbor Insurance Company - XL | MTE9043828 01 | August 1, 2022 - August 1, 2023 | $245,935 |
| Property Damage & Business Interruption | Factory Mutual Insurance Company | 1090135 | November 1, 2021 - November 1, 2022 | $1,305,727 |

| Type of Coverage | Insurance Carrier | Policy Number | Policy Term | Approximate Annual Premium |
|---|---|---|---|---|
| Workers Compensation & Employer's Liability | Everest Premier Insurance Company | RM5WC00001-221 | April 30, 2022 - April 30, 2023 | $323,266 |
| Workers Compensation & Employer's Liability | Everest Premier Insurance Company | RM5WC 00013-221 | April 30, 2022 - April 30, 2023 | $1,340 |
| Workers Compensation & Employer's Liability | Everest Premier Insurance Company | RM5WC 00015-221 | April 30, 2022 - April 30, 2023 | $8,094 |

| Bond Number | Principal | Obligee | Surety | Nature of Bond | Expiration Date |
|---|---|---|---|---|---|
| 800001019 | Carestream Health, Inc. | Colorado Department of Public Health and Environment, Hazardous Materials and Waste Management Division | Atlantic Specialty Insurance Company | Closure/Post closure - EPA #110031306272 | 1/22/2023 |
| 800037222 | Carestream Health, Inc. | U.S. Customs and Border Protection | Atlantic Specialty Insurance Company | US Customs Importer Bond | 10/27/2022 |
| 800031085 | Carestream Health, Inc. | State of Alaska | Atlantic Specialty Insurance Company | Alaska Construction Contractor Surety Bond | 12/31/2022 |
| 800001035 | Carestream Health, Inc. | Arizona State Board of Pharmacy | Atlantic Specialty Insurance Company | Arizona Prescription Drug Wholesale Distributor | 8/7/2023 |
| 800053720 | Carestream Health, Inc. | California State Board of Pharmacy | Atlantic Specialty Insurance Company | California Wholesaler or Nonresident Wholesaler Surety Bond - Out of State Prescription Drug Wholesaler | 3/12/2023 |
| 800001036 | Carestream Health, Inc. | State of Florida, Department of Business and Professional Regulation | Atlantic Specialty Insurance Company | Florida Out of State Prescription Drug Wholesale Distributor | 8/7/2023 |
| 800031122 | Carestream Health, Inc. | State of Iowa, Division of Labor | Atlantic Specialty Insurance Company | Iowa Out of State Contractor License | 3/6/2023 |
| 800031086 | Carestream Health, Inc. | Iowa Board of Pharmacy | Atlantic Specialty Insurance Company | Iowa Drug Distribution License | 11/1/2022 |
| 800122453 | Carestream Health, Inc. | Kentucky Board of Pharmacy | Atlantic Specialty Insurance Company | Kentucky Wholesale Distributor Pharmacy Bond | 8/30/2023 |
| 800001039 | Carestream Health, Inc. | Maryland Board of Pharmacy | Atlantic Specialty Insurance Company | Maryland Wholesale Drug Distributor | 12/15/2022 |
| 800001093 | Carestream Health, Inc. | Mississippi Board of Pharmacy | Atlantic Specialty Insurance Company | Mississippi Pharmaceutical Drug Facility Surety Bond | 12/5/2022 |
| 800001038 | Carestream Health, Inc. | Nebraska Department of Health and Human Services | Atlantic Specialty Insurance Company | Nebraska Wholesaler Drug Distributor | 7/16/2023 |
| 800056038 | Carestream Health, Inc. | Nevada State Board of Pharmacy | Atlantic Specialty Insurance Company | Nevada Pharmaceutical Wholesaler Surety Bond | 9/23/2022 |
| 800053723 | Carestream Health, Inc. | State of Oregon Board of Pharmacy | Atlantic Specialty Insurance Company | Oregon Drug Wholesaler | 3/24/2023 |
| 800031079 | Carestream Health, Inc. | State of Washington | Atlantic Specialty Insurance Company | Washington State Contractor's License Bond | 10/19/2022 |

| Bond Number | Principal | Obligee | Surety | Nature of Bond | Expiration Date |
|---|---|---|---|---|---|
| 800053702 | Carestream Health, Inc. | Wisconsin Prescription Drug Wholesale Distributor | Atlantic Specialty Insurance Company | Wisconsin Department of Safety and Professional Services (DSPS) | 2/24/2023 |
| 800137577 | Carestream Health, Inc. | Single entry bond | Atlantic Specialty Insurance Company | U.S. Customs and Border Protection | 6/15/2023 |
| 800137575 | Carestream Health, Inc. | Single entry bond | Atlantic Specialty Insurance Company | U.S. Customs and Border Protection | 5/18/2023 |
| 800137576 | Carestream Health, Inc. | Single entry bond | Atlantic Specialty Insurance Company | U.S. Customs and Border Protection | 5/18/2023 |
| 800137578 | Carestream Health, Inc. | Single entry bond | Atlantic Specialty Insurance Company | U.S. Customs and Border Protection | 6/15/2023 |