**<u>Exhibit C</u>**

**Authorities**

## Authorities

| Tax Type | Jurisdiction | Tax Authority | Address |
|----------|--------------|---------------|---------|
| Sales & Use Taxes | Alabama | City of Alabaster | PO BOX 361361<br>BIRMINGHAM, AL 35201-0361 |
| Sales & Use Taxes | Alabama | Baldwin County | BUSINESS LICENSE AREA<br>220 COURTHOUSE SQUARE<br>BAY MINETTE, AL 36507 |
| Sales & Use Taxes | Alabama | Calhoun County | 1702 NOBLE STREET<br>SUITE 104<br>ANNISTON, AL 36201 |
| Sales & Use Taxes | Alabama | City of Decatur | PO BOX 830525<br>BIRMINGHAM, AL  35283 |
| Sales & Use Taxes | Alabama | City of Hoover | PO BOX 11407<br>HOOVER, AL 35246-0144 |
| Sales & Use Taxes | Alabama | City of Huntsville | PO BOX 308<br>HUNTSVILLE, AL  35804-0308 |
| Sales & Use Taxes | Alabama | City of Irondale | CITY OF IRONDALE<br>REVENUE DEPT<br>PO BOX 100188<br>IRONDALE, AL 35210 |
| Sales & Use Taxes | Alabama | Jefferson County | 716 RICHARD ARRINGTON JR BLVD N<br>BIRMINGHAM, AL  35203 |
| Sales & Use Taxes | Alabama | Madison County | 100 NORTHSIDE SQUARE<br>ROOM 108<br>HUNTSVILLE, AL 35801-4820 |
| Sales & Use Taxes | Alabama | County of Mobile | P.O. BOX DRAWER 1169<br>MOBILE, AL 36633 |
| Sales & Use Taxes | Alabama | City of Mobile | REVENUE DEPARTMENT<br>205 GVT ST SOUTH TWR 2ND FL<br>MOBILE, AL 36602 |
| Sales & Use Taxes | Alabama | Montgomery County | PO BOX 1111<br>MONTGOMERY, AL  36101 |
| Sales & Use Taxes | Alabama | Morgan County | P.O. BOX 696<br>DECATUR, AL 35602 |
| Sales & Use Taxes | Alabama | Shelby County | P.O. BOX 1298<br>COLUMBIANA, AL 35051 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| Sales & Use Taxes | Alabama | State of Alabama | OFFICE OF THE COMMISSIONER P.O. BOX 327001 MONTGOMERY, AL 36132-7001 |
| Sales & Use Taxes | Alabama | Tuscaloosa County | TUSCALOOSA LICENSE COMMISSIONER PO BOX 020737 TUSCALOOSA, AL 35402 |
| Sales & Use Taxes | Alabama | City of Tuscaloosa | CITY OF TUSCALOOSA-REVENUE DEPARTMENT PO BOX 2089 TUSCALOOSA, AL 35403 |
| Sales & Use Taxes | Alabama | State of Alabama | OFFICE OF THE COMMISSIONER P.O. BOX 327001 MONTGOMERY, AL 36132-7001 |
| Sales & Use Taxes | Arkansas | State of Arkansas | SALES AND USE TAX UNIT P.O. BOX 1272 LITTLE ROCK, AR 72203-1272 |
| Sales & Use Taxes | Arizona | State of Arizona | PO BOX 29070 PHOENIX, AZ  85038-9070 |
| Sales & Use Taxes | California | State of California | SALES AND USE TAX UNIT P.O. BOX 942879 SACRAMENTO, CA 94279-001 |
| Sales & Use Taxes | Colorado | City of Arvada | 8101 RALSTON RD ARVADA, CO 80002 |
| Sales & Use Taxes | Colorado | City of Aurora | 15151 E ALAMEDA PKWY #1100 AURORA, CO  80012 |
| Sales & Use Taxes | Colorado | City of Boulder | FINANCE DEPT, DEPT 1128 DENVER, CO 80263-0001 |
| Sales & Use Taxes | Colorado | City of Colorado Springs | DEPARTMENT 2408 DENVER, CO 80256-0001 |
| Sales & Use Taxes | Colorado | City of Commerce City | 7887 EAST 60 AVENUE COMMERCE CITY, COLORADO 80022 |
| Sales & Use Taxes | Colorado | State of Colorado | 1375 SHERMAN STREET DENVER, CO  80261 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| Sales & Use Taxes | Colorado | City and County of Denver | DEPARTMENT OF FINANCE, TREASURY DIVISION<br>P.O. BOX 660860<br>DALLAS, TX 75266-0860 |
| Sales & Use Taxes | Colorado | City of Englewood | P.O. BOX 2900<br>ENGLEWOOD, CO 80150-2900 |
| Sales & Use Taxes | Colorado | City of Fort Collins | SALES TAX DEPARTMENT<br>P.O. BOX 440<br>FORT COLLINS, CO 80522-0439 |
| Sales & Use Taxes | Colorado | City of Golden | FINANCE DEPT<br>911 10TH ST<br>GOLDEN, CO 80401 |
| Sales & Use Taxes | Colorado | City of Grand Junction | 250 N 5TH ST<br>GRAND JUNCTION, CO 81501 |
| Sales & Use Taxes | Colorado | City of Greenwood Village | 6060 SOUTH QUEBEC ST<br>GREENWOOD VILLAGE, CO 80111 |
| Sales & Use Taxes | Colorado | City of Littleton | 2255 W. BERRY AVE<br>LITTLETON, CO 80120 |
| Sales & Use Taxes | Colorado | City of Longmont | CIVIC CENTER<br>350 KIMBARK ST<br>LONGMONT, CO 80501 |
| Sales & Use Taxes | Colorado | City of Pueblo | PO BOX 1427<br>PUEBLO, CO  81002-1427 |
| Sales & Use Taxes | Colorado | State of Colorado | 1375 SHERMAN STREET<br>DENVER, CO  80261 |
| Sales & Use Taxes | Colorado | City of Thornton | REVENUE DIVISION<br>9500 CIVIC CENTER DR, SUITE #2050<br>THORNTON, CO 80229 |
| Sales & Use Taxes | Colorado | City of Westminster | P.O. BOX 17107<br>DENVER, CO 80217-7107 |
| Sales & Use Taxes | Colorado | City of Wheat Ridge | 7500 W 29TH AVE<br>WHEAT RIDGE, CO  80033 |
| Sales & Use Taxes | Colorado | City of Greeley | PO BOX 1648<br>GREELEY, CO 80632 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| Sales & Use Taxes | Colorado | City of Lone Tree | PO BOX 911882<br>DENVER, CO  80291-1882 |
| Sales & Use Taxes | Connecticut | State of Connecticut | SALES AND USE TAX UNIT<br>25 SIGOURNEY ST.<br>HARTFORD, CT 06106-5032 |
| Sales & Use Taxes | Washington, D.C. | District of Columbia | OFFICE OF THE CHIEF FINANCIAL OFFICER<br>8TH FLOOR, 941 N. CAPITOL ST. NE<br>WASHINGTON, DC 20002 |
| Sales & Use Taxes | Florida | State of Florida | SALES AND USE TAX UNIT<br>1379 BLOUNTSTOWN HWY.<br>TALLAHASSEE, FL 32304-2716 |
| Sales & Use Taxes | Georgia | State of Georgia | SALES AND USE TAX UNIT<br>1800 CENTURY BLVD, NE<br>ATLANTA, GA 30345 |
| Sales & Use Taxes | Hawaii | State of Hawaii | PRINCESS RUTH KEELIKOLANI BUILDING<br>830 PUNCHBOWL STREET<br>HONNOLULU, HI 96813-5094 |
| Sales & Use Taxes | Iowa | State of Iowa | TAXPAYER SERVICES<br>P.O. BOX 10457<br>DES MOINES, IA 50306-0457 |
| Sales & Use Taxes | Idaho | State of Idaho | P.O. BOX 36<br>800 PARK BLVD., PLAZA IV<br>BOISE, ID 83722-0410 |
| Sales & Use Taxes | Illinois | State of Illinois | SALES AND USE TAX UNIT<br>P.O. BOX 19044<br>SPRINGFIELD, IL 62794-9044 |
| Sales & Use Taxes | Indiana | State of Indiana | SALES AND USE TAX UNIT<br>100 N. SENATE AVE.<br>INDIANAPOLIS, IN 46204 |
| Sales & Use Taxes | Kansas | State of Kansas | TAX ASSISTANCE<br>ROOM 150, DOCKING STATE OFFICE BUILDING<br>TOPEKA, KA 66612 |
| Sales & Use Taxes | Kentucky | Commonwealth of Kentucky | SALES AND USE TAX UNIT<br>200 FAIR OAKS LN.<br>FRANKFORT, KY 40602 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| Sales & Use Taxes | Louisiana | Acadia Parish | SALES AND USE TAX DEPT PO DRAWER 309 CROWLEY, LA 70527-0309 |
| Sales & Use Taxes | Louisiana | Ascension Parish | ASCENSION PARISH SALES AND USE TAX AUTHORITY 2117 E HWY 30, GONZALES, LA 70737 |
| Sales & Use Taxes | Louisiana | Avoyelles Parish | AVOYELLES PARISH SALES AND USE TAX DEPARTMENT 221 TUNICA DRIVE WEST MARKSVILLE, LA 71351 |
| Sales & Use Taxes | Louisiana | Bossier City Parish | P.O. BOX 850 BENTON, LA 71006-0850 |
| Sales & Use Taxes | Louisiana | Caddo Shreveport | PO BOX 20905 SHREVEPORT, LA 71120-0905 |
| Sales & Use Taxes | Louisiana | Calcasieu Parish | P.O. BOX 1450 LAKE CHARLES, LA 70602-1450 |
| Sales & Use Taxes | Louisiana | Desoto Parish | DESOTO PARISH SALES AND USE TAX COMMISSION 211 CROSBY ST MANSFIELD, LA 71052 |
| Sales & Use Taxes | Louisiana | East Baton Rouge Parish | P.O. BOX 70 BATON ROUGE, LA 70821 |
| Sales & Use Taxes | Louisiana | Franklin Parish | FRANKLIN PARISH SALES TAX PO BOX 337 WINNSBORO, LA 71295 |
| Sales & Use Taxes | Louisiana | Grant Parish | PARISH OF GRANT, SHERIFF STEVEN MCCAIN SALES AND USE TAX DEPT PO BOX 187 COLFAX, LA 71417 |
| Sales & Use Taxes | Louisiana | Iberia Parish | IBERIA PARISH SCHOOL BOARD SALES AND USE TAX DEPT PO BOX 9770 NEW IBERIA, LA 70562-9770 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| Sales & Use Taxes | Louisiana | Iberville Parish | IBERVILLE SALES TAX OFFICE<br>IBERVILLE PARISH COURTHOUSE<br>58050 MERIAM ST<br>PLAQUEMINE, LA 70764 |
| Sales & Use Taxes | Louisiana | Jackson Parish | JACKSON PARISH SALES TAX COLLECTION AGENCY<br>PO BOX 666<br>JONESBORO, LA 71251 |
| Sales & Use Taxes | Louisiana | Jefferson Davis Parish | SALES AND USE TAX DEPT<br>PO BOX 1161<br>JENNINGS, LA 70546 |
| Sales & Use Taxes | Louisiana | Jefferson Parish | P.O. BOX 130<br>GRETNA, LA 70054-0130 |
| Sales & Use Taxes | Louisiana | Lafayette Parish | P.O. BOX 52667<br>LAFAYETTE, LA 70505 |
| Sales & Use Taxes | Louisiana | Lafourche Parish | SALES AND USE TAX DEPT<br>PO BOX 54585<br>NEW ORLEANS, LA 70154 |
| Sales & Use Taxes | Louisiana | Lincoln Parish | SALES AND USE TAX<br>PO BOX 863<br>RUSTON, LA 71273-0863 |
| Sales & Use Taxes | Louisiana | Livingston Parish | PO BOX 1030<br>LIVINGSTON, LA 70754 |
| Sales & Use Taxes | Louisiana | State of Louisiana | LA DEPT OF REVENUE<br>PO BOX 3138<br>BATON ROUGE, LA 70821-3138 |
| Sales & Use Taxes | Louisiana | Natchitoches Parish | NATCHITOCHES TAX COMMISSION<br>220 EAST 5TH ST<br>PO BOX 639<br>NATCHITOCHES, LA 71458-0639 |
| Sales & Use Taxes | Louisiana | City of New Orleans | DEPT OF FINANCE<br>BUREAU OF REVENUE - SALES TAX<br>1300 PERDIDO ST, RM 1W15<br>NEW ORLEANS, LA 70112 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| Sales & Use Taxes | Louisiana | Ouachita Parish | PO BOX 123<br>MONROE, LA 71210-0123 |
| Sales & Use Taxes | Louisiana | Plaquemines Parish | SALES TAX DIVISION<br>333 F. EDWARD HEBERT<br>BLVD, BLDG 102, SUITE 345<br>BELLE CHASSE, LA 70037 |
| Sales & Use Taxes | Louisiana | Parish of Rapides | 701 MURRAY STREET,<br>SUITE 302<br>ALEXANDRIA, LA 71301 |
| Sales & Use Taxes | Louisiana | Richland Parish | PO BOX 688<br>RAYVILLE, LA 71269-0688 |
| Sales & Use Taxes | Louisiana | St. Bernard Parish | SALES AND USE TAX<br>DEPARTMENT<br>PO BOX 168, CHALMETTE,<br>LA 70044 |
| Sales & Use Taxes | Louisiana | St. Charles Parish | SALES AND USE TAX DEPT<br>13855 RIVER RD<br>LULING, LA 70070 |
| Sales & Use Taxes | Louisiana | St. James Parish | SALES AND USE TAX DEPT<br>PO BOX 368<br>LUTCHER, LA 70071-0368 |
| Sales & Use Taxes | Louisiana | St. John the Baptist Parish | PO BOX 2066<br>LAPLACE, LA 70069-2066 |
| Sales & Use Taxes | Louisiana | St. Landry Parish | PO BOX 1210<br>OPELOUSAS, LA 70571-1210 |
| Sales & Use Taxes | Louisiana | St. Martin Parish | SALES AND USE TAX DEPT<br>PO BOX 1000<br>BREAUX BRIDGE, LA 70517 |
| Sales & Use Taxes | Louisiana | Parish of St. Mary | SALES AND USE TAX DEPT<br>PO BOX 1279, 301 THIRD ST<br>MORGAN CITY, LA 70381 |
| Sales & Use Taxes | Louisiana | St. Tammany Parish | P.O. BOX 61080<br>NEW ORLEANS, LA 70161-1080 |
| Sales & Use Taxes | Louisiana | Tangipahoa Parish | P.O. BOX 942<br>AMITE, LA 70422 |
| Sales & Use Taxes | Louisiana | Terrebonne Parish | P.O. DRAWER 1670<br>HOUMA, LA 70361 |
| Sales & Use Taxes | Louisiana | Union Parish | PO BOX 903<br>RUSTON, LA 71273-0903 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| Sales & Use Taxes | Louisiana | Vermilion Parish | PO BOX 1508<br>ABBEVILLE, LA 70511-1508 |
| Sales & Use Taxes | Louisiana | Vernon Parish | 117 BELVIEW RD<br>LEESVILLE, LA 71446 |
| Sales & Use Taxes | Louisiana | Washington Parish | SALES TAX, PO DRAWER 508<br>FRANKLINTON, LA 70438 |
| Sales & Use Taxes | Louisiana | Webster Parish | WEBSTER PARISH SALES AND USE TAX COMMISSION<br>PO BOX 357<br>MINDEN, LA 71058-0357 |
| Sales & Use Taxes | Louisiana | West Carroll Parish | SALES TAX DEPT<br>410 WILLIS ST<br>OAK GROVE, LA 71263 |
| Sales & Use Taxes | Louisiana | Winn Parish | SALES TAX DEPT<br>PO BOX 430<br>WINNFIELD, LA 71483 |
| Sales & Use Taxes | Massachusetts | Commonwealth of Massachusetts | SALES AND USE TAX UNIT<br>P.O. BOX 7010<br>BOSTON, MA 02204 |
| Sales & Use Taxes | Maryland | State of Maryland | 110 CARROLL ST.<br>ANNAPOLIS, MD 21411 |
| Sales & Use Taxes | Maine | State of Maine | SALES, FUEL & SPECIAL TAX DIVISION<br>P.O. BOX 1065<br>AUGUSTA, ME 04332-1605 |
| Sales & Use Taxes | Michigan | State of Michigan | SALES AND USE TAX UNIT<br>LANSING, MI 48922 |
| Sales & Use Taxes | Minnesota | State of Minnesota | SALES AND USE TAX UNIT<br>600 NORTH ROBERT STREET<br>ST. PAUL, MN 55101 |
| Sales & Use Taxes | Missouri | State of Missouri | SALES AND USE TAX UNIT<br>P.O. BOX 3300<br>JEFFERSON CITY, MO 65105-3300 |
| Sales & Use Taxes | Mississippi | State of Mississippi | SALES AND USE TAX UNIT<br>P.O. BOX 1033<br>JACKSON, MS 39215-1033 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| Sales & Use Taxes | North Carolina | State of North Carolina | SALES AND USE TAX DIVISION P.O. BOX 871 RALEIGH, NC 27640-0640 |
| Sales & Use Taxes | North Dakota | State of North Dakota | SALES AND USE TAX UNIT 600 E. BOULEVARD AVE. BISMARCK, ND 58505-0599 |
| Sales & Use Taxes | Nebraska | State of Nebraska | P.O. BOX 94818 301 CENTENNIAL MALL SOUTH LINCOLN, NE 68509-4818 |
| Sales & Use Taxes | New Jersey | State of New Jersey | SALES AND USE TAX UNIT P.O. BOX 281 TRENTON, NJ 08695-0281 |
| Sales & Use Taxes | New Mexico | State of New Mexico | P.O. BOX 630 1100 S. ST. FRANCIS DR. SANTA FE, NM 87504-0630 |
| Sales & Use Taxes | Nevada | State of Nevada | SALES AND USE TAX UNIT 1550 COLLEGE PKWY., STE. 115 CARSON CITY, NV 89706 |
| Sales & Use Taxes | New York | State of New York | SALES AND USE TAX UNIT W.A. HARRIMAN CAMPUS ALBANY, NY 12227 |
| Sales & Use Taxes | Ohio | State of Ohio | SALES AND USE TAX DIVISION 4485 NORTHLAND RIDGE BLVD. COLUMBUS, OH 43229 |
| Sales & Use Taxes | Oklahoma | State of Oklahoma | SALES AND USE TAX UNIT 2501 NORTH LINCOLN BOULEVARD OKLAHOMA CITY, OK 73194 |
| Sales & Use Taxes | Pennsylvania | Commonwealth of Pennsylvania | BUREAU OF BUSINESS TRUST FUND TAXES P.O. BOX 280901 HARRISBURG, PA 17128-0901 |
| Sales & Use Taxes | Rhode Island | State of Rhode Island | SALES AND USE TAX UNIT ONE CAPITOL HILL PROVIDENCE, RI 02908 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| Sales & Use Taxes | South Carolina | State of South Carolina | 300A OUTLET POINTE BOULEVARD<br>PO BOX 125<br>COLUMBIA, SC 29214 |
| Sales & Use Taxes | South Dakota | State of South Dakota | ATTN: BUSINESS TAX DIVISION<br>445 EAST CAPITOL AVE.<br>PIERRE, SD 57501 |
| Sales & Use Taxes | Tennessee | State of Tennessee | ANDREW JACKSON BUILDING, ROOM 1200<br>500 DEADERICK ST.<br>NASHVILLE, TN, TN 37242-1099 |
| Sales & Use Taxes | Texas | State of Texas | SALES AND USE TAX UNIT<br>P.O. BOX 13528, CAPITOL STATION<br>AUSTIN, TX, TX 78711-3528 |
| Sales & Use Taxes | Utah | State of Utah | SALES AND USE TAX UNIT<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT 84134 |
| Sales & Use Taxes | Virginia | Commonwealth of Virginia | SALES AND USE TAX UNIT<br>P.O. BOX 1115<br>RICHMOND, VA 23218-1115 |
| Sales & Use Taxes | Vermont | State of Vermont | SALES AND USE TAX UNIT<br>133 STATE ST.<br>MONTPELIER, VT 05633 |
| Sales & Use Taxes | Washington | State of Washington | TAXPAYER ACCOUNT ADMINISTRATION<br>P.O. BOX 47476<br>OLYMPIA, WA 98504-7476 |
| Sales & Use Taxes | Wisconsin | State of Wisconsin | PO BOX 930208<br>MILWAUKEE, WI 53293-0208 |
| Sales & Use Taxes | West Virginia | State of West Virginia | SALES AND USE TAX UNIT<br>1206 QUARRIER ST.<br>CHARLESTON, WV 25301 |
| Sales & Use Taxes | West Virginia | City of Morgantown | 389 SPRUCE ST<br>MORGANTOWN, WV 26505 |
| Sales & Use Taxes | West Virginia | City of Oak Hill | PO BOX 1245<br>OAK HILL, WV 25901 |
| Sales & Use Taxes | West Virginia | City of Wheeling | 1500 CHAPLINE STREET<br>WHEELING, WV 26003-3553 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| Sales & Use Taxes | Wyoming | State of Wyoming | EXCISE TAX DIVISION 122 W. 25TH ST., HERSCHLER BLDG. CHEYENNE, WY 82002-0110 |
| Property Taxes | Oregon | Jackson County Taxation | PO BOX 1569 MEDFORD, OR 97501-0242 |
| Property Taxes | Colorado | Weld County Treasurer | 1400 N 17TH AVE GREELEY, CO 80631 |
| Property Taxes | New York | Monroe County Treasury | 39 WEST MAIN ST., ROOM B-2 ROCHESTER, NY 14614-1467 |
| Property Taxes | New York | Rochester City Treasurer | CITY HALL, ROOM 100A 30 CHURCH STREET ROCHESTER, NY 14614 |
| Property Taxes | Virginia | Treasurer of Loudoun County | P.O. BOX 1000 LEESBURG, VA 20177-1000 |
| Custom and Import Duties | United States | U.S. Customs and Border Protection | U.S. CUSTOMS & BORDER PROTECTION 1300 PENNSYLVANIA AVENUE N.W. DC WASHINGTON, DC 20004 |
| Business and Other Fees and Taxes | Alabama | City of Alabaster | PO BOX 361361 BIRMINGHAM, AL 35201-0361 |
| Business and Other Fees and Taxes | Alabama | City of Alexander | PO BOX 552 ALEXANDER CITY, AL 35011 |
| Business and Other Fees and Taxes | Alabama | City of Andalusia | 505 EAST THREE NOTCH STREET ANDALUSIA, AL 36420 |
| Business and Other Fees and Taxes | Alabama | Baldwin County | BUSINESS LICENSE AREA 220 COURTHOUSE SQUARE BAY MINETTE, AL 36507 |
| Business and Other Fees and Taxes | Alabama | City of Birmingham | CITY OF BIRMINGHAM FINANCE DEPARTMENT/TAX AND LICENSE ADMINISTRATION CITY HALL- ROOM TL-100 710 NORTH 20TH STREET |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
|  |  |  | BIRMINGHAM ALABAMA 35203 |
| Business and Other Fees and Taxes | Alabama | City of Decatur | PO BOX 830525 BIRMINGHAM, AL  35283 |
| Business and Other Fees and Taxes | Alabama | City of Huntsville | PO BOX 308 HUNTSVILLE, AL  35804-0308 |
| Business and Other Fees and Taxes | Alabama | City of Montgomery | PO BOX 1111 MONTGOMERY, AL  36101 |
| Business and Other Fees and Taxes | Alabama | City of Pelham | P.O. Box 1479 Pelham, AL 35124 |
| Business and Other Fees and Taxes | Alabama | Jefferson County | JEFFERSON COUNTY DEPARTMENT OF REVENUE PO BOX 12207 BIRMINGHAM, AL 35202 |
| Business and Other Fees and Taxes | Arizona | State of Arizona | PO BOX 29070 PHOENIX, AZ  85038-9070 |
| Business and Other Fees and Taxes | Arizona | City of Chandler | BUSINESS LICENSES 175 S ARIZONA AVE CHANDLER, AZ 85225 |
| Business and Other Fees and Taxes | Arizona | City of Douglas | BUSINESS LICENSES 425 10TH ST DOUGLAS, AZ 85607 |
| Business and Other Fees and Taxes | Arizona | City of Mesa | OFFICE OF LICENSING PO BOX 1466 MESA, AZ 85211-1466 |
| Business and Other Fees and Taxes | Arizona | City of Phoenix | LICENSE SERVICES SECTION 200 W WASHJINGTON ST PHOENIX, AZ 85003 |
| Business and Other Fees and Taxes | Arizona | City of Scottsdale | CITY OF SCOTTSDALE - BUSINESS SERVICES 7447 E INDIAN SCHOOL RD. |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| | | | SUITE 110<br>SCOTTSDALE, AZ 85251 |
| Business and Other Fees and Taxes | Arizona | City of Tempe | BUSINESS LICENSES<br>31 E FIFTH ST<br>TEMPLE, AZ 85281 |
| Business and Other Fees and Taxes | Arizona | City of Tucson Municipal Tax | 255 W ALAMEDA<br>TUCSON, AZ 85701 |
| Business and Other Fees and Taxes | Arizona | City of Flagstaff | 211 W. ASPEN AVE.<br>FLAGSTAFF, AZ 86001 |
| Business and Other Fees and Taxes | Arizona | City of Tucson | 255 W ALAMEDA<br>TUCSON, AZ 85701 |
| Business and Other Fees and Taxes | California | City of Anaheim | PO BOX 1042<br>ANAHEIM, CA 92803 |
| Business and Other Fees and Taxes | California | City of Berkeley | 1947 CENTER ST<br>BERKELEY, CA 94704 |
| Business and Other Fees and Taxes | California | City of Costa Mesa | 77 FAIR DRIVE PO BOX 1200<br>COSTA MESA, CA 92628-1200 |
| Business and Other Fees and Taxes | California | City of El Segundo | 350 MAIN ST<br>EL SEGUNDO, CA 90245-0989 |
| Business and Other Fees and Taxes | California | City of Fremont | 39550 LIBERTY ST PO BOX 5006<br>FREMONT, CA 94537-5006 |
| Business and Other Fees and Taxes | California | City of Gardena | 1700 W 162ND ST<br>GARDENA, CA 90247 |
| Business and Other Fees and Taxes | California | City of Los Angeles | TREASURER<br>DEPARTMENT 5252<br>LOS ANGELES, CA 90084-5252 |
| Business and Other Fees and Taxes | California | City of Moreno Valley | 14177 FREDERICK ST PO BOX 88005<br>MORENO VALLEY, CA 92552-0805 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| Business and Other Fees and Taxes | California | City of Oakland | 250 FRANK H OGAWA PLAZA #1320 OAKLAND, CA 94612 |
| Business and Other Fees and Taxes | California | City of Redondo Beach | 415 DIAMOND STREET REDONDO BEACH, CA 90277 |
| Business and Other Fees and Taxes | California | City of Sacramento | 915 I ST ROOM 1214 SACRAMENTO, CA 95814 |
| Business and Other Fees and Taxes | California | City of San Diego | PO BOX 121536 SAN DIEGO, CA 92112 |
| Business and Other Fees and Taxes | California | City of San Francisco Tax Collector | PO BOX 7425 SAN FRANCISCO, CA 94120-7425 |
| Business and Other Fees and Taxes | California | City of Santa Cruz | 809 CENTER ST ROOM 101 SANTA CRUZ, CA 95060 |
| Business and Other Fees and Taxes | California | City of Santa Monica | 1685 MAIN ST PO BOX 2200 SANTA MONICA, CA 90407 |
| Business and Other Fees and Taxes | California | City of Santa Rosa | 90 SANTA ROSA AVE PO BOX 1673 SANTA ROSA, CA 95402-1673 |
| Business and Other Fees and Taxes | California | City of Walnut Creek | PO BOX 8039 WALNUT CREEK, CA 94596-8039 |
| Business and Other Fees and Taxes | California | City of Whittier | 13230 E PENN ST WHITTIER, CA 90602 |
| Business and Other Fees and Taxes | Colorado | City of Pueblo | PO BOX 1427 PUEBLO, CO 81002-1427 |
| Business and Other Fees and Taxes | Colorado | City of Wheat Ridge | 7500 W 29TH AVE WHEAT RIDGE, CO 80033 |
| Business and Other Fees and Taxes | Delaware | City of Wilmington | PO BOX 2022 WILMINGTON, DE 19899-0830 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| Business and Other Fees and Taxes | Delaware | State of Delaware | P.O. BOX 2044 WILMINGTON, DE 19899-2044 |
| Business and Other Fees and Taxes | Georgia | Cobb County | 191 LAWRENCE ST MARIETTA, GA 30060 |
| Business and Other Fees and Taxes | Missouri | City of Springfield | PO BOX 8368 SPRINGFIELD, MO 65801-8368 |
| Business and Other Fees and Taxes | Missouri | City of Kansas City, Missouri | BUSINESS LICENSES PO BOX 840101 KANSAS CITY, MO 64184-0101 |
| Business and Other Fees and Taxes | Missouri | St. Charles County | 201 N 2ND ST SAINT CHARLES, MO 63301 |
| Business and Other Fees and Taxes | Nevada | Clark County | 500 S GRAND CENTRAL PKWY LAS VEGAS, NV 89155-1810 |
| Business and Other Fees and Taxes | Nevada | State of Nevada | 1550 COLLEGE PKWY., STE. 115 CARSON CITY, NV 89706 |
| Business and Other Fees and Taxes | Pennsylvania | City of Harrisburg | BUREAU OF LICENSING, TAXATION, AND CENTRAL SUPPORT 10 N. 2ND ST., SUITE 305A HARRISBURG, PA 17101 |
| Business and Other Fees and Taxes | Rhode Island | State of Rhode Island | 1 CAPITOL HILL PROVIDENCE, RI 02908-5811 |
| Business and Other Fees and Taxes | South Carolina | City of Anderson | 601 SOUTH MAIN STREET ANDERSON, SC 29624 |
| Business and Other Fees and Taxes | South Carolina | City of Florence | 324 W EVANS ST FLORENCE, SC 29501-3428 |
| Business and Other Fees and Taxes | South Carolina | City of Myrtle Beach | 921 N OAK ST MYRTLE BEACH, SC 29578 |
| Business and Other Fees and Taxes | South Carolina | City of Rock Hill | 155 JOHNSTON ST., SUITE 300 ROCK HILL, SC 29731 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| Business and Other Fees and Taxes | Washington | City of Bremerton | TAX AND LICENSE DIV 345 6TH ST STE 100 BREMERTON, WA 98337-1891 |
| Business and Other Fees and Taxes | Washington | City of Oak Harbor | 865 SE BARRINGTON DR OAK HARBOR, WA 98277-4092 |
| Business and Other Fees and Taxes | Washington | City of Seattle | PO BOX 34907 SEATTLE, WA 98124 |
| Business and Other Fees and Taxes | Washington | City of Spokane | 808 W SPOKANE FALLS BLVD SPOKANE, WA 99201-3336 |
| Business and Other Fees and Taxes | Washington | City of Tacoma | PO BOX 11640 TACOMA, WA 98411-6640 |
| Business and Other Fees and Taxes | Washington | State of Washington | DEPARTMENT OF LICENSING PO BOX 3856 SEATTLE, WA 98124-3856 |
| Business and Other Fees and Taxes | West Virginia | City of Huntington | PO BOX 1659 HUNTINGTON, WV 25717 |
| Federal Income Taxes | United States | Internal Revenue Service | DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, OGDEN, UTAH 84201-0046 |
| Local Income Taxes | Columbus, OH | Columbus City Treasurer | DEPT. L 1695 COLUMBUS, OH 432601695 |
| Local Income Taxes | Fayette, KY | City of Fayette | TAX COLLECTION OFFICE PO BOX 55570 LEXINGTON, KY 40555-5570 |
| Local Income Taxes | Grand Rapids, MI | City of Grand Rapids | CITY TREASURER PO BOX 2528 GRAND RAPIDS, MI 49501-2528 |
| Local Income Taxes | Kansas City, MO | City of Kansas City, Missouri | REVENUE DIVISION PO BOX 843322 KANSAS CITY, MO 64184-3322 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| Local Income Taxes | Lexington, KY | City of Lexington | DIVISION OF REVENUE PO BOX 14058 LEXINGTON, KY 40512 |
| Local Income Taxes | Louisville, KY | City of Louisville | PO BOX 35410 LOUISVILLE, KY 40232-5410 |
| Local Income Taxes | New York, NY | NYC Department of Finance | PO BOX 5070 KINGSTON, NY 12402-5070 |
| Local Income Taxes | New York MTA | State of New York | NYS CORPORATION TAX PO BOX 15181 ALBANY NY 12212-5181 |
| Local Income Taxes | Philadelphia, PA | City of Philadelphia | DEPARTMENT OF REVENUE P.O. BOX 1393 PHILADELPHIA, PA 19105-1393 |
| Local Income Taxes | Portland, OR | City of Portland | 1900 SW 4TH AVENUE SUITE 3500 PORTLAND, OR 97201-5350 |
| Local Income Taxes | Sidney, OH | City of Sidney | SIDNEY OH FINANCE DEPARTMENT 201 W POPLAR STREET SIDNEY, OH 45365 |
| Local Income Taxes | St. Louis, MO | City of St. Louis | GREGORY F.X. DALY, COLLECTOR OF TAXES 1200 MARKET STREET, ROOM 410 ST. LOUIS, MO 63103 |
| Local Income Taxes | Toledo, OH | City of Toledo | ONE GOVERNMENT CENTER, STE 2070 TOLEDO, OH 43604-2280 |
| Local Income Taxes | Zanesville, OH | City of Zanesville | NET PROFIT TAX RETURN 401 MARKET ST ZANESVILLE, OH 43701-3520 |
| State Income Taxes | Alabama | State of Alabama | ALABAMA DEPARTMENT OF REVENUE BUSINESS PRIVILEGE TAX SECTION PO BOX 327431 MONTGOMERY, AL 36132-7431 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| State Income Taxes | Alaska | State of Alaska | TAX DIVISION ALASKA DEPARTMENT OF REVENUE-0420 PO BOX 110420 JUNEAU, AK 99811 |
| State Income Taxes | Arkansas | State of Arkansas | ARKANSAS DEPT OF FINANCE & ADMINISTR. LEDBETTER BLDG 1816 W 7TH, STE 1330 LITTLE ROCK, AR 72201 |
| State Income Taxes | Arizona | State of Arizona | ARIZONA DEPARTMENT OF REVENUE PO BOX 29085, PHOENIX, AZ 85038-9085 |
| State Income Taxes | California | State of California | FRANCHISE TAX BOARD PO BOX 942857 SACRAMENTO, CA 94257-0500 |
| State Income Taxes | Colorado | State of Colorado | COLORADO DEPARTMENT OF REVENUE DENVER, CO 80261-0006 |
| State Income Taxes | Connecticut | State of Connecticut | DEPARTMENT OF REVENUE SERVICES STATE OF CONNECTICUT PO BOX 2974 HARTFORD CT 06104-2974 |
| State Income Taxes | Florida | State of Florida | FLORIDA DEPARTMENT OF REVENUE 5050 W TENNESSEE STREET TALLAHASSEE FL 32399-0135 |
| State Income Taxes | Georgia | State of Georgia | GEORGIA DEPARTMENT OF REVENUE, PROCESSING CENTER P.O. BOX 740397 ATLANTA, GEORGIA 30374-0397 |
| State Income Taxes | Hawaii | State of Hawaii | HAWAII DEPARTMENT OF TAXATION P.O. BOX 1530 HONOLULU, HI 96806-1530 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| State Income Taxes | Iowa | State of Iowa | CORPORATION TAX RETURN PROCESSING IOWA DEPARTMENT OF REVENUE PO BOX 10468 DES MOINES, IA 50306-0468 |
| State Income Taxes | Idaho | State of Idaho | IDAHO STATE TAX COMMISSION, PO BOX 56, BOISE ID 83756-0056 |
| State Income Taxes | Illinois | State of Illinois | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19038 SPRINGFIELD IL 62794-9038 |
| State Income Taxes | Indiana | State of Indiana | INDIANA DEPARTMENT OF REVENUE P.O. BOX 7087 INDIANAPOLIS, IN 46207-7087 |
| State Income Taxes | Kansas | State of Kansas | KANSAS CORPORATE TAX, KANSAS DEPARTMENT OF REVENUE, PO BOX 750260, TOPEKA, KS 66699-0260 |
| State Income Taxes | Kentucky | Commonwealth of Kentucky | KENTUCKY DEPARTMENT OF REVENUE FRANKFORT, KY 40620-0021 |
| State Income Taxes | Louisiana | State of Louisiana | LOUISIANA DEPARTMENT OF REVENUE, P. O. BOX 91011, BATON ROUGE, LA 70821-9011 |
| State Income Taxes | Massachusetts | Commonwealth of Massachusetts | MASSACHUSETTS DEPARTMENT OF REVENUE, PO BOX 419272, BOSTON, MA 02241-9272 |
| State Income Taxes | Maryland | State of Maryland | COMPTROLLER OF MARYLAND REVENUE ADMINISTRATION DIVISION 110 CARROLL STREET ANNAPOLIS, MD 21411-0001 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| State Income Taxes | Maine | State of Maine | MAINE REVENUE SERVICES<br>P.O. BOX 9107<br>AUGUSTA, ME 04332-9107 |
| State Income Taxes | Michigan | State of Michigan | MICHIGAN DEPARTMENT OF TREASURY<br>PO BOX 30804<br>LANSING MI 48909 |
| State Income Taxes | Minnesota | State of Minnesota | MN DEPARTMENT OF REVENUE<br>MAIL STATION 1250<br>600 N. ROBERT STREET<br>ST. PAUL, MN 55145-1250 |
| State Income Taxes | Missouri | State of Missouri | MISSOURI DEPARTMENT OF REVENUE<br>P.O. BOX 3365<br>JEFFERSON CITY, MO 65105-3365 |
| State Income Taxes | Mississippi | State of Mississippi | DEPARTMENT OF REVENUE<br>P.O. BOX 23191<br>JACKSON, MS 39225-3191 |
| State Income Taxes | Montana | State of Montana | MONTANA DEPARTMENT OF REVENUE<br>PO BOX 8021<br>HELENA, MT, 59604-8021 |
| State Income Taxes | North Carolina | State of North Carolina | NORTH CAROLINA DEPARTMENT OF REVENUE<br>P.O. BOX 25000,<br>RALEIGH, NC 27640-0500 |
| State Income Taxes | North Dakota | State of North Dakota | 600 E. BOULEVARD AVE., DEPT. 127<br>BISMARCK, ND 58505-0599 |
| State Income Taxes | Nebraska | State of Nebraska | NEBRASKA DEPT OF REVENUE<br>P.O. BOX 94818<br>LINCOLN, NE 68509-4818 |
| State Income Taxes | New Hampshire | State of New Hampshire | NH DRA<br>PO BOX 637<br>CONCORD, NH 03302-0637 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| State Income Taxes | New Jersey | State of New Jersey | DIVISION OF REVENUE AND ENTERPRISE SERVICES PO BOX 252 TRENTON, NJ 08625-0252 |
| State Income Taxes | New Mexico | State of New Mexico | NM TAXATION & REVENUE DEPARTMENT P.O. BOX 25127 SANTA FE, NM 87504-5127 |
| State Income Taxes | New York | State of New York | NYS CORPORATION TAX PO BOX 15181 ALBANY NY 12212-5181 |
| State Income Taxes | Oklahoma | State of Oklahoma | OKLAHOMA TAX COMMISSION, PO BOX 26800, OKLAHOMA CITY, OK 73126-0800 |
| State Income Taxes | Ohio Commercial Activity Tax | State of Ohio | COMMERCIAL ACTIVITY OHIO DEPARTMENT OF TAXATION ATTN: COMPLIANCE BUSINESS TAX DIVISION PO BOX 2678 COLUMBUS, OH 43216-2678 |
| State Income Taxes | Pennsylvania | Commonwealth of Pennsylvania | PA DEPARTMENT OF REVENUE PO BOX 280427 HARRISBURG PA 17128-0427 |
| State Income Taxes | Rhode Island | State of Rhode Island | RHODE ISLAND DIVISION OF TAXATION ONE CAPITOL HILL, SUITE 9 PROVIDENCE, RI 02908-5811 |
| State Income Taxes | South Carolina | State of South Carolina | SCDOR, CORPORATE VOUCHER, PO BOX 100153, COLUMBIA SC 29202 |
| State Income Taxes | Tennessee | State of Tennessee | TENNESSEE DEPARTMENT OF REVENUE ANDREW JACKSON STATE OFFICE BUILDING |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| | | | 500 DEADERICK STREET NASHVILLE, TN 37242 |
| State Income Taxes | Texas | State of Texas | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS P.O. BOX 149348 AUSTIN, TX 78714-9348 |
| State Income Taxes | Utah | State of Utah | UTAH STATE TAX COMMISSION 210 N 1950 W SALT LAKE CITY, UT 84134-0300 |
| State Income Taxes | Virginia | Commonwealth of Virginia | DEPARTMENT OF TAXATION P.O. BOX 1500 RICHMOND, VA 23218-1500 |
| State Income Taxes | Vermont | State of Vermont | VERMONT DEPT OF TAXES 133 STATE ST, 1ST FL MONTPELIER, VT 05603 |
| State Income Taxes | Washington Business and Occupation Tax | State of Washington | WASHINGTON DEPT OF REVENUE TREASURY MANAGEMENT P.O. BOX 47464 OLYMPIA, WA 98504-7464 |
| State Income Taxes | Wisconsin | State of Wisconsin | WISCONSIN DEPARTMENT OF REVENUE, PO BOX 8949, MADISON, WI 53708-8949 |
| State Income Taxes | West Virginia | State of West Virginia | WEST VIRGINIA STATE TAX DEPARTMENT TAX ACCOUNT ADMINISTRATION DIVISION P.O. BOX 11514 CHARLESTON, WV 25339-1514 |
| State Income Taxes | Oregon | State of Oregon | OREGON DEPT OF REVENUE 955 CENTER ST NE SALEM, OR 97301-2555 |

| Tax Type | Jurisdiction | Tax Authority | Address |
|---|---|---|---|
| State Income Taxes | Delaware | State of Delaware | DELAWARE DIVISION OF REVENUE P.O. BOX 2044, WILMINGTON, DE 19899-2044 |
| State Income Taxes | Washington, D.C. | District of Columbia | OFFICE OF TAX AND REVENUE PO BOX 96166 WASHINGTON, DC 20090-6166 |