# Exhibit C

**Utility Services List**

| Utility Provider | Service Address | Service Provided | Account Number | Proposed Adequate Assurance |
|---|---|---|---|---|
| Airtouch Cellular - dba Verizon Wireless | 150 Verona Street, Rochester, NY 14608 | Mobile Phones, Hotspots, Cradlepoint | 242315545-00001, 542092982-00001 | $4,897 |
| AT&T Mobility[1] | 150 Verona Street, Rochester, NY 14608 | Mobile Phones, Hotspots | Foundation # 02485494 | $2,400 |
| Avista Utilities | 8124 Pacific Avenue, White City, OR 97503 | Natural Gas | 9608930000 | $26,171 |
| Charter Communications | 150 Verona Street, Rochester, NY 14608 | Internet Services | 142483101 | $286 |
| Chem-Aqua, Inc. | 8124 Pacific Avenue, White City, OR 97503 | Water Treatment | N/A | $1,703 |
| City of Rochester | 150 Verona Street, Rochester, NY 14608 | Fire Water, Potable Water | 6140140001, 6100020004 | $442 |
| Clean Harbors Environmental | 2000 Howard Smith Avenue, West Windsor, CO 80550<br><br>8124 Pacific Avenue, White City, OR 97503 | Hazardous / Non-Hazardous Waste Disposal | CA5771, EAS2373 | $18,208 |
| Constellation New Energy, Inc | 150 Verona Street, Rochester, NY 14608<br><br>882 Linden Avenue, Rochester, NY 14625 | Electric | 6568769, 5943631-1 | $8,566 |
| Eastman Kodak Company | 1049 W Ridge Road, Rochester, NY 14615 | Sanitary Sewer | 728988 | $652 |

---

[1] AT&T bills individual employees for mobile phone and hotspot services. Such bills are then paid by the Debtors via the corporate credit card, which is described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief*, filed contemporaneously herewith.

| Utility Provider | Service Address | Service Provided | Account Number | Proposed Adequate Assurance |
|---|---|---|---|---|
| Edgecast, Inc. | 150 Verona Street, Rochester, NY 14608 | Internet Services, Hosting | #700B6, #15BE, #A06A | $3,833 |
| Frontier Communications of America Inc | 150 Verona Street, Rochester, NY 14608 | Telephone, Internet Services | 585/198-3053 585/454-1412 | $1,457 |
| Hunter Communications | 8124 Pacific Avenue, White City, OR 97503 | Internet Services | 713 | $1,071 |
| Kodak Alaris | 2000 Howard Smith Avenue, West Windsor, CO 80550 | Potable Water, Fire Water, Irrigation Pumping Services, Chilled Water-C20 Only, Compressed Air-C20 Only, Chilled Water Return, Sanitary Sewer | 53-9625217-4 | $33,700 |
| MCI Communications | 21715 Filigree Ct Ashburn, VA 20147<br><br>3510 Hopkins Place, Building 4, Oakdale, MN 55128<br><br>882 Linden Avenue, Rochester, NY 14625<br><br>150 Verona Street, Rochester, NY 14608<br><br>1669 Lake Avenue, B12, Rochester, NY 14615<br><br>1669 Lake Avenue, B214, Rochester, NY 14615<br><br>8124 Pacific Avenue, White City, OR 97503 | Network Circuits, Telecommunication | Cust ID: 00103026CG<br><br>Acct# U0257833 and U0106484 | $3,664 |

| Utility Provider | Service Address | Service Provided | Account Number | Proposed Adequate Assurance |
|---|---|---|---|---|
| | 2000 Howard Smith Avenue, West Windsor, CO 80550 | | | |
| Medford Water Commission | 8124 Pacific Avenue, White City, OR 97503 | Water | 00012790-0674050 | $3,525 |
| Mirabito Power & Gas | 882 Linden Avenue, Rochester, NY 14625 | Natural Gas | 2111176941 | $1,667 |
| Monroe Community College | 150 Verona Street, Rochester, NY 14608 | Chilled Water | NS9999519 | $3,761 |
| Monroe County Water Authority | 882 Linden Avenue, Rochester, NY 14625 | Fire Water, Potable Water | 9662, 4742 | $152 |
| PacifiCorp | 8124 Pacific Avenue, White City, OR 97503 | Plant Power | 11670064-001 8 | $70,039 |
| Poudre Valley REA | 2000 Howard Smith Avenue, West Windsor, CO 80550 | Electric | 32493001 | $240,773 |
| Red-Rochester LLC | 1049 W Ridge Road, Rochester, NY 14615 | Chilled Water, Compressed Air, Drinking Water, Electric, Steam, Fire Access, Industrial Sewer | 98214 | $36,220 |
| Rochester District Heating Coop Inc | 150 Verona Street, Rochester, NY 14608 | Steam | 80 | $3,819 |
| Rochester Gas & Electric | 150 Verona Street, Rochester, NY 14608 | Electric Delivery | 20017160878 | $6,549 |
| Rogue Disposal & Recycling Inc | 8124 Pacific Avenue, White City, OR 97503 | Waste Management | N/A | $2,060 |
| Rogue Valley Sewer Services | 8124 Pacific Avenue, White City, OR 97503 | Sewer | 014495-001 | $687 |
| SPOK Inc | 2000 Howard Smith Avenue, West Windsor, CO 80550 | Pagers | 0613183-3 | $271 |

| Utility Provider | Service Address | Service Provided | Account Number | Proposed Adequate Assurance |
|---|---|---|---|---|
| | 8124 Pacific Avenue, White City, OR 97503 | | | |
| T-Mobile USA, Inc. | 150 Verona Street, Rochester, NY 14608 | Mobile Phones, Hotspots | 974816259 | $7,994 |
| United Energy Trading, LLC | 2000 Howard Smith Avenue, West Windsor, CO 80550 | Natural Gas | "Carestream" | $109,902 |
| USA Waste Management Resources | 2000 Howard Smith Avenue, West Windsor, CO 80550 | Waste Management | N/A | $2,676 |
| Waste Management of New York | 150 Verona Street, Rochester, NY 14608<br><br>1049 W Ridge Road, Rochester, NY 14615<br><br>1669 Lake Avenue, B12, Rochester, NY 14615<br><br>1669 Lake Avenue, B14, Rochester, NY 14615<br><br>1669 Lake Avenue, B59, Rochester, NY 14615<br><br>1669 Lake Avenue, B117, Rochester, NY 14615<br><br>882 Linden Avenue, Rochester, NY 14625<br><br>3510 Hopkins Place, Building 4, Oakdale, MN 55128 | Waste Management | N/A | $11,675 |

| Utility Provider | Service Address | Service Provided | Account Number | Proposed Adequate Assurance |
|---|---|---|---|---|
| Waste Not Recycling | 2000 Howard Smith Avenue, West Windsor, CO 80550 | Recycling Services | N/A | $3,073 |
| Xcel Energy | 2000 Howard Smith Avenue, West Windsor, CO 80550 | Natural Gas | CUSN6086110 | $13,045 |
| | | | Total | $624,918 |