**Exhibit A**

**Organizational Chart**

