# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CARESTREAM HEALTH, INC., *et al.*,[1] | ) Case No. 22-10778 (JKS) |
| Debtors. | ) (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Patrick J. Nash, Jr., P.C. of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, 300 North LaSalle, Chicago, Illinois 60654, to represent the above-captioned debtors and debtors in possession in the above-captioned case and any and all adversary proceedings commenced therein.

Dated: August 23, 2022  
*/s/ Laura Davis Jones*  
Laura Davis Jones (DE Bar No. 2436)  
PACHULSKI STANG ZIEHL & JONES LLP  
919 N. Market Street, 17th Floor  
Wilmington, Delaware 19801

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and am admitted to practice before the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Northern District of Illinois and Eastern District of Michigan, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Carestream Health, Inc. (0334); Carestream Health Acquisition, LLC (0333); Carestream Health Canada Holdings, Inc. (7700); Carestream Health Holdings, Inc. (7822); Carestream Health International Holdings, Inc. (5771); Carestream Health International Management Company, Inc. (0532); Carestream Health Puerto Rico, LLC (8359); Carestream Health World Holdings, LLC (1662); and Lumisys Holding Co. (3232). The location of the Debtors' service address is: 150 Verona Street, Rochester, New York 14608.

KE 88838560

/s/ Patrick J. Nash, Jr., P.C.
Patrick J. Nash, Jr., P.C.
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200
Email:  patrick.nash@kirkland.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

KE 88838560