# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CARESTREAM HEALTH, INC., *et al.*,[1] | ) Case No. 22- 10778 (JKS) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |

## CERTIFICATE OF SERVICE

I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Reorganized Debtors in the above-captioned case.

On August 21, 2022, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **First Lien Claims Ballot (Class 3)** [substantially in the form attached as Exhibit 4 to the Scheduling Motion - Docket No. 20]

- **ABL Roll Election Form** [substantially in the form attached as Exhibit 8 to the Scheduling Motion - Docket No. 20]

- **Solicitation Cover Letter** [substantially in the form attached as Exhibit 3 to the Scheduling Motion - Docket No. 20]

- **Debtors' Joint Prepackaged Plan Pursuant to Chapter 11 of the Bankruptcy Code** [Docket No. 14]

- **Disclosure Statement Relating to the Debtors' Joint Prepackaged Plan Pursuant to Chapter 11 of the Bankruptcy Code** [Docket No. 15]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Carestream Health, Inc. (0334); Carestream Health Acquisition, LLC (0333); Carestream Health Canada Holdings, Inc. (7700); Carestream Health Holdings, Inc. (7822); Carestream Health International Holdings, Inc. (5771); Carestream Health International Management Company, Inc. (0520); Carestream Health Puerto Rico, LLC (8359); Carestream Health World Holdings, LLC (1662); and Lumisys Holding Co. (2020). The location of the Debtors' service address is: 150 Verona Street, Rochester, New York 14608.

Furthermore, on August 21, 2022, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit B**:

- **First Lien Claims Ballot (Class 3)** [substantially in the form attached as Exhibit 4 to the Scheduling Motion - Docket No. 20]

- **Solicitation Cover Letter** [substantially in the form attached as Exhibit 3 to the Scheduling Motion - Docket No. 20]

- **Debtors' Joint Prepackaged Plan Pursuant to Chapter 11 of the Bankruptcy Code** [Docket No. 14]

- **Disclosure Statement Relating to the Debtors' Joint Prepackaged Plan Pursuant to Chapter 11 of the Bankruptcy Code** [Docket No. 15]

Furthermore, on August 21, 2022, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit C**:

- **Second Lien Term Loan Claims Ballot (Class 4)** [substantially in the form attached as Exhibit 5 to the Scheduling Motion - Docket No. 20]

- **Solicitation Cover Letter** [substantially in the form attached as Exhibit 3 to the Scheduling Motion - Docket No. 20]

- **Debtors' Joint Prepackaged Plan Pursuant to Chapter 11 of the Bankruptcy Code** [Docket No. 14]

- **Disclosure Statement Relating to the Debtors' Joint Prepackaged Plan Pursuant to Chapter 11 of the Bankruptcy Code** [Docket No. 15]

- **Rights Offering Procedures** [substantially in the form attached as Exhibit 6 to the Scheduling Motion - Docket No. 20]

*Remainder of page intentionally left blank*

- **Rights Offering Subscription Form** [substantially in the form attached as Exhibit 7 to the Scheduling Motion - Docket No. 20]

Dated: August 23, 2022

                                               */s/* Travis R. Buckingham
                                               Travis R. Buckingham
                                               KCC
                                               222 N Pacific Coast Highway, 3rd Floor
                                               El Segundo, CA 90245
                                               Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Class 3 First Lien Claims with ABL Roll Option**
**Served via Electronic Mail**

| MASTER ACCOUNT NAME | INVESTOR | Email Address |
|---|---|---|
| APOLLO GLOBAL MANAGEMENT, LLC- FM | Apollo Credit Master Fund Ltd | On File |
| BANK OF AMERICA | BANK OF AMERICA NA | On File |
| CITIBANK NA | Citicorp North America Inc | On File |
| CREDIT SUISSE | CREDIT SUISSE AG | On File |
| GOLDMAN SACHS BANK USA | GOLDMAN SACHS BANK USA (GS BANK USA) | On File |
| HSBC BANK | HSBC BANK USA NA | On File |
| JP MORGAN CHASE | JP MORGAN CHASE BANK NATIONAL ASSOCIATION | On File |

In re: Carestream Health, Inc., et al.
Case No.: 22-10778 (JKS)

Page 1 of 1

# Exhibit B

**Exhibit B**
**Class 3 First Lien Claimants**
**Served via Electronic Mail**

| MASTER ACCOUNT NAME | INVESTOR | Email Address |
|---|---|---|
| 3I DEBT MANAGEMENT INVESTMENTS LIMITED-FM | ICM GLOBAL FLOATING RATE INCOME LIMITED | On File |
| 3I DEBT MANAGEMENT INVESTMENTS LIMITED-FM | JAMESTOWN CLO II LTD. | On File |
| 3I DEBT MANAGEMENT INVESTMENTS LIMITED-FM | JAMESTOWN CLO IX LTD. | On File |
| ALLIANZ INVESTMENT CORPORATION | SAN DIEGO COUNTY EMPLOYEES RETIREMENT ASSOCIATION - 2 | On File |
| AMERICAN MONEY MANAGEMENT | AMMC CLO 15, LIMITED | On File |
| AMERICAN MONEY MANAGEMENT | AMMC CLO 18, LIMITED | On File |
| AMERICAN MONEY MANAGEMENT | AMMC CLO 21, LIMITED | On File |
| AMERICAN MONEY MANAGEMENT | AMMC CLO 22, LIMITED - 1 | On File |
| AMERICAN MONEY MANAGEMENT | AMMC CLO XI LIMITED | On File |
| AMERICAN MONEY MANAGEMENT | AMMC CLO XII LIMITED | On File |
| AMERICAN MONEY MANAGEMENT | AMMC CLO XIII LIMITED | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | ALM 2020, LTD. | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | APOLLO CREDIT FUNDING III LTD. | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | APOLLO CREDIT FUNDING IV LTD | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | APOLLO SENIOR FLOATING RATE FUND INC | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | APOLLO TACTICAL INCOME FUND INC | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 1 LTD | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 10 LTD | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 12 LTD. | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 15 LTD | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 16 LTD | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 17 LTD | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 18 LTD | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 2 LTD. | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 3 LTD | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 5 LTD | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 6 LTD | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 7 LTD | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 8 LTD | On File |
| BC Partners Advisors LP | GREAT LAKES KCAP F3C SENIOR, LLC | On File |
| BLACKSTONE (GSO CAPITAL) | BANDERA STRATEGIC CREDIT PARTNERS I, L.P. | On File |
| BLACKSTONE (GSO CAPITAL) | BASSWOOD PARK CLO, LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | BLACKSTONE / GSO SECURED TRUST LTD | On File |
| BLACKSTONE (GSO CAPITAL) | BLACKSTONE HARRINGTON PARTNERS LP | On File |
| BLACKSTONE (GSO CAPITAL) | BLACKSTONE LONG-SHORT CREDIT INCOME FUND | On File |
| BLACKSTONE (GSO CAPITAL) | BLACKSTONE SENIOR FLOATING RATE TERM FUND | On File |
| BLACKSTONE (GSO CAPITAL) | BLACKSTONE STRATEGIC CREDIT FUND | On File |
| BLACKSTONE (GSO CAPITAL) | BRISTOL PARK CLO, LTD | On File |
| BLACKSTONE (GSO CAPITAL) | BURNHAM PARK CLO, LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | CHENANGO PARK CLO LTD | On File |
| BLACKSTONE (GSO CAPITAL) | COOK PARK CLO, LTD | On File |
| BLACKSTONE (GSO CAPITAL) | DEWOLF PARK CLO, LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | GILBERT PARK CLO, LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | Greenwood Park CLO, Ltd. | On File |
| BLACKSTONE (GSO CAPITAL) | HBOS FINAL SALARY PENSION SCHEME-2 | On File |
| BLACKSTONE (GSO CAPITAL) | JAY PARK CLO, LTD | On File |
| BLACKSTONE (GSO CAPITAL) | LLOYDS BANK PENSION SCHEME NO.1-3 | On File |
| BLACKSTONE (GSO CAPITAL) | LLOYDS BANK PENSION SCHEME NO.2-3 | On File |
| BLACKSTONE (GSO CAPITAL) | NYACK PARK CLO, LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | SPDR BLACKSTONE SENIOR LOAN ETF | On File |
| BLACKSTONE (GSO CAPITAL) | STEWART PARK CLO, LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | TACONIC PARK CLO, LTD | On File |
| BLACKSTONE (GSO CAPITAL) | THAYER PARK CLO, LTD | On File |
| BLACKSTONE (GSO CAPITAL) | TREMAN PARK CLO, LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | TRYON PARK CLO LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | UNITED HEALTHCARE INSURANCE COMPANY | On File |
| BLACKSTONE (GSO CAPITAL) | WEBSTER PARK CLO, LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO 17 LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO 18 LTD | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO IX LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO VII LTD | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO VIII LTD | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO X LTD | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO XI LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO XII LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO XIV LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO XIX LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO XV LTD | On File |

| MASTER ACCOUNT NAME | INVESTOR | Email Address |
|---|---|---|
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO XVI LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO XX LTD | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | Battalion CLO XXI Ltd. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BIG RIVER GROUP FUND SPC LLC | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BLUE FALCON LIMITED | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BRIGADE CREDIT FUND II LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BRIGADE DEBT FUNDING I, LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BRIGADE DEBT FUNDING II, LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BRIGADE DIVERSIFIED CREDIT CIT | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BRIGADE HIGH YIELD FUND LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | Brigade Leveraged Capital Structures Fund Ltd. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BRIGADE OPPORTUNISTIC CREDIT LBG FUND LTD | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | CITY OF PHOENIX EMPLOYEES RETIREMENT PLAN | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | DELTA MASTER TRUST-1 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | FCA CANADA INC. ELECTED MASTER TRUST | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | FEDEX CORPORATION EMPLOYEE'S PENSION TRUST-1 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | FUTURE DIRECTIONS CREDIT OPPORTUNITIES FUND | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | GOLDMAN SACHS TRUST II - GOLDMAN SACHS MULTI-MANAGER NON-CORE FIXED INCOME FUND-2 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | JPMC RETIREMENT PLAN BRIGADE BANK LOAN | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | JPMORGAN CHASE RETIREMENT PLAN | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION-8 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | MEDIOLANUM BEST BRANDS- 2 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | NEW YORK CITY FIRE DEPARTMENT PENSION FUND-3 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | NEW YORK CITY POLICE PENSION FUND-5 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | NORTHROP GRUMMAN PENSION MASTER TRUST - 2 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | PANTHER BCM, LLC. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | SC CREDIT OPPORTUNITIES MANDATE LLC | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | SEI GLOBAL MASTER FUND PLC- THE SEI HIGH YIELD FIXED INCOME FUND | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | SEI INSTITUTIONAL INVESTMENT TRUST - HIGH YIELD BOND FUND-1 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | SEI INSTITUTIONAL MANAGED TRUST - MULTI-STRATEGY ALTERNATIVE FUND | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | SEI INSTITUTIONAL MANAGED TRUST-HIGH YIELD BOND FUND-3 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK-6 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | THE COCA COLA COMPANY MASTER RETIREMENT TRUST | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | U.S. HIGH YIELD BOND FUND-2 | On File |
| CARL MARKS MANAGEMENT COMPANY, LLC- FM | CARL MARKS STRATEGIC INVESTMENTS, L.P. CMSI2015 | On File |
| CARL MARKS MANAGEMENT COMPANY, LLC- FM | CARL MARKS STRATEGIC OPPORTUNITIES FUND III, L.P. | On File |
| CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC (aka CFI Partners LLC) | CFIP CLO 2013-1 LTD | On File |
| CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC (aka CFI Partners LLC) | CFIP CLO 2014-1, LTD | On File |
| CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC (aka CFI Partners LLC) | CFIP CLO 2017-1, Ltd | On File |
| CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC (aka CFI Partners LLC) | CFIP CLO 2018-1, LTD. | On File |
| CQS (UK) LLP | CQS BRUNEL MULTI ASSET CREDIT FUND A SUB FUND OF CQS GLOBAL FUNDS IRELAND PLC | On File |
| CQS (UK) LLP | CQS CREDIT MULTI ASSET FUND, A SUB-FUND OF CQS GLOBAL FUNDS (IRELAND) PLC | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | BENTHAM STRATEGIC LOAN FUND | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | BENTHAM SYNDICATED LOAN FUND-1 | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | BLUE SHIELD OF CALIFORNIA-1 | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | California State Teachers Retirement System-4 | On File |

**Exhibit B**
**Class 3 First Lien Claimants**
**Served via Electronic Mail**

| MASTER ACCOUNT NAME | INVESTOR | Email Address |
|---|---|---|
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | COPPERHILL LOAN FUND I,LLC | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | CREDIT SUISSE ASSET MANAGEMENT INCOME FU | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | CREDIT SUISSE FLOATING RATE HIGH INCOME FUND | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | CREDIT SUISSE FLOATING RATE TRUST | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | Credit Suisse High Yield Bond Fund | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | CREDIT SUISSE NOVA (LUX) GLOBAL SENIOR LOAN FUND | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | CREDIT SUISSE STRATEGIC INCOME FUND | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | DAVINCI REINSURANCE LTD.-2 | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | DOLLAR SENIOR LOAN FUND, LTD. | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | ERIE INDEMNITY COMPANY-2 | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | ERIE INSURANCE EXCHANGE | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | Madison Flintholm Senior Loan Fund I Designated Activity Company | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XI, LTD | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XIII, LTD | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XIV, LTD | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XIX, LTD. | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XL, LTD. | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XLI, LTD. | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XLVI, LTD | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XLVII LTD | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XLVIII LTD | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XVII, LTD | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XVIII, LTD. | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XX, LTD. | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XXI, LTD | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XXVI, LTD | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XXXIII, LTD. | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XXXIV, LTD. | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XXXV, LTD. | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | MADISON PARK FUNDING XXXVI, LTD. | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | PK-SSL INVESTMENT FUND LIMITED PARTNERSHIP | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | RENAISSANCE INVESTMENT HOLDINGS LTD.-5 | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | SUMUS CREDIT OPPORTUNITIES MASTER FUND, L.P. | On File |
| CREDIT SUISSE ASSET MANAGEMENT, LLC- FM | WESPATH FUNDS TRUST | On File |
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR LOAN FUND III LTD | On File |
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR LOAN FUND IX, LTD. | On File |
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR LOAN FUND VII, LTD. | On File |
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR LOAN FUND X, LTD. | On File |
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR LOAN FUND XI, LTD. | On File |
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR LOAN FUND XII, LTD | On File |

Exhibit B
**Class 3 First Lien Claimants**
Served via Electronic Mail

| MASTER ACCOUNT NAME | INVESTOR | Email Address |
|---|---|---|
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR LOAN FUND XIII, LTD | On File |
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR LOAN FUND XIV, LTD | On File |
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR SECURED LOAN FUND VIII, LTD. | On File |
| FEDERATED INVESTMENT MANAGEMENT COMPANY -FM | BANK LOAN CORE FUND | On File |
| FIRST EAGLE INVESTMENT MANAGEMENT, LLC | FIRST EAGLE CREDIT OPPORTUNITIES FUND SPV, LLC | On File |
| FIVE ARROWS MANAGERS LLP | OCEAN TRAILS CLO IX | On File |
| FIVE ARROWS MANAGERS LLP | OCEAN TRAILS CLO V | On File |
| Five Arrows Managers LLP | OCEAN TRAILS CLO VII | On File |
| Investcorp Credit Management US LLC | JAMESTOWN CLO VI-R LTD. | On File |
| Investcorp Credit Management US LLC | JAMESTOWN CLO XI LTD | On File |
| Investcorp Credit Management US LLC | JAMESTOWN CLO XII LTD. | On File |
| Investcorp Credit Management US LLC | JAMESTOWN CLO XIV LTD. | On File |
| Investcorp Credit Management US LLC | JAMESTOWN CLO XV Ltd. | On File |
| JEFFERIES FINANCE LLC - FUND MANAGER | Jefferies Leveraged Credit Products | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 26 LTD | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 27 LTD. | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 28 LTD. | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 29 LTD | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 30 LTD. | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 32 LTD. | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 34 LTD | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 35 LTD | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 36 LTD. LOAN | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM LOAN INCOME FUND I LTD. | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XIII LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XIV LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XIX LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XV LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XVI LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XVII LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XVIII LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XX LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XXI LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XXII Ltd | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XXIII Ltd. | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XXIV LTD | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XXV LTD. | On File |
| MARATHON ASSET MANAGEMENT | BOWERY FUNDING ULC | On File |
| MARATHON ASSET MANAGEMENT | INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH ACTING FOR SDF 2 | On File |
| MARATHON ASSET MANAGEMENT | MAM CORPORATE LOAN FUND | On File |
| MARATHON ASSET MANAGEMENT | MARATHON CLO 14 LTD. | On File |
| MARATHON ASSET MANAGEMENT | MARATHON CLO 2020-15 LTD. | On File |
| MARATHON ASSET MANAGEMENT | MARATHON CLO IX LTD | On File |
| MARATHON ASSET MANAGEMENT | MARATHON CLO V LTD | On File |
| MARATHON ASSET MANAGEMENT | MARATHON CLO VI LTD | On File |
| MARATHON ASSET MANAGEMENT | MARATHON CLO VII LTD | On File |
| MARATHON ASSET MANAGEMENT | MARATHON CLO VIII LTD. | On File |
| MARATHON ASSET MANAGEMENT | Marathon CLO X Ltd. | On File |
| MARATHON ASSET MANAGEMENT | MARATHON CLO XI LTD. | On File |
| MARATHON ASSET MANAGEMENT | MARATHON CLO XII LTD. | On File |
| MARATHON ASSET MANAGEMENT | MARATHON CLO XIII LTD. | On File |
| MARATHON ASSET MANAGEMENT | QUAESTIO ALTERNATIVE FUNDS S.C.A., SICAV-FIS: CMAB - SIF - CREDIT MULTI ASSET POOL B | On File |
| MERCER GLOBAL INVESTMENTS MANAGEMENT LIMITED | MERCER QIF FUND PLC IN RESPECT OF MERCER MULTI-ASSET CREDIT FUND | On File |
| MIDOCEAN PARTNERS- FM | ABBOTT - ABBVIE MULTIPLE EMPLOYER PENSION PLAN TRUST | On File |
| MIDOCEAN PARTNERS- FM | Abbott Laboratories Annuity Retirement Trust | On File |
| MIDOCEAN PARTNERS- FM | MIDOCEAN CREDIT FOCUS FUND I LP | On File |
| MIDOCEAN PARTNERS- FM | MIDOCEAN CREDIT OPPORTUNITY MASTER FUND, LP | On File |
| MIDOCEAN PARTNERS- FM | MIDOCEAN MULTI ASSET CREDIT FUND LP | On File |
| MIDOCEAN PARTNERS- FM | MULTI-CREDIT CAPITAL HOLDINGS 2 LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE 28A CLO, LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE 32 CLO, LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE 35 CLO, LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE 36 CLO, LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE 41 CLO, LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE XIV CLO LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE XVII CLO LIMITED | On File |

| MASTER ACCOUNT NAME | INVESTOR | Email Address |
|---|---|---|
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE XVIII CLO, LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE XXII CLO, LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | Venture XXIV CLO, Limited | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | Venture XXIV CLO, Limited-1 | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE XXX CLO, LIMITED | On File |
| MUZINICH AND COMPANY | FCCI INSURANCE COMPANY | On File |
| MUZINICH AND COMPANY | ICI MUTUAL INSURANCE COMPANY, A RISK RETENTION GROUP. | On File |
| MUZINICH AND COMPANY | JANA MULTI-SECTOR CREDIT TRUST-1 | On File |
| MUZINICH AND COMPANY | MUZINICH CREDIT OPPORTUNITIES FUND | On File |
| MUZINICH AND COMPANY | MUZINICH HIGH INCOME FLOATING RATE FUND LP | On File |
| MUZINICH AND COMPANY | WM POOL- HIGH YIELD FIXED INTEREST TRUST | On File |
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | FLATIRON CLO 17 LTD. | On File |
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | FLATIRON CLO 19 LTD | On File |
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | MAINSTAY FLOATING RATE FUND, A SERIES OF MAINSTAY FUNDS TRUST | On File |
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | MainStay VP Floating Rate Portfolio, a series of MainStay VP Funds Trust | On File |
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | NEW YORK LIFE INSURANCE & ANNUITY CORP. | On File |
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | NEW YORK LIFE INSURANCE CO | On File |
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | TCI-FLATIRON CLO 2016-1 LTD. | On File |
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | TCI-FLATIRON CLO 2017-1 LTD | On File |
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | TCI-FLATIRON CLO 2018-1 LTD. | On File |
| NYL Investors LLC | FLATIRON CLO 18 LTD. | On File |
| REDDING RIDGE ASSET MANAGEMENT LLC. | RR 14 LTD | On File |
| REDDING RIDGE ASSET MANAGEMENT LLC. | RR4 LTD. | On File |
| SKY Harbor Capital Management, LLC | ERIE INDEMNITY COMPANY | On File |
| SYMPHONY ASSET MANAGEMENT | CALIFORNIA STREET CLO IX LIMITED PARTNERSHIP | On File |
| SYMPHONY ASSET MANAGEMENT | MENARD INC-1 | On File |
| SYMPHONY ASSET MANAGEMENT | MUNICIPAL EMPLOYEES ANNUITY AND BENEFIT FUND OF CHICAGO 1 | On File |
| SYMPHONY ASSET MANAGEMENT | NUVEEN ALTERNATIVE INVESTMENT FUNDS SICAV-SIF - NUVEEN US SENIOR LOAN FUND | On File |
| SYMPHONY ASSET MANAGEMENT | NUVEEN CREDIT STRATEGIES INCOME FD | On File |
| SYMPHONY ASSET MANAGEMENT | Nuveen Floating Rate Income Fund | On File |
| SYMPHONY ASSET MANAGEMENT | NUVEEN FLOATING RATE INCOME FUND, A SERIES OF NUVEEN INVESTMENT TRUST III | On File |
| SYMPHONY ASSET MANAGEMENT | Nuveen Floating Rate Income Opportunity Fund | On File |
| SYMPHONY ASSET MANAGEMENT | Nuveen Senior Income Fund | On File |
| SYMPHONY ASSET MANAGEMENT | NUVEEN SENIOR LOAN FUND, L.P. | On File |
| SYMPHONY ASSET MANAGEMENT | NUVEEN SHORT DURATION CREDIT OPPORTUNITIES FUND | On File |
| SYMPHONY ASSET MANAGEMENT | PENSIONDANMARK PENSIONSFORSIKRINGSAKTIESELSKAB-1 | On File |
| SYMPHONY ASSET MANAGEMENT | PRINCIPAL DIVERSIFIED REAL ASSET CIT | On File |
| SYMPHONY ASSET MANAGEMENT | PRINCIPAL FUNDS INC,-DIVERSIFIED REAL ASSET FUND | On File |
| SYMPHONY ASSET MANAGEMENT | SYMPHONY CLO XIX, LTD | On File |
| SYMPHONY ASSET MANAGEMENT | SYMPHONY CLO XV, LTD. | On File |
| SYMPHONY ASSET MANAGEMENT | SYMPHONY CLO XVI, LTD | On File |
| SYMPHONY ASSET MANAGEMENT | SYMPHONY CLO XVII, LTD | On File |
| SYMPHONY ASSET MANAGEMENT | SYMPHONY FLOATING RATE SENIOR LOAN FUND | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | FIRST EAGLE BANK LOAN SELECT MASTER FUND, A CLASS OF THE FIRST EAGLE BANK LOAN SELECT SERIES TRUST I | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | FIRST EAGLE SENIOR LOAN FUND | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | KVK CLO 2013-1, LTD | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | LAKE SHORE MM CLO II, LTD | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | RUSSELL INVESTMENTS QUALIFYING INVESTOR ALTERNATIVE FUNDS PLC | On File |

**Exhibit B**
**Class 3 First Lien Claimants**
**Served via Electronic Mail**

| MASTER ACCOUNT NAME | INVESTOR | Email Address |
|---|---|---|
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | Stichting Pensioenfonds Hoogovens | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | Stichting Pensioenfonds Hoogovens-3 | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | STICHTING PENSIOENFONDS PGB-1 | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | WIND RIVER 2013-1 CLO LTD | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | WIND RIVER 2013-2 CLO LTD | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | WIND RIVER 2014-3 CLO LTD | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | WIND RIVER 2014-3K CLO LTD. | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | WIND RIVER 2016-1K CLO LTD. | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | WIND RIVER 2016-2 CLO LTD | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | WIND RIVER 2017-1 CLO LTD. | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | WIND RIVER 2017-4 CLO LTD | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | WIND RIVER 2018-1 CLO LTD | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | WIND RIVER 2018-2 CLO LTD | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | WIND RIVER 2019-1 CLO LTD | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | WIND RIVER 2019-2 CLO LTD | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA:First Eagle Alt Credit, LLC) | WIND RIVER 2019-3 CLO LTD | On File |
| VECTOR CAPITAL- FM | VC5 Debt Investments (Cayman) Ltd. | On File |
| VECTOR CAPITAL- FM | VECTOR CAPITAL CREDIT OPPORTUNITY MASTER FUND LP | On File |

# Exhibit C

**Exhibit C**
**Class 4 Second Lien Claimants**
Served via Electronic Mail

| MASTER ACCOUNT NAME | INVESTOR | Email Address |
|---|---|---|
| APOLLO GLOBAL MANAGEMENT, LLC- FM | ALM 2020, LTD. | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | APOLLO CREDIT FUNDING III LTD. | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | APOLLO CREDIT FUNDING IV LTD | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | Apollo Credit Master Fund Ltd | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | APOLLO SENIOR FLOATING RATE FUND INC | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | APOLLO TACTICAL INCOME FUND INC | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | REDDING RIDGE ASSET MANAGEMENT LLC, C-MOA SERIES | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 1 LTD | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 12 LTD. | On File |
| APOLLO GLOBAL MANAGEMENT, LLC- FM | RR 3 LTD | On File |
| BC Partners Advisors LP | GREAT LAKES PORTMAN RIDGE FUNDING LLC | On File |
| BLACKSTONE (GSO CAPITAL) | BANDERA STRATEGIC CREDIT PARTNERS I, L.P. | On File |
| BLACKSTONE (GSO CAPITAL) | BLACKSTONE / GSO GLOBAL DYNAMIC CREDIT FUNDING DESIGNATED ACTIVITY COMPANY | On File |
| BLACKSTONE (GSO CAPITAL) | BLACKSTONE FLOATING RATE ENHANCED INCOME FUND | On File |
| BLACKSTONE (GSO CAPITAL) | BLACKSTONE GSO US LOAN FUNDING DESIGNATED ACTIVITY COMPANY | On File |
| BLACKSTONE (GSO CAPITAL) | BLACKSTONE HARRINGTON PARTNERS LP | On File |
| BLACKSTONE (GSO CAPITAL) | BLACKSTONE LONG-SHORT CREDIT INCOME FUND | On File |
| BLACKSTONE (GSO CAPITAL) | BLACKSTONE SENIOR FLOATING RATE TERM FUND | On File |
| BLACKSTONE (GSO CAPITAL) | BLACKSTONE STRATEGIC CREDIT FUND | On File |
| BLACKSTONE (GSO CAPITAL) | BRISTOL PARK CLO, LTD | On File |
| BLACKSTONE (GSO CAPITAL) | BURNHAM PARK CLO, LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | CATSKILL PARK CLO, LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | CHENANGO PARK CLO LTD | On File |
| BLACKSTONE (GSO CAPITAL) | COLE PARK CLO LIMITED | On File |
| BLACKSTONE (GSO CAPITAL) | COOK PARK CLO, LTD | On File |
| BLACKSTONE (GSO CAPITAL) | CUMBERLAND PARK CLO, LTD | On File |
| BLACKSTONE (GSO CAPITAL) | DEWOLF PARK CLO, LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | DORCHESTER PARK CLO DESIGNATED ACTIVITY COMPANY | On File |
| BLACKSTONE (GSO CAPITAL) | GILBERT PARK CLO, LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | Greenwood Park CLO, Ltd. | On File |
| BLACKSTONE (GSO CAPITAL) | GRIPPEN PARK CLO, LTD | On File |
| BLACKSTONE (GSO CAPITAL) | HBOS FINAL SALARY PENSION SCHEME-2 | On File |
| BLACKSTONE (GSO CAPITAL) | JAY PARK CLO, LTD | On File |
| BLACKSTONE (GSO CAPITAL) | LLOYDS BANK PENSION SCHEME NO.1-3 | On File |
| BLACKSTONE (GSO CAPITAL) | LLOYDS BANK PENSION SCHEME NO.2-3 | On File |
| BLACKSTONE (GSO CAPITAL) | LONG POINT PARK CLO, LTD | On File |
| BLACKSTONE (GSO CAPITAL) | PPG INDUSTRIES, INC. PENSION PLAN TRUST | On File |
| BLACKSTONE (GSO CAPITAL) | SPDR BLACKSTONE SENIOR LOAN ETF | On File |
| BLACKSTONE (GSO CAPITAL) | STEWART PARK CLO, LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | TACONIC PARK CLO, LTD | On File |
| BLACKSTONE (GSO CAPITAL) | THAYER PARK CLO, LTD | On File |
| BLACKSTONE (GSO CAPITAL) | TREMAN PARK CLO, LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | TRYON PARK CLO LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | WEBSTER PARK CLO, LTD. | On File |
| BLACKSTONE (GSO CAPITAL) | WESTCOTT PARK CLO, LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO 17 LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO 18 LTD | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO IX LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO VII LTD | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO VIII LTD | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO X LTD | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO XI LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO XII LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO XIV LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO XIX LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO XV LTD | On File |

**Exhibit C**
**Class 4 Second Lien Claimants**
Served via Electronic Mail

| MASTER ACCOUNT NAME | INVESTOR | Email Address |
|---|---|---|
| BRIGADE CAPITAL MANAGEMENT, LP | BATTALION CLO XVI LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BIG RIVER GROUP FUND SPC LLC | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BIG RIVER GROUP FUND SPC LLC | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BLUE FALCON LIMITED | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BRIGADE CREDIT FUND II LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BRIGADE CREDIT FUND II LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BRIGADE DEBT FUNDING I, LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BRIGADE DEBT FUNDING II, LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BRIGADE DIVERSIFIED CREDIT CIT | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BRIGADE DIVERSIFIED CREDIT CIT | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BRIGADE HIGH YIELD FUND LTD. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | Brigade Leveraged Capital Structures Fund Ltd. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BRIGADE OPPORTUNISTIC CREDIT LBG FUND LTD | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | BRIGADE-SIERRABRAVO FUND LP | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | DELTA MASTER TRUST-1 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | DELTA MASTER TRUST-1 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | FEDEX CORPORATION EMPLOYEE'S PENSION TRUST-1 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | FEDEX CORPORATION EMPLOYEE'S PENSION TRUST-1 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | FUTURE DIRECTIONS CREDIT OPPORTUNITIES FUND | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | ILLINOIS STATE BOARD OF INVESTMENT-2 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | JPMORGAN CHASE RETIREMENT PLAN | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION-8 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | NEW YORK CITY FIRE DEPARTMENT PENSION FUND-3 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | NEW YORK CITY POLICE PENSION FUND-5 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | NORTHROP GRUMMAN PENSION MASTER TRUST - 2 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | PANTHER BCM, LLC. | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | SC CREDIT OPPORTUNITIES MANDATE LLC | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | SC CREDIT OPPORTUNITIES MANDATE LLC | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | SEI GLOBAL MASTER FUND PLC- THE SEI HIGH YIELD FIXED INCOME FUND | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | SEI INSTITUTIONAL INVESTMENT TRUST - HIGH YIELD BOND FUND-1 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | SEI INSTITUTIONAL MANAGED TRUST - MULTI-STRATEGY ALTERNATIVE FUND | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | SEI INSTITUTIONAL MANAGED TRUST - MULTI-STRATEGY ALTERNATIVE FUND | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | SEI INSTITUTIONAL MANAGED TRUST-HIGH YIELD BOND FUND-3 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK-6 | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | THE COCA COLA COMPANY MASTER RETIREMENT TRUST | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | THE COCA COLA COMPANY MASTER RETIREMENT TRUST | On File |
| BRIGADE CAPITAL MANAGEMENT, LP | U.S. HIGH YIELD BOND FUND-2 | On File |
| CARLYLE INVESTMENT MANAGEMENT, LLC . US LEV. FINAN | CARLYLE C17 CLO, LTD. | On File |
| CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC (aka CFI Partners LLC) | CFIP CLO 2013-1 SUBSIDIARY, LTD. | On File |
| CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC (aka CFI Partners LLC) | CFIP CLO 2014-1 SUBSIDIARY, LTD. | On File |
| CION INVESTMENT MANAGEMENT LLC | 34TH STREET FUNDING, LLC | On File |
| CION INVESTMENT MANAGEMENT LLC | CION EAGLE TREE PARTNERS LLC | On File |
| CION INVESTMENT MANAGEMENT LLC | MURRAY HILL FUNDING II LLC | On File |
| COLUMBIA MANAGEMENT | CENT CLO 21 LIMITED | On File |
| COLUMBIA MANAGEMENT | COLUMBIA CENT CLO 27 LIMITED | On File |
| COLUMBIA MANAGEMENT | COLUMBIA CENT CLO 28 LIMITED | On File |
| CQS (UK) LLP | BIWA FUND LIMITED | On File |
| CQS (UK) LLP | CQS ACS FUND, A SUB-FUND OF CQS GLOBAL FUNDS ICAV | On File |

**Exhibit C**
**Class 4 Second Lien Claimants**
Served via Electronic Mail

| MASTER ACCOUNT NAME | INVESTOR | Email Address |
|---|---|---|
| CQS (UK) LLP | CQS BRUNEL MULTI ASSET CREDIT FUND A SUB FUND OF CQS GLOBAL FUNDS IRELAND PLC | On File |
| CQS (UK) LLP | CQS CREDIT MULTI ASSET FUND, A SUB-FUND OF CQS GLOBAL FUNDS (IRELAND) PLC | On File |
| CQS (UK) LLP | CQS DEDICATED MULTI STRATEGY FUND LIMITED | On File |
| CREDIT SUISSE | Credit Suisse Loan Funding LL | On File |
| CREDIT SUISSE 3RD PARTY | CREDIT SUISSE THIRD PARTY | On File |
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR LOAN FUND III LTD | On File |
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR LOAN FUND IX, LTD. | On File |
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR LOAN FUND VII, LTD. | On File |
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR LOAN FUND X, LTD. | On File |
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR LOAN FUND XI, LTD. | On File |
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR LOAN FUND XII, LTD | On File |
| CRESCENT CAPITAL GROUP LP- FM | ATLAS SENIOR SECURED LOAN FUND VIII, LTD. | On File |
| CRESCENT CAPITAL GROUP LP- FM | CRESCENT CAPITAL BDC, INC | On File |
| FEDERATED INVESTMENT MANAGEMENT COMPANY -FM | BANK LOAN CORE FUND | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 26 LTD | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 27 LTD. | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 28 LTD. | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 29 LTD | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 30 LTD. | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 31 LTD. | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 32 LTD. | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM 35 LTD | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM LOAN INCOME FUND I LTD. | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XIII LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XIV LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XIX LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XV LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XVI LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XVII LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XVIII LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XX LIMITED PARTNERSHIP | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XXII Ltd | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XXIII Ltd. | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XXIV LTD | On File |
| LCM ASSET MANAGEMENT - FD MGR | LCM XXV LTD. | On File |
| MARATHON ASSET MANAGEMENT | BOWERY FUNDING ULC | On File |
| MARATHON ASSET MANAGEMENT | MAM CORPORATE LOAN FUND | On File |
| MERCER GLOBAL INVESTMENTS MANAGEMENT LIMITED | MERCER QIF FUND PLC IN RESPECT OF MERCER MULTI-ASSET CREDIT FUND | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE 31 CLO, LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE 35 CLO, LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE 36 CLO, LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE 41 CLO, LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE 42 CLO LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE 43 CLO, LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE 44 CLO LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE XIII CLO LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE XIV CLO LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE XIX CLO, LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE XV CLO LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE XVI CLO, LIMITED | On File |
| MJX ASSET MANAGEMENT, LLC - FD MGR | VENTURE XXI CLO, LIMITED | On File |
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | FLATIRON CLO 17 LTD. | On File |
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | FLATIRON CLO 2015-1 LTD | On File |
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | MAINSTAY FLOATING RATE FUND, A SERIES OF MAINSTAY FUNDS TRUST | On File |
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | MainStay VP Floating Rate Portfolio, a series of MainStay VP Funds Trust | On File |

**Exhibit C**
**Class 4 Second Lien Claimants**
Served via Electronic Mail

| MASTER ACCOUNT NAME | INVESTOR | Email Address |
|---|---|---|
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | NEW YORK LIFE INSURANCE & ANNUITY CORP. | On File |
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | NEW YORK LIFE INSURANCE CO | On File |
| NEW YORK LIFE INSURANCE COMPANY - FD MGR | TCI-FLATIRON CLO 2016-1 LTD. | On File |
| NYL Investors LLC | FLATIRON CLO 18 LTD. | On File |
| REDDING RIDGE ASSET MANAGEMENT LLC. | RR4 LTD. | On File |
| SYMPHONY ASSET MANAGEMENT | CALIFORNIA STREET CLO IX LIMITED PARTNERSHIP | On File |
| SYMPHONY ASSET MANAGEMENT | CALIFORNIA STREET CLO XII, LTD | On File |
| SYMPHONY ASSET MANAGEMENT | MENARD INC-1 | On File |
| SYMPHONY ASSET MANAGEMENT | MUNICIPAL EMPLOYEES ANNUITY AND BENEFIT FUND OF CHICAGO 1 | On File |
| SYMPHONY ASSET MANAGEMENT | NUVEEN ALTERNATIVE INVESTMENT FUNDS SICAV-SIF - NUVEEN US SENIOR LOAN FUND | On File |
| SYMPHONY ASSET MANAGEMENT | NUVEEN CREDIT STRATEGIES INCOME FD | On File |
| SYMPHONY ASSET MANAGEMENT | Nuveen Floating Rate Income Fund | On File |
| SYMPHONY ASSET MANAGEMENT | NUVEEN FLOATING RATE INCOME FUND, A SERIES OF NUVEEN INVESTMENT TRUST III | On File |
| SYMPHONY ASSET MANAGEMENT | Nuveen Floating Rate Income Opportunity Fund | On File |
| SYMPHONY ASSET MANAGEMENT | Nuveen Senior Income Fund | On File |
| SYMPHONY ASSET MANAGEMENT | NUVEEN SENIOR LOAN FUND, L.P. | On File |
| SYMPHONY ASSET MANAGEMENT | NUVEEN SHORT DURATION CREDIT OPPORTUNITIES FUND | On File |
| SYMPHONY ASSET MANAGEMENT | NUVEEN SYMPHONY CREDIT OPPORTUNITES FUND | On File |
| SYMPHONY ASSET MANAGEMENT | PENSIONDANMARK PENSIONSFORSIKRINGSAKTIESELSKAB-1 | On File |
| SYMPHONY ASSET MANAGEMENT | PRINCIPAL FUNDS INC,-DIVERSIFIED REAL ASSET FUND | On File |
| SYMPHONY ASSET MANAGEMENT | SCOF-2 LTD. | On File |
| SYMPHONY ASSET MANAGEMENT | SYMPHONY CLO XIV, LTD | On File |
| SYMPHONY ASSET MANAGEMENT | SYMPHONY CLO XV, LTD. | On File |
| SYMPHONY ASSET MANAGEMENT | SYMPHONY CLO XVII, LTD | On File |
| SYMPHONY ASSET MANAGEMENT | SYMPHONY CLO XVIII, LTD | On File |
| SYMPHONY ASSET MANAGEMENT | SYMPHONY FLOATING RATE SENIOR LOAN FUND | On File |
| SYMPHONY ASSET MANAGEMENT | TCI-SYMPHONY CLO 2017-1 LTD. | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA First Eagle Alt Credit, LLC) | KVK CLO 2013-1, LTD | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA First Eagle Alt Credit, LLC) | WIND RIVER 2014-3K CLO LTD. | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA First Eagle Alt Credit, LLC) | WIND RIVER 2019-1 CLO LTD | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA First Eagle Alt Credit, LLC) | WIND RIVER 2019-2 CLO LTD | On File |
| THL CREDIT SENIOR LOAN STRAT- FM (AKA First Eagle Alt Credit, LLC) | WIND RIVER 2019-3 CLO LTD | On File |
| VECTOR CAPITAL- FM | VECTOR CAPITAL CREDIT OPPORTUNITY MASTER FUND LP | On File |