# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CARESTREAM HEALTH INC., *et al.,*[1] | Case No. 22-10778 (JKS) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the JPMorgan Chase Bank, N.A. ("JPM") hereby enters its appearance in the above-captioned cases by and through its counsel, Simpson Thacher & Bartlett LLP and Landis Rath & Cobb LLP, pursuant to 11 U.S.C. § 1109(b) and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

| | |
|---|---|
| **SIMPSON THACHER & BARTLETT LLP** | **LANDIS RATH & COBB LLP** |
| Sandeep Qusba, Esq. | Adam G. Landis, Esq. |
| Jonathan Mitnick, Esq. | Matthew B. McGuire, Esq. |
| 425 Lexington Avenue | Matthew R. Pierce, Esq. |
| New York, NY 10017 | 919 Market Street, Suite 1800 |
| Telephone: (212)-455-2000 | Wilmington, Delaware 19801 |
| Facsimile: (212)-455-2502 | Telephone: (302) 467-4400 |
| Email: squsba@stblaw.com | Facsimile: (302) 467-4450 |
| jonathan.mitnick@stblaw.com | Email: landis@lrclaw.com |
| | mcguire@lrclaw.com |
| | pierce@lrclaw.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Carestream Health, Inc. (0334); Carestream Health Acquisition, LLC (0333); Carestream Health Canada Holdings, Inc. (7700); Carestream Health Holdings, Inc. (7822); Carestream Health International Holdings, Inc. (5771); Carestream Health International Management Company, Inc. (0532); Carestream Health Puerto Rico, LLC (8359); Carestream Health World Holdings, LLC (1662); and Lumisys Holding Co. (3232). The location of the Debtors' service address is: 150 Verona Street, Rochester, New York 14608.

{683.019-W0068240.}

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive JPM's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

| | |
|---|---|
| Date: August 23, 2022<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email:  landis@lrclaw.com<br>           mcguire@lrclaw.com<br>           pierce@lrclaw.com<br><br>-and- |

**SIMPSON THACHER & BARTLETT LLP**
Sandeep Qusba, Esq.
Jonathan Mitnick, Esq.
425 Lexington Avenue
New York, NY 10017
Telephone: (212)-455-2000
Facsimile: (212)-455-2502
Email: squsba@stblaw.com
       jonathan.mitnick@stblaw.com

*Counsel to JPMorgan Chase Bank, N.A.*