**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CARESTREAM HEALTH, INC., *et al.*,[1] | ) | Case No. 22-10778 (JKS) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED
FOR AUGUST 24, 2022, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Date and Time of Hearing: | Wednesday, August 24, 2022, at 11:00 a.m. (prevailing Eastern Time). |
| Location of Hearing: | The Honorable Judge J. Kate Stickles, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware. **This Hearing will be conducted remotely via Zoom, see instructions below**. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC ("KCC"), at https://kccllc.net/Carestream. Further information may be obtained by calling KCC at: (877) 709-4750 (Toll-free from US / Canada) or +1 (424) 236-7230 (International) or Emailing at CarestreamInfo@kccllc.com. |

PLEASE NOTE, ALL REMOTE HEARINGS WILL BE CONDUCTED ENTIRELY OVER ZOOM AND WILL REQUIRE ALL PARTICIPANTS TO REGISTER IN ADVANCE TO APPEAR VIA VIDEO CONFERENCE VIA ZOOM. COURTCALL WILL NOT BE USED TO DIAL IN.

**PARTIES WHO WISH TO APPEAR MUST REGISTER NO LATER THAN WEDNESDAY, AUGUST 24, 2022, AT 9:00 A.M. (PREVAILING EASTERN TIME). PARTIES SHOULD USE THE FOLLOWING LINK TO REGISTER FOR THE FIRST DAY HEARING:**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Carestream Health, Inc. (0334); Carestream Health Acquisition, LLC (0333); Carestream Health Canada Holdings, Inc. (7700); Carestream Health Holdings, Inc. (7822); Carestream Health International Holdings, Inc. (5771); Carestream Health International Management Company, Inc. (0532); Carestream Health Puerto Rico, LLC (8359); Carestream Health World Holdings, LLC (1662); and Lumisys Holding Co. (3232). The location of the Debtors' service address is: 150 Verona Street, Rochester, New York 14608.

https://debuscourts.zoomgov.com/meeting/register/vJItdO6qrzwqHJuRg3CQg87ANeqsVjf4aEo

**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court.  The status of each is set forth below.**

1. Voluntary Chapter 11 Petitions

   A.    Carestream Health, Inc. [Docket No. 1, Case No. 22-10778]
   B.    Carestream Health Acquisition, LLC [Docket No. 1, Case No. 22-10779]
   C.    Carestream Health Canada Holdings, Inc. [Docket No. 1, Case No. 22-10780]
   D.    Carestream Health Holdings, Inc. [Docket No. 1, Case No. 22-10781]
   E.    Carestream Health International Holdings, Inc. [Docket No. 1, Case No. 22-10782]
   F.    Carestream Health International Management Company, Inc. [Docket No. 1, Case No. 22-10783]
   G.    Carestream Health Puerto Rico, LLC [Docket No. 1, Case No. 22-10784]
   H.    Carestream Health World Holdings, LLC [Docket No. 1, Case No. 22-10785]
   I.    Lumisys Holding Co. [Docket No. 1, Case No. 22-10786]

2. **First Day Declaration**.  *Declaration of Scott H. Rosa, Chief Financial Officer of Carestream Health, Inc., in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 16].

   > Status:    The Debtors will ask the Court to admit the Declaration into evidence.  To the extent the Court or any party in interest have questions regarding the Declaration or the factual bases for the first-day relief the Debtors seek, Scott Rosa will be available on the Zoom platform.

3. **DIP Declaration.**  *Declaration of Andrew Turnbull in Support of the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [SEALED Docket No. 18, Exhibit B].

   > Status:    The Debtors will ask the Court to admit the Declaration into evidence.  To the extent the Court or any party in interest have questions regarding the Declaration or the factual bases for the first-day relief the Debtors seek, Andrew Turnbull will be available on the Zoom platform.

4.  **Exit ABL Declaration.** *Declaration of Scott H. Rosa in Support of The Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry into the Exit ABL Facility Commitment Documents, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief* [Docket No. 32, Filed August 23, 2022].

> Status:   The Debtors will ask the Court to admit the Declaration into evidence.  To the extent the Court or any party in interest have questions regarding the Declaration or the factual bases for the first-day relief the Debtors seek, Scott H. Rosa will be available on the Zoom platform.

**MATTERS GOING FORWARD:**

5.  **Joint Administration Motion.** *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 2].

> Status:   This matter is going forward.

6.  **SEALED - DIP Motion.** *Debtors' Motion Seeking Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 18]

> A.  **REDACTED – Notice of Filing Redacted DIP Motion.** *Notice of Filing of Proposed Redacted Version of the Debtors' Motion Seeking Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 30].

> B.  **Notice of Interim DIP Hearing and Proposed Order**. *Notice of Hearing on Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 48].

> Status: This matter is going forward with respect to an interim order.

7.  **Motion to Seal DIP Fee Letters**. *Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact Certain Portions of the Letters Related to the Dip Facility* [Docket No. 29].

> Status: This matter is going forward.

8.  **SEALED – Exit ABL Commitment Letter Motion**. *Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry into the Exit ABL Facility Commitment Documents, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief* [Docket No. 17].

   A.  **REDACTED - Notice of Exit ABL Commitment Documents.** *Notice of Filing of Proposed Redacted Version of the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry into the Exit ABL Facility Commitment Documents, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief* [Docket No. 28].

      <u>Status</u>:      This matter is going forward.

9.  **Motion to Seal Exit ABL Commitment Letter Motion**. *Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact Certain Portions of the Exit ABL Facility Commitment Documents* [Docket No. 27].

      <u>Status</u>: This matter is going forward.

10. **Cash Management Motion**. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 12].

      <u>Status</u>:      This matter is going forward with respect to an interim order.

11. **Kurtzman Carson Consultant LLC ("<u>KCC</u>") 156(c) Retention Application.** *Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective as of August 23, 2022* [Docket No. 4].

      <u>Status</u>:      This matter is going forward.

12. **Creditor Matrix Motion**. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information, and (II) Granting Related Relief* [Docket No. 3].

      <u>Status</u>:      This matter is going forward with respect to an interim order.

13. **Customer Programs Motion**. *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief* [Docket No. 5].

       Status:     This matter is going forward.

14.    **NOL Motion**. *Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 10].

       Status:     This matter is going forward with respect to an interim order.

15.    **Utilities Motion**. *Debtors' Motion for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 9].

       Status:     This matter is going forward with respect to an interim order.

16.    **Wages Motion**. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 11].

       Status:     This matter is going forward with respect to an interim order.

17.    **Taxes Motion**. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 8].

       Status:     This matter is going forward with respect to an interim order.

18.    **Insurance Motion**. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief* [Docket No. 7].

       Status:     This matter is going forward with respect to an interim order.

19.    **Scheduling Motion**. *Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving Related Dates, Deadlines, Notices, and Procedures, (III) Approving the Solicitation Procedures and Related Dates, Deadlines, and Notices, (IV) Approving the Rights Offering Procedures and Related Dates, Deadlines, and Notices, and (V) Conditionally Waiving the Requirements that (A) the U.S. Trustee Convene a Meeting of Creditors and (B) the Debtors File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Rule 2015.3 Financial Reports* [Docket No. 20].

       Status:     This matter is going forward.

20.    **All Claims Motion**.    *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of All Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing Satisfaction of Obligations Related Thereto, and (IV) Granting Related Relief* [Docket No. 6].

        <u>Status</u>:    This matter is going forward with respect to an interim order.

## MATTERS GOING FORWARD FOR SCHEDULING PURPOSES:

21.    **Chapter 11 Plan**.    *Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc., and Its Debtor Affiliates* [Docket No. 14].

        <u>Status</u>:    This matter is going forward for scheduling purposes only.

22.    **Disclosure Statement**.    *Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc., and Its Debtor Affiliates* [Docket No. 15].

        <u>Status</u>:    This matter is going forward for scheduling purposes only.

23.    **KCC Voting Declaration**.    *Declaration of Adam Gorman Regarding the Solicitation and Tabulation of Votes on the Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc., and Its Debtor Affiliates* [Docket No. 42].

        <u>Status</u>:    This matter is going forward for scheduling purposes only.

*[Remainder of page intentionally left blank]*

Dated:  August 23, 2022
Wilmington, Delaware

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:         ljones@pszjlaw.com
                tcairns@pszjlaw.com
                ecorma@pszjlaw.com

-and-

Patrick J. Nash, Jr., P.C. (*pro hac vice* pending)
Tricia Schwallier Collins (*pro hac vice* pending)
Yusuf U. Salloum (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:         patrick.nash@kirkland.com
                tricia.schwallier@kirkland.com
                yusuf.salloum@kirkland.com

-and-

Nicole L. Greenblatt, P.C. (*pro hac vice* pending)
Rachael M. Bentley (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:         nicole.greenblatt@kirkland.com
Email:         rachael.bentley@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*