# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CARESTREAM HEALTH, INC., *et al.*[1] | Case No. 22-10778 (JKS) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), the undersigned counsel enter their appearance as counsel for Credit Suisse AG, Cayman Island Branch ("Credit Suisse") and request that all notices and other papers filed or served in the above-captioned cases be served upon the following attorneys:

| | |
|---|---|
| Mark F. Liscio, Esq. | Jeremy W. Ryan (No. 4057) |
| Scott D. Talmadge, Esq. | L. Katherine Good (No. 5101) |
| Samantha S. Braunstein, Esq. | Elizabeth R. Schlecker (No. 6913) |
| Lacey Nemergut, Esq. | **POTTER ANDERSON & CORROON LLP** |
| Skyler Splinter, Esq. | 1313 N. Market Street, 6th Floor |
| **FRESHFIELDS BRUCKHAUS DERINGER US LLP** | Wilmington, Delaware 19801 |
| 601 Lexington Avenue, 31st Floor | Telephone: (302) 984-6000 |
| New York, New York 10022 | Facsimile:  (302) 658-1192 |
| Telephone: (212) 277-4000 | Email: jryan@potteranderson.com |
| Facsimile:  (212) 277-4001 | kgood@potteranderson.com |
| Email: mark.liscio@freshfields.com | eschlecker@potteranderson.com |
| scott.talmadge@freshfields.com | |
| samantha.braunstein@freshfields.com | |
| lacey.nemergut@freshfields.com | |
| skyler.splinter@freshfields.com | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Carestream Health, Inc. (0334); Carestream Health Acquisition, LLC (0333); Carestream Health Canada Holdings, Inc. (7700); Carestream Health Holdings, Inc. (7822); Carestream Health International Holdings, Inc. (5771); Carestream Health International Management Company, Inc. (0532); Carestream Health Puerto Rico, LLC (8359); Carestream Health World Holdings, LLC (1662); and Lumisys Holdings Co. (3232).  The location of the Debtors' service address is: 150 Verona Street, Rochester, New York 14608.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive or procedural right of Credit Suisse including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Credit Suisse is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until Credit Suisse expressly states otherwise, Credit Suisse does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

<mark>

| | |
|---|---|
| Dated: August 23, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Jeremy W. Ryan*<br>Jeremy W. Ryan (No. 4057)<br>L. Katherine Good (No. 5101)<br>Elizabeth R. Schlecker (No. 6913)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jryan@potteranderson.com<br>         kgood@potteranderson.com<br>         eschlecker@potteranderson.com<br><br>– and –<br><br>Mark F. Liscio, Esq.<br>Scott D. Talmadge, Esq.<br>Samantha S. Braunstein, Esq.<br>Lacey Nemergut, Esq.<br>Skyler Splinter, Esq.<br>**FRESHFIELDS BRUCKHAUS DERINGER US LLP**<br>601 Lexington Avenue, 31st Floor<br>New York, New York 10022<br>Telephone: (212) 277-4000<br>Facsimile: (212) 277-4001<br>Email: mark.liscio@freshfields.com<br>         scott.talmadge@freshfields.com<br>         samantha.braunstein@freshfields.com<br>         lacey.nemergut@freshfields.com<br>         skyler.splinter@freshfields.com<br><br>*Counsel for Credit Suisse AG, Cayman Island Branch* |

IMPAC 10309297v.1