**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CARESTREAM HEALTH, INC., *et al.*,[1] | ) | Case No. 22-10778 (JKS) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

## DEBTORS' WITNESS AND EXHIBIT LIST FOR FIRST DAY HEARING
## SET FOR AUGUST 24, 2022, AT 11:00 A.M. (PREVAILING EASTERN TIME)

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit their witness and exhibit list in connection with the first-day hearing currently scheduled to begin on **August 24, 2022, at 11:00 a.m. (prevailing Eastern Time)** (the "Hearing").

## WITNESSES

Subject to the Court's approval, the Debtors do not presently intend to offer live testimony from any witness, but reserve the right to do so. The Debtors will have the following witnesses available on the Zoom platform to the extent the Court or parties in interest have questions.

1.    **Scott Rosa, Chief Financial Offer, of Carestream Health, Inc.** Scott Rosa is the Debtors' first-day declarant. The Debtors will ask the Court to admit the first-day declaration [Docket No. 16] (the "First Day Declaration"), and the Exit ABL Declaration [Docket No. 32] (the "Exit ABL Declaration") into evidence. Scott Rosa will be available to address questions from the Court or any party in interest regarding the Declaration or the factual bases for the first-day relief the Debtors seek.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Carestream Health, Inc. (0334); Carestream Health Acquisition, LLC (0333); Carestream Health Canada Holdings, Inc. (7700); Carestream Health Holdings, Inc. (7822); Carestream Health International Holdings, Inc. (5771); Carestream Health International Management Company, Inc. (0532); Carestream Health Puerto Rico, LLC (8359); Carestream Health World Holdings, LLC (1662); and Lumisys Holding Co. (3232). The location of the Debtors' service address is:  150 Verona Street, Rochester, New York 14608.

2.    **Andrew Turnbull, Managing Director, of Houlihan Lokey Capital, Inc.**
Andrew Turnbull is the Debtors' DIP declarant.  The Debtors will ask the Court
to admit the DIP declaration [Docket No. 18 (Sealed Version), Exhibit B];
[Docket No. 30 (Redacted Version), Exhibit B] (the "Turnbull Declaration") into
evidence.  Mr. Turnbull will be available to address questions from the Court or
any party in interest regarding the Declaration or the factual bases for the first-day
relief the Debtors seek.

3.    **Robert Jordan, Senior Managing Director, Kurtzman Carson Consultants
LLC.**  Robert Jordan is the declarant in support of the *Debtors' Application for
Authorization to Employ and Retain Kurtzman Carson Consultants LLC as
Claims and Noticing Agent Effective as of August 23, 2022* [Docket No. 4]
the "KCC Application").  The Debtors will ask the Court to admit Jordan's
declaration into evidence [Docket No. 4, at Exhibit B] in connection with the
KCC Application.  Robert Jordan will be available to address questions from the
Court or any party in interest regarding the Stretto Application.

4.    **Adam Gorman, Director of Corporate Restructuring Services, Kurtzman
Carson Consultants LLC.**  Adam Gorman is the declarant in support of the
*Declaration of Adam Gorman Regarding Solicitation and Tabulation of Votes on
the Rejecting the Joint Prepackaged Chapter 11 Plan of Reorganization of
Carestream Health, Inc., and Its Debtor Affiliates* [Docket No. 42]
(the "KCC Voting Declaration").  Mr. Gorman will be available to address
questions from the Court or any party in interest regarding the service of the
solicitation materials.

5.    Any person called as a fact witness by another party.

6.    Rebuttal witnesses as necessary.

## EXHIBITS

The Debtors may offer the following exhibits at the Hearing:

| Ex. No. | Document | Marked | Admitted | Objs. |
|---------|----------|--------|----------|-------|
| 1. | Declaration of Scott H. Rosa, Chief Financial Officer of Carestream Health, Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 16]. | | | |
| 2. | Declaration of Robert Jordan in Support of Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective as of August 23, 2022 [Docket No. 4, Exhibit B]. | | | |

2

| Ex. No. | Document | Marked | Admitted | Objs. |
|---------|----------|--------|----------|-------|
| 3. | Declaration of Andrew Turnbull in Support of the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 18 (Sealed Version), Exhibit B]. | | | |
| 4. | Declaration of Andrew Turnbull in Support of the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 30-1 (Redacted Version), Exhibit B]. | | | |
| 5. | Declaration of Scott H. Rosa in Support of The Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry into the Exit ABL Facility Commitment Documents, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Docket No. 32] | | | |
| 6. | Declaration of Adam Gorman Regarding Solicitation and Tabulation of Votes on the Rejecting the Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc., and Its Debtor Affiliates [Docket No. 42]. | | | |
| 7. | Affidavit of Service of Solicitation Materials [Docket No. 39]. | | | |

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors reserve the right to amend, supplement, and modify the Witness List and Exhibit List and introduce into evidence (i) any exhibits listed by other parties, (ii) any documents for the purposes of rebuttal or impeachments, or (iii) any pleadings or other court filings.  The Debtors further reserve the right to call any witness identified by any other party or for the purposes of rebuttal.

KE 88838341

Dated:  August 23, 2022          /s/ Laura Davis Jones
Wilmington, Delaware             Laura Davis Jones (DE Bar No. 2436)
                                 Timothy P. Cairns (DE Bar No. 4228)
                                 Edward Corma (DE Bar No. 6718)
                                 **PACHULSKI STANG ZIEHL & JONES LLP**
                                 919 North Market Street, 17th Floor
                                 P.O. Box 8705
                                 Wilmington, Delaware 19801
                                 Telephone:      (302) 652-4100
                                 Facsimile:      (302) 652-4400
                                 Email:          ljones@pszjlaw.com
                                                 tcairns@pszjlaw.com
                                                 ecorma@pszjlaw.com

                                 -and-


                                 Patrick J. Nash, Jr., P.C. (*pro hac vice* pending)
                                 Tricia Schwallier Collins (*pro hac vice* pending)
                                 Yusuf U. Salloum (*pro hac vice* pending)
                                 **KIRKLAND & ELLIS LLP**
                                 **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                 300 North LaSalle Street
                                 Chicago, Illinois 60654
                                 Telephone:      (312) 862-2000
                                 Facsimile:      (312) 862-2200
                                 Email:          patrick.nash@kirkland.com
                                                 tricia.schwallier@kirkland.com
                                                 yusuf.salloum@kirkland.com

                                 -and-


                                 Nicole L. Greenblatt, P.C. (*pro hac vice* pending)
                                 Rachael M. Bentley (*pro hac vice* pending)
                                 **KIRKLAND & ELLIS LLP**
                                 **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                 601 Lexington Avenue
                                 New York, New York 10022
                                 Telephone:      (212) 446-4800
                                 Facsimile:      (212) 446-4900
                                 Email:          nicole.greenblatt@kirkland.com
                                 Email:          rachael.bentley@kirkland.com


                                 *Proposed Co-Counsel for the Debtors and Debtors in Possession*