**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CARESTREAM HEALTH, INC., *et al.*,[1] | Case No. 22- 10778 (JKS) |
| Debtors. | (Joint Administration Requested) |

## CERTIFICATE OF SERVICE

I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Reorganized Debtors in the above-captioned case.

On August 23, 2022, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via Overnight Mail upon the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact Certain Portions of the Exit ABL Facility Commitment Documents** [Docket No. 27]

- **Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact Certain Portions of the Letters Related to the DIP Facility** [Docket No. 29]

- **Notice of Hearing on Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief** [Docket No. 48]

- **Notice of Agenda for Hearing on First Day Motions Scheduled for August 24, 2022, at 11:00 a.m. (Prevailing Eastern Time)** [Docket No. 49]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Carestream Health, Inc. (0334); Carestream Health Acquisition, LLC (0333); Carestream Health Canada Holdings, Inc. (7700); Carestream Health Holdings, Inc. (7822); Carestream Health International Holdings, Inc. (5771); Carestream Health International Management Company, Inc. (0532); Carestream Health Puerto Rico, LLC (8359); Carestream Health World Holdings, LLC (1662); and Lumisys Holding Co. (3232).  The location of the Debtors' service address is:  150 Verona Street, Rochester, New York 14608.

Furthermore, on August 23, 2022, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit C**; via Facsimile upon the service lists attached hereto as **Exhibit D** and **Exhibit E**; and via Overnight Mail upon the service list attached hereto as **Exhibit F**:

- **Notice of Agenda for Hearing on First Day Motions Scheduled for August 24, 2022, at 11:00 a.m. (Prevailing Eastern Time)** [Docket No. 49]

Furthermore, on August 23, 2022, employees of KCC caused the following documents to be served via Overnight Mail upon the service list attached hereto as **Exhibit G**:

- **Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact Certain Portions of the Letters Related to the DIP Facility** [Docket No. 29]

- **Notice of Hearing on Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief** [Docket No. 48]

- **Notice of Agenda for Hearing on First Day Motions Scheduled for August 24, 2022, at 11:00 a.m. (Prevailing Eastern Time)** [Docket No. 49]

Furthermore, on August 23, 2022, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Debtors' Witness and Exhibit List for First Day Hearing Set for August 24, 2022, at 11:00 A.M. (Prevailing Eastern Time)** [Docket No. 52]

Dated: August 23, 2022

/s/ Travis R. Buckingham
Travis R. Buckingham
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Crossover Group | Akin Gump Strauss Hauer & Feld LLP | Attn Philip Dublin, Naomi Moss, Iain Wood, Gary A. Ritacco | pdublin@akingump.com; nmoss@akingump.com; iwood@akingump.com; gritacco@akingump.com |
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Top 30 Creditor | ALLIANCE CONTRACT MANUFACTURING SDN | MR. GH TAN | gh.tan@acm-holdings.com |
| Top 30 Creditor | AMELIA US LLC | ROBERT MAZE | robert.maze@ipsoft.com |
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | AGInfo@azag.gov |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | oag@ArkansasAG.gov |
| Top 30 Creditor | AURIGA POLYMER INC | THOMAS BREKOVSKY | tom.brekovsky@us.indorama.net |
| Top 30 Creditor | BARENTZ NORTH AMERICA INTERMEDIATE | MARK MAROON | mark@barentz.us |
| Top 30 Creditor | BJ GEAR A/S | | gc@bj-gear.dk |
| Top 30 Creditor | BRENNTAG NORTH AMERICA, INC. | ANITA KUO | akuo@brenntag.com |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | xavier.becerra@doj.ca.gov |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Existing First and Second Lien Agent | Credit Suisse AG | Attention Agency Manager & Loan Operations – Boutique | agency.loanops@credit-suisse.com; ops-collateral@credit-suisse.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Top 30 Creditor | EASTMAN CHEMICAL COMPANY | PAUL ANDERSON | panderson@eastman.com |
| Top 30 Creditor | EASTMAN KODAK COMPANY INC | JOHN BRENNAN | john.m.brennan@kodak.com |
| Top 30 Creditor | ELEMENT FLEET CORPORATION | DALE-ANN GILBERT | dgilbert@elementcorp.com |
| Top 30 Creditor | ENMARQ TECHNOLOGIES LIMITED | KIRAN ALLURI | kiran.a@enmarq.com |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com |
| Counsel to the First Lien Agent, Second Lien Agent and Credit Suisse AG, Cayman Island Branch | Freshfields Bruckhaus Deringer US LLP | Mark F. Liscio, Scott Talmadge, Samantha S. Braunstein, Lacey Nemergut, Skyler Splinter | Mark.Liscio@freshfields.com; Scott.Talmadge@freshfields.com; samantha.braunstein@freshfields.com; lacey.nemergut@freshfields.com; skyler.splinter@freshfields.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Top 30 Creditor | GS YUASA ENERGY SOLUTIONS, INC. | JIM MORATH | jim.morath@gsyuasa-es.com |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Top 30 Creditor | HENAN HARVEST CHEM CO., LTD | MR GEORGE ZHANG | george@hnharvest.com |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | lawrence.wasden@ag.idaho.gov |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| Top 30 Creditor | INNOCARE OPTOELECTONICS USA INC. | ERIC RAYMOND | eric.p.raymond@innocare-x.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 30 Creditor | INVENTUS POWER (ILLINOIS) LLC | MIGUEL CONDE | mconde@inventuspower.com |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Top 30 Creditor | IRAY KOREA LIMITED | BETTY LI | Bin.li@iraygroup.com |
| DIP Agent | JPMorgan Chase Bank, NA | Yili Xu, Account Manager | yili.x.xu@chase.com |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | derek.schmidt@ag.ks.gov |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |

In re: Carestream Health, Inc., et al.
Case No.: 22-10778 (JKS)

Page 1 of 3

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to JPMorgan Chase Bank, N.A. | Landis Rath & Cobb LLP | Adam G. Landis, Matthew B. McGuire, Matthew R. Pierce | landis@lrclaw.com; mcguire@lrclaw.com; pierce@lrclaw.com |
| Top 30 Creditor | LARSEN & TOUBRO INFOTECH LIMITED | OJAS.LOKHANDE | Ojas.Lokhande@lntinfotech.com |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | consumer.mediation@maine.gov |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Top 30 Creditor | MCI COMMUNICATIONS SERVICES INC | Chad Hutchings | Chad.hutchings@verizon.com |
| Top 30 Creditor | MERCURY AIRCRAFT INC | PETER HANNAN | pete_hannan@mercurycorp.net |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Top 30 Creditor | MILLER & ASSOCIATES SOURCING | JAMES MILLER | james@millerandassociates.com |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | fhell@ago.ms.gov |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | hbalderas@nmag.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Norman.fivel@ag.ny.gov; Louis.Testa@ag.ny.gov |
| Top 30 Creditor | NISSAN CHEMICAL AMER CORP | WILLIAM SMITH | will.smith@nissanchem-usa.com |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | dlennon@ncdoj.gov |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| Northern Mariana Islands Attorney General | Northern Mariana Islands Attorney General | Attn Bankruptcy Department | tinasakisat@gmail.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane Leamy | jane.m.leamy@usdoj.gov |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Jonathan.fulkerson@ohioattorneygeneral.gov; trish.lazich@ohioattorneygeneral.gov |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | Fred.Boss@doj.state.or.us |
| Top 30 Creditor | ORIENT INTL HOLDING SHANGHAI | Mr. Yan Zheng | yanzheng1@vip.sina.com |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel to Credit Suisse AG, Cayman Island Branch | Potter Anderson & Corroon LP | Jeremy W. Ryan, L. Katherine Good, Elizabeth R. Schlecker | jryan@potteranderson.com; kgood@potteranderson.com; eschlecker@potteranderson.com |
| Top 30 Creditor | POUDRE VALLEY REA | AMY ROSIER | arosier@pvrea.coop |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Top 30 Creditor | RIVERSIDE ELECTRONICS LTD | ANITA WERNER | awerner@riversideintegrated.com |
| Top 30 Creditor | ROUSSELOT INC | MICHAEL SCHMIT | mike.schmit@rousselot.com |
| Top 30 Creditor | SAP AMERICA INC | JIM SOBOLESKI | jim.soboleski@sap.com |
| Top 30 Creditor | SCHOELLER TECHNOCELL GMBH & CO. KG | MARK WARD | msward@felix-schoeller.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| Counsel to the DIP Agent (JP Morgan Chase Bank, N.A.) | Simpson Thacher & Bartlett LLP | Attn Jessica Tuchinsky, Sandeep Qusba, Jonathan Mitnick | JTuchinsky@stblaw.com; squsba@stblaw.com; jonathan.mitnick@stblaw.com |

In re: Carestream Health, Inc., et al.
Case No.: 22-10778 (JKS)

Page 2 of 3

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | SKC INC | DARYL JONES | djones@skcfilms.com |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | sballington@scag.gov |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 Creditor | TRIMEDX HOLDINGS, LLC | Kellie Barber, Gloria Brown, David Blomeke | ap@trimedx.com; kellie.barber@trimedx.com; gloria.brown@trimedx.com; David.Blomeke@trimedx.com |
| Counsel to the Crossover Group | Troutman Pepper Hamilton Sanders LLP | Attn Evelyn J. Meltzer, Marcy J. McLaughlin Smith, Kenneth A. Listwak | Evelyn.Meltzer@troutman.com; Marcy.Smith@troutman.com; Ken.Listwak@troutman.com |
| Top 30 Creditor | UNIVAR SOLUTIONS USA, INC. | MATT STEPHENS | matt.stephens@univarsolutions.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | uag@utah.gov |
| Top 30 Creditor | VAREX IMAGING CORPORATION | DAVID CARMONA | david.carmona@vareximaging.com |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | emailago@atg.wa.gov |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | radkeke@doj.state.wi.us |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

In re: Carestream Health, Inc., et al.
Case No.: 22-10778 (JKS)

Page 3 of 3

# Exhibit B

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Crossover Group | Akin Gump Strauss Hauer & Feld LLP | Attn Philip Dublin, Naomi Moss, Iain Wood, Gary A. Ritacco | One Bryant Park | Bank of America Tower | | New York | NY | 10036-6745 | |
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 | |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 | |
| Top 30 Creditor | ALLIANCE CONTRACT MANUFACTURING SDN | MR. GH TAN | 2006JALAN JELAWAT | | | PENANG | MY | | MALAYSIA |
| Top 30 Creditor | AMELIA US LLC | ROBERT MAZE | 17 STATE ST | 14TH FL | | NEW YORK | NY | 10005 | |
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 | |
| Top 30 Creditor | AURIGA POLYMER INC | THOMAS BREKOVSKY | 4235 S STREAM BLVD STE 450 | | | CHARLOTTE | NC | 28217 | |
| Top 30 Creditor | BARENTZ NORTH AMERICA INTERMEDIATE | MARK MAROON | 1390 JAYCOX RD | | | AVON | OH | 44011 | |
| Top 30 Creditor | BJ GEAR A/S | | NIELS BOHRS VEJ 47 | | | SKANDERBORG | DK | | DENMARK |
| Top 30 Creditor | BRENNTAG NORTH AMERICA, INC. | ANITA KUO | 1000 COOLIDGE ST | | | SOUTH PLAINFIELD | NJ | 07080 | |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 55 Elm St. | | | Hartford | CT | 06106 | |
| Existing First and Second Lien Agent | Credit Suisse AG | Attention Agency Manager & Loan Operations – Boutique | Eleven Madison Avenue, 23rd Floor | | | New York | NY | 10010 | |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | PO Box 898 | Franchise Tax | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 | |
| Top 30 Creditor | EASTMAN CHEMICAL COMPANY | PAUL ANDERSON | 100 EASTMAN ROAD | | | KINGSPORT | TN | 37660 | |
| Top 30 Creditor | EASTMAN KODAK COMPANY  INC | JOHN BRENNAN | 1669 LAKE AVENUE | | | ROCHESTER | NY | 14615 | |
| Top 30 Creditor | ELEMENT FLEET CORPORATION | DALE-ANN GILBERT | 940 RIDGEBROOK RD | | | SPARKS GLENCOE | MD | 21152 | |
| Top 30 Creditor | ENMARO TECHNOLOGIES LIMITED | KIRAN ALLURI | 71-75 SHELTON STREET | | | LONDON | LO GB | | GREAT BRITAIN |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | The Capitol PL-01 | | | Tallahassee | FL | 32399-1050 | |
| Counsel to the First Lien Agent, Second Lien Agent and Credit Suisse AG, Cayman Island Branch | Freshfields Bruckhaus Deringer US LLP | Mark F. Liscio, Scott Talmadge, Samantha S. Braunstein, Lacey Nemergut, Skyler Splinter | 601 Lexington Avenue, 31st Fl | | | New York | NY | 10022 | |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Top 30 Creditor | GS YUASA ENERGY SOLUTIONS, INC. | JIM MORATH | 1150 NORTHMEADOW PKWY | | | ROSWELL | GA | 30076 | |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 | |
| Top 30 Creditor | HENAN HARVEST CHEM CO., LTD | MR GEORGE ZHANG | 24THFL NO.1 BUILDING | | | ZHEN GZH OU | | 180 CN | CHINA |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 | |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 | |
| Top 30 Creditor | INNOCARE OPTOELECTONICS USA INC. | ERIC RAYMOND | 101 METRO DR | SUITE 510 | | SAN JOSE | CA | 95110 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | |
| Top 30 Creditor | INVENTUS POWER (ILLINOIS) LLC | MIGUEL CONDE | 1200 INTERNATIONALE PKWY | | | WOODRIDGE | IL | 60517 | |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 | |

In re: Carestream Health, Inc., et al.
Case No.: 22-10778 (JKS)

Page 1 of 3

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | IRAY KOREA LIMITED | BETTY LI | 1833,18F,5,GASAN DIGITAL1-RO | | | GEUMCH | SEOUL | 01 KR | SOUTH KOREA |
| DIP Agent | JPMorgan Chase Bank, NA | Yili Xu, Account Manager | 500 Stanton Christiana Rd, NCC5, Fl 1 | | | Newark | DE | 19713-2107 | |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 | |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 | |
| Counsel to JPMorgan Chase Bank, N.A. | Landis Rath & Cobb LLP | Adam G. Landis, Matthew B. McGuire, Matthew R. Pierce | 919 Market Street, Suite 1800 | | | Wilmington | DE | 19801 | |
| Top 30 Creditor | LARSEN & TOUBRO INFOTECH LIMITED | OJAS.LOKHANDE | 2035 LINCOLN HIGHWAY STE 3000 | | | EDISON | NJ | 08817 | |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | 1885 North Third Street | | | Baton Rouge | LA | 70802 | |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 | |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 | |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | | | Boston | MA | 02108-1518 | |
| Top 30 Creditor | MCI COMMUNICATIONS SERVICES INC | Chad Hutchings | 22001 LOUDOUN COUNTY PKWY | | | ASHBURN | VA | 20147 | |
| Top 30 Creditor | MERCURY AIRCRAFT INC | PETER HANNAN | 8126 COUNTY ROUTE 88 | PO BOX 338 | | HAMMONDSPORT | NY | 14840 | |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | 525 W. Ottawa St. | P.O. Box 30212 | | Lansing | MI | 48909 | |
| Top 30 Creditor | MILLER & ASSOCIATES SOURCING | JAMES MILLER | 2280 EAST AVENUE | PO BOX 244 | | ROCHESTER | NY | 14610 | |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | | Jefferson City | MO | 65101 | |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | | Helena | MT | 59620-1401 | |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 | |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 | |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 | |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | |
| Top 30 Creditor | NISSAN CHEMICAL AMER CORP | WILLIAM SMITH | 10375 RICHMOND AVE STE 1000 | | | HOUSTON | TX | 77042 | |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | | Bismarck | ND | 58505-0040 | |
| Northern Mariana Islands Attorney General | Northern Mariana Islands Attorney General | Attn Bankruptcy Department | PO Box 10007 | Administration Building | | Saipan | MP | 96950-8907 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane Leamy | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215-0410 | |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 | |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | |
| Top 30 Creditor | ORIENT INTL HOLDING SHANGHAI | Mr. Yan Zheng | 85 LOU SHAN GUAN RD SUITE B | | | SHANGHAI | | 200336 | CHINA |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Counsel to Credit Suisse AG, Cayman Island Branch | Potter Anderson & Corroon LP | Jeremy W. Ryan, L. Katherine Good, Elizabeth R. Schlecker | 1313 N. Market Street, 6th Floor | | | Wilmington | DE | 19801 | |
| Top 30 Creditor | POUDRE VALLEY REA | AMY ROSIER | PO BOX 272550 | | | FORT COLLINS | CO | 80527-2550 | |
| Puerto Rico Attorney General | Puerto Rico Attorney General | | PO Box 902192 | | | San Juan | PR | 00902-0192 | |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 | |
| Top 30 Creditor | RIVERSIDE ELECTRONICS LTD | ANITA WERNER | ONE RIVERSIDE DR | | | LEWISTON | MN | 55952 | |
| Top 30 Creditor | ROUSSELOT INC | MICHAEL SCHMIT | 6737 W WASHINGTON STREET | SUITE 2210 | | WEST ALLIS | WI | 53214 | |
| Top 30 Creditor | SAP AMERICA INC | JIM SOBOLESKI | 3999 WEST CHESTER PIKE | | | NEWTOWN SQUARE | PA | 19073 | |
| Top 30 Creditor | SCHOELLER TECHNOCELL GMBH & CO. KG | MARK WARD | BURG GRETESCH | | | OSNABRUCK | | 03 | GERMANY |

In re: Carestream Health, Inc., et al.
Case No.: 22-10778 (JKS)

Page 2 of 3

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | New York | NY | 10281-1022 | |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Counsel to the DIP Agent (JP Morgan Chase Bank, N.A.) | Simpson Thacher & Bartlett LLP | Attn Jessica Tuchinsky, Sandeep Qusba, Jonathan Mitnick | 425 Lexington Avenue | | | New York | NY | 10017 | |
| Top 30 Creditor | SKC INC | DARYL JONES | 1000 SKC DRIVE | | | COVINGTON | GA | 30014 | |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | Rembert C. Dennis Office Bldg. | 1000 Assembly St Room 519 | | Columbia | SC | 29201 | |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 | |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | 425 5th Avenue North | | | Nashville | TN | 37243 | |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| Top 30 Creditor | TRIMEDX HOLDINGS, LLC | Kellie Barber, Gloria Brown, David Blomeke | 5451 LAKEVIEW PARKWAY S DRIVE | | | INDIANAPOLIS | IN | 46268 | |
| Counsel to the Crossover Group | Troutman Pepper Hamilton Sanders LLP | Attn Evelyn J. Meltzer, Marcy J. McLaughlin Smith, Kenneth A. Listwak | Hercules Plaza, Suite 5100 | 1313 Market Street, PO Box 1709 | | Wilmington | DE | 19899-1709 | |
| Top 30 Creditor | UNIVAR SOLUTIONS USA, INC. | MATT STEPHENS | 3075 HIGHLANDS PKWAYS | STE 200 | | DOWNERS GROVE | IL | 60515 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | | | Wilmington | DE | 19801 | |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | |
| Top 30 Creditor | VAREX IMAGING CORPORATION | DAVID CARMONA | 1678 S. PIONEER ROAD | | | SALT LAKE CITY | UT | 84104 | |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 | |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 | |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 | |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 | |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | 2320 Capitol Avenue | Kendrick Building | | Cheyenne | WY | 82002 | |

In re: Carestream Health, Inc., et al.
Case No.: 22-10778 (JKS)

Page 3 of 3

# Exhibit C

**Exhibit C**
**Affected Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Banks | Bank of America | Sam Cleary<br>VP Healthcare Corporate & Investment Banking | samuel.cleary@bofa.com |
| Banks | Citi | John Peruzzi Banking, Capital Markets and Advisory | john.w.peruzzi@citi.com |
| Banks | HSBC | Stephen Ellsworth, John G. Tierney HSBC - NA Risk Special Credit Unit | stephen.ellsworth@us.hsbc.com;<br>john.tierney@us.hsbc.com |
| | | | |
| Insurance | Marsh USA Inc. | Gordon Surbey, Managing Director, Senior Client Executive Marsh USA Inc. | gordon.surbey@marsh.com |
| Insurance | Willis Towers Watson Northeast, Inc. | Vincent J. Looney, ARM, Senior Director | vincent.looney@willistowerswatson.com |
| | | | |
| Utilities | City of Rochester | | info@cityofrochester.gov |
| Utilities | Clean Harbors Environmental | | deconservices@cleanharbors.com |
| Utilities | Medford Water Commission | | Anna.Roeder@medfordwater.org;<br>Brad.Taylor@medfordwater.org;<br>water@medfordwater.org |
| Utilities | Mirabito Power & Gas | | info@mirabito.com |
| Utilities | Monroe County Water Authority | | information@mcwa.com |
| Utilities | PacifiCorp | | david.holt@pacificorp.com;<br>pacificorpfoundation@pacificorp.com |
| Utilities | Poudre Valley REA | | jwadsworth@pvrea.coop;<br>arosier@pvrea.coop |
| Utilities | Rochester District Heating Coop Inc | | jduchesneau@rdhc.org;<br>rmacauley@rdhc.org |
| Utilities | Rochester Gas & Electric | | customer_service@rge.com;<br>NYSEconomic_Development@rge.com |
| Utilities | SPOK Pagers | | legal@spok.com |
| Utilities | United Energy Trading, LLC | | info@uetllc.com |

In re: Carestream Health, Inc., et al.
Case No.: 22-10778 (JKS)

Page 1 of 1

# Exhibit D

| Description | CreditorName | CreditorNoticeName | Fax | Status |
|---|---|---|---|---|
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | 907-276-3697 | Successful |
| Top 30 Creditor | ALLIANCE CONTRACT MANUFACTURING SDN | MR. GH TAN | 1-604-2912-999 | Unsuccessful |
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 602-542-4085 | Successful |
| Top 30 Creditor | BARENTZ NORTH AMERICA INTERMEDIATE | MARK MAROON | 1-31-0-23-567-3451 | Unsuccessful |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | 720-508-6030 | Successful |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 860-808-5387 | Successful |
| Existing First and Second Lien Agent | Credit Suisse AG | Attention Agency Manager & Loan Operations – Boutique | 212-322-2291; 212-325-8315 | Successful |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | 302-577-6630 | Successful |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | 302-739-5831 | Successful |
| Top 30 Creditor | EASTMAN CHEMICAL COMPANY | PAUL ANDERSON | 423-229-2145 | Successful |
| Top 30 Creditor | EASTMAN KODAK COMPANY INC | JOHN BRENNAN | 585-724-1089 | Unsuccessful |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | 850-487-2564 | Successful |
| Counsel to the First Lien Agent, Second Lien Agent and Credit Suisse AG, Cayman Island Branch | Freshfields Bruckhaus Deringer US LLP | Mark F. Liscio, Scott Talmadge, Samantha S. Braunstein, Lacey Nemergut, Skyler Splinter | 212-277-4001 | Unsuccessful |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 404-657-8733 | Unsuccessful |
| Top 30 Creditor | GS YUASA ENERGY SOLUTIONS, INC. | JIM MORATH | 678-739-2133 | Successful |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | 808-586-1239 | Successful |
| Top 30 Creditor | HENAN HARVEST CHEM CO., LTD | MR GEORGE ZHANG | 1-86-0371-65350699 | Unsuccessful |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | 208-854-8071 | Successful |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | 317-232-7979 | Successful |
| Top 30 Creditor | INNOCARE OPTOELECTONICS USA INC. | ERIC RAYMOND | 1-886-6-505-2185 | Unsuccessful |
| IRS | Internal Revenue Service | Attn Susanne Larson | 855-852-4141 | Successful |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 | Successful |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 | Successful |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | 515-281-4209 | Successful |
| Top 30 Creditor | IRAY KOREA LIMITED | BETTY LI | 1-82-2-6335-6334 | Unsuccessful |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 785-296-6296 | Successful |
| Top 30 Creditor | LARSEN & TOUBRO INFOTECH LIMITED | OJAS.LOKHANDE | 732-248-6199 | Successful |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | 225-326-6797 | Unsuccessful |
| Top 30 Creditor | MCI COMMUNICATIONS SERVICES INC | Chad Hutchings | 212-517-1897 | Unsuccessful |
| Top 30 Creditor | MERCURY AIRCRAFT INC | PETER HANNAN | 607-569-4634 | Unsuccessful |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | 517-373-3042 | Unsuccessful |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | 573-751-0774 | Successful |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | 406-444-3549 | Successful |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | 402-471-3297 | Successful |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | 775-684-1108 | Successful |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 603-271-2110 | Successful |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | 609-292-3508 | Successful |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 505-490-4883 | Successful |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 919-716-6750 | Successful |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 503-378-4017 | Successful |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 717-787-8242 | Successful |
| Top 30 Creditor | RIVERSIDE ELECTRONICS LTD | ANITA WERNER | 507-523-2831 | Unsuccessful |
| Top 30 Creditor | ROUSSELOT INC | MICHAEL SCHMIT | 563-588-9072 | Successful |
| Top 30 Creditor | SAP AMERICA INC | JIM SOBOLESKI | 212-653-9840 | Unsuccessful |
| Top 30 Creditor | SCHOELLER TECHNOCELL GMBH & CO. KG | MARK WARD | 1-49-541-3800-425 | Unsuccessful |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | 212-336-1320 | Unsuccessful |

| Description | CreditorName | CreditorNoticeName | Fax | Status |
|---|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 215-597-3194 | Unsuccessful |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 202-772-9317 or 202-772-9318 | Successful |
| Counsel to the DIP Agent (JP Morgan Chase Bank, N.A.) | Simpson Thacher & Bartlett LLP | Attn Jessica Tuchinsky, Sandeep Qusba, Jonathan Mitnick | 212-455-2502 | Successful |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | 803-253-6283 | Successful |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | 605-773-4106 | Successful |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | 615-741-2009 | Successful |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 512-475-2994 | Successful |
| Counsel to the Crossover Group | Troutman Pepper Hamilton Sanders LLP | Attn Evelyn J. Meltzer, Marcy J. McLaughlin Smith, Kenneth A. Listwak | 302-421-8390 | Successful |
| Top 30 Creditor | UNIVAR SOLUTIONS USA, INC. | MATT STEPHENS | 708-594-6383 | Unsuccessful |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | 801-538-1121 | Successful |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | 304-558-0140 | Successful |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | 608-267-8906 | Unsuccessful |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | 307-777-6869 | Successful |

# Exhibit E

**Exhibit E**
**Affected Parties Service**
**List Served via Facsimile**

| Description | CreditorName | CreditorNoticeName | Fax | Status |
|---|---|---|---|---|
| Broker | Marsh USA Inc. | Gordon Surbey, Managing Director, Senior Client Executive Marsh USA Inc. | 212-948-0868 | Successful |
| Utilities | AT&T | c/o Bankruptcy | 866-486-8223 | Successful |
| Utilities | AT&T | | 214-741-0198 | Unsuccessful |
| Utilities | Avista Utilities | | 509-777-9506 | Successful |
| Utilities | City of Rochester | | 585-428-6423 | Successful |
| Utilities | Frontier | | 203-614-4602 | Unsuccessful |
| Utilities | Medford Water Commission | | 541-774-2555 | Successful |
| Utilities | Mirabito Power & Gas | | 607-584-5130 | Successful |
| Utilities | Monroe Community College | | 585-292-3881 | Successful |
| Utilities | Monroe County Water Authority | | 585-753-5115 | Successful |
| Utilities | Rochester Gas & Electric | | 585-724-8880 | Unsuccessful |
| Utilities | Rogue Valley Sewer Services | | 541-664-7171 | Successful |
| Utilities | SPOK Pagers | | 866-382-1662 | Successful |
| Utilities | United Energy Trading, LLC | | 303-991-0988 | Successful |
| Utilities | Verizon | | 212-517-1897 | Unsuccessful |

# Exhibit F

**Exhibit F**
**Affected Parties Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Banks | Bank of America | Sam Cleary VP Healthcare Corporate & Investment Banking | One Bryant Park, 21st Fl | BofA Securities, Inc. | | New York | NY | 10036 | |
| Banks | Bank of America, India | | Bandra East | | | Mumbai | | 400051 | India |
| Banks | Bank of America, Shanghai | | Century Avenue, 8, Intl Finance Centre, Tower 2 | Floors 53 And 55, Unit 4901 And 15-16 | | Shanghai | | 200120 | China |
| Banks | Bank of America, Singapore | | Oue Bayfront, 14-01 | 50 Collyer Quay | | Singapore | | 049321 | Singapore |
| Banks | Bank of America, Thailand | | Crc Tower, All Seasons Place | 87/2 Wireless Road, Pathumwan | | Bangkok | | | Thailand |
| Banks | Citi | John Peruzzi Banking, Capital Markets and Advisory | 388 Greenwich Street | | | New York | NY | 10013 | |
| Banks | Citibank Brasil | | Avenida Paulista, 111, Floor 4 | | | Sao Paulo | | 01311-920 | Brazil |
| Banks | Citibank NA London | | Citigroup Centre | 33 Canada Square | Canary Wharf | London | | E14 5LB | United Kingdom |
| Banks | Citibank New York | | 388 Greenwich Street | | | New York | NY | 10013 | |
| Banks | Citibank Peru | | 388 Greenwich Street | | | New York | NY | 10013 | |
| Banks | Citibank Puerto Rico | | Parque Las Americas 1, Floor 4 | 235 Federico Costa St | | San Juan | PR | 00918 | |
| Banks | HSBC | Stephen Ellsworth, John G. Tierney HSBC - NA Risk Special Credit Unit | 2929 Walden Avenue | | | Depew | NY | 14043 | |
| Banks | HSBC Bank Canada | | 70 York Street | | | Toronto | ON | M5J 1S9 | Canada |
| Banks | HSBC Bank USA NA | | 2929 Walden Avenue | | | Depew | NY | 14043 | |
| Banks | HSBC Singapore | | The Hong Kong & Shanghai Banking Corp Ltd | Singapore 21, Collyer Quay | | Singapore | | 049320 | Singapore |
| Banks | Santander Puerto Rico | | 207 Av. De La Constitución | | | San Juan | PR | 00917 | |
| Insurance Carrier | ACE American Insurance Company | | 436 Walnut Street | | | Philadelphia | PA | 19106 | |
| Insurance Carrier | Allianz Global Risks US Insurance Company | | 28 Liberty Street | | | New York | NY | 10005 | |
| Surety | Atlantic Specialty Insurance Company | | 230 West Monroe | | | Chicago | IL | 60606 | |
| Insurance Carrier | Beazley Insurance Company | | 45 Rockefeller Plaza | | | New York | NY | 10111 | |
| Insurance Carrier | Chubb Bermuda Insurance Ltd. | | Attention D&O Underwriting Department | Chubb Building, 17 Woodbourne Avenue | | Hamilton | | HM 08 | Bermuda |
| Insurance Carrier | Chubb Custom Insurance Company (Non-Admitted) | | Persona Risk Services | PO Box 1600 | | Whitehouse Station | NJ | 08889-1600 | |
| Insurance Carrier | Endurance American Insurance Company | | 1221 Avenue of the Americas | | | New York | NY | 10020 | |
| Insurance Carrier | Everest Denali Insurance Company | | 461 Fifth Avenue | | | New York | NY | 10017 | |
| Insurance Carrier | Everest National Insurance Company | | 461 Fifth Avenue - 4th Floor | | | New York | NY | 10017-6234 | |
| Insurance Carrier | Everest Premier Insurance Company | | 461 Fifth Avenue | | | New York | NY | 10017 | |
| Insurance Carrier | Factory Mutual Insurance Company | | 1175 Boston-Providence Turnpike (PO Box 9102) | | | Norwood | MA | 02062 | |
| Insurance Carrier | Federal Insurance Company | | 1133 Avenue of the Americas | | | New York | NY | 10036 | |
| Insurance Carrier | Great American Spirit Insurance Company | | Great American Professional Risk Insurance Services, Inc | 11325 N. Community House Rd., Ste. 200 | | Charlotte | NC | 28211 | |
| Insurance Carrier | Indemnity Insurance Company of North America | | 436 Walnut Street | | | Philadelphia | PA | 19106 | |
| Insurance Carrier | Indian Harbor Insurance Company - XL | | AXA XL Claims | P.O. Box 211547 | | Dallas | TX | 75211 | |
| Insurance Carrier | Insurance Company of the State of PA | | 175 Water Street | | | New York | NY | 10038 | |
| Insurance Carrier | Ironshore Indemnity Inc. | | 28 Liberty Street - 5th Floor | | | New York | NY | 10005 | |
| Insurance Carrier | Magna Carta Insurance, Ltd. | | P.O. Box HM 2078 | | | Hamilton | | HM 12 | Bermuda |

In re: Carestream Health, Inc., et al.
Case No.: 22-10778 (JKS)

Page 1 of 3

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Insurance Carrier | Marsh Alpha – Lloyd's of London | | Lloyd's America Inc. | , East Tower, 25th Floor | | New York | NY | 10017 | |
| Broker | Marsh USA Inc. | Gordon Surbey, Managing Director, Senior Client Executive Marsh USA Inc. | Global Risk Management | 501 Merritt 7 | | Norwalk | CT | 06856 | |
| Insurance Carrier | National Union Fire Insurance Company of Pittsburgh, PA - AIG | | 175 Water Street | | | New York | NY | 10038-4969 | |
| Broker | Willis Towers Watson Northeast, Inc. | Vincent J. Looney, ARM, Senior Director | 199 Scott Street, Suite 800 | | | Buffalo | NY | 14204 | |
| Insurance Carrier | Zurich American Insurance Company | | 4 World Trade Center | | | New York | NY | 10007 | |
| Utilities | Airtouch Cellular - dba Verizon Wireless | | One Verizon Way | | | Basking Ridge | NJ | 7920 | |
| Utilities | AT&T | c/o Bankruptcy | 4331 Communications Dr | Flr 4W | | Dallas | TX | 75211 | |
| Utilities | AT&T | | 208 S. Akard St. | | | Dallas | TX | 75202 | |
| Utilities | AT&T Mobility | | PO Box 6463 | | | Carol Stream | IL | 6463 | |
| Utilities | Avista Utilities | | P.O. Box 3727 | | | Spokane | WA | 99220-3727 | |
| Utilities | Avista Utilities | | 1411 E. Mission Ave | | | Spokeane | WA | 99252 | |
| Utilities | Charter Communications | | 400 Washington Blvd | | | Stamford | CT | 06902 | |
| Utilities | Chem-Aqua, Inc. | | 932 Kifer Road | | | Sunnyvale | CA | 94086 | |
| Utilities | City of Rochester | | 30 Church St | City Hall, Room 109A | | Rochester | NY | 14614 | |
| Utilities | City of Rochester | | 30 Church Street, Room 100A | | | Rochester | IL | 14614 | |
| Utilities | Clean Harbors Environmental | | 4721 Ironton St, STE B | | | Denver | CO | 80239 | |
| Utilities | Clean Harbors Environmental | | 42 Longwater Drive | | | Norwell | MA | 02061 | |
| Utilities | Constellation New Energy, Inc | Constellation Corporate Headquarters | 1310 Point St | | | Baltimore | MA | 21231 | |
| Utilities | Constellation New Energy, Inc | | 10 S. Dearborn St - 51st Floor | | | Chicago | IL | 60603 | |
| Landlord | Eastman Kodak Company | | 343 State Street | | | Rochester | NY | 14650 | |
| Utilities | Edgecast Inc. | | 13031 W JEFFERSON BLVD BLDG 900 | | | LOS ANGELES | CA | 90094 | |
| Utilities | Frontier | | 401 Merritt 7 | | | Norwalk | CT | 06851 | |
| Utilities | Frontier Communications of America Inc | | 180 South Clinton Ave, Fl 4 | | | Rochester | NY | 14646 | |
| Utilities | Hunter Communications | | 801 Enterprise Drive | | | Central Point | OR | 97502 | |
| Utilities | Kodak Alaris | | 9952 Eastman Park Dr | | | Windsor | CO | 80500 | |
| Landlord | Larson Family Real Estate, LLP | | 3505 High Point Dr. N | | | Oakdale | MN | 55128 | |
| Utilities | MCI Communications | | 22001 Loudoun County Pkwy | | | Ashburn | VA | 20147 | |
| Utilities | Medford Water Commission | | 200 S. Ivy St. Room 177 | | | Medford | OR | 97501 | |
| Utilities | Medford Water Commission | | 200 Ivy Street | | | Medford | OR | 97501 | |
| Utilities | Mirabito Power & Gas | | 49 Court Street, PO Box 5306 | | | Binghamton | NY | 13902 | |
| Utilities | Monroe Community College | | 1000 E Henrietta Road | | | Rochester | NY | 14623 | |
| Utilities | Monroe County Water Authority | | 475 Norris Drive | | | Rochester | NY | 14610 | |
| Utilities | PacifiCorp | | 825 NE Multnomah Street | | | Portland | OR | 97232 | |
| Utilities | Poudre Valley REA | | 7649 REA Parkway | | | Fort Collins | CO | 80527 | |
| Utilities | Red-Rochester LLC | | 1200 Ridgeway Avenue, Suite 2121 | | | Rochester | NY | 14615 | |
| Utilities | Rochester District Heating Coop Inc | | 150 State St, Suite 100 | | | Rochester | NY | 14614 | |
| Utilities | Rochester District Heating Coop Inc | | 150 State St, STE 110 | | | Rochester | NY | 14614 | |
| Utilities | Rochester Gas & Electric | | 89 East Ave | | | Rochester | NY | 14649 | |
| Utilities | Rogue Disposal & Recycling Inc | | 1 W Main St, STE 401 | | | Medford | OR | 97501-3100 | |
| Utilities | Rogue Valley Sewer Services | | 138 W. Vilas Road | | | Central Point | OR | 97502 | |
| Utilities | SPOK Inc | | 6850 Versar Center, Springfield | | | Springfield | VA | 22151 | |

In re: Carestream Health, Inc., et al.
Case No.: 22-10778 (JKS)

Page 2 of 3

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Utilities | SPOK Pagers | | 5911 Kingstowne Village Parkway, 6th floor | | | Alexandria | VA | 22315 | |
| Utilities | Sprint/T-Mobile | T-Mobile Bankruptcy Team | PO Box 53410 | | | Bellevue | WA | 98015-3410 | |
| Utilities | T-Mobile USA, Inc. | | 12920 SE 38th Street | | | Bellevue | WA | 98006 | |
| Utilities | United Energy Trading, LLC | | 225 Union Blvd, Ste 200 | | | Lakewood | CO | 80228 | |
| Utilities | United Energy Trading, LLC | | 919 S. 7th St | | | Bismarck | ND | 58502 | |
| Utilities | USA Waste Management Resources | | 500 E Vine Dr | | | Fort Collins | CO | 80524 | |
| Utilities | Verizon | | 1095 Avenue of the Americas | | | New York | NY | 10036 | |
| Utilities | Waste Management of New York | | 1661 Mount Read Blvd | | | Rochester | NY | 14606-2825 | |
| Utilities | Waste Not Recycling | | 1065 Poplar St | | | Johnstown | CO | 80534 | |
| Utilities | Xcel Energy | | 414 Nicollet Mall | | | Minneapolis | MN | 55402 | |
| Utilities | Xcel Energy | | 1800 Larimer Street | | | Denver | CO | 80202 | |

In re: Carestream Health, Inc., et al.
Case No.: 22-10778 (JKS)

Page 3 of 3

# Exhibit G

**Exhibit G**
**Affected Parties Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Landlords | 882 Linden | | 14 Franklin Street, Suite 800 | | Rochester | NY | 14604 |
| Landlords | Eastman Kodak Company | | 343 State Street | | Rochester | NY | 14650 |
| Landlords | Larson Family Real Estate, LLP | | 3505 High Point Dr. N | | Oakdale | MN | 55128 |
| UCC Lienholders | Auriga Polymers, Inc. | | One Lake Pointe Plaza | 4235 South Stream Blvd | Charlotte | NC | 28217 |
| UCC Lienholders | Credit Suisse AG, Cayman Islands Branch, As Administrative Agent | Credit Suisse Ag, Cayman Islands Branch, As Administrative Agent | 11 Madison Avenue | | New York | NY | 10010 |
| UCC Lienholders | Forsythe / McArthur Associates, Inc | Forsythe /Mcarthur Associates, Inc | 7770 Frontage Rd | | Skokie | IL | 60077 |
| UCC Lienholders | HYG Financial Services, Inc | | PO Box 35701 | | Billings | MT | 59107 |
| UCC Lienholders | Raymond Leasing Corporation | Corporate Headquarters | PO Box 130 | | Greene | NY | 13778 |
| UCC Lienholders | Regions Banks, as Agent | | 1180 West Peachtree St NW | Ste 1000 | Atlanta | GA | 30309 |
| UCC Lienholders | Susquehanna Commercial Finance, Inc. | | 2 Country View Rd, Ste 300 | | Malvern | PA | 19355 |

In re: Carestream Health, Inc., et al.
Case No.: 22-10778 (JKS)