**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CARESTREAM HEALTH, INC., *et al.*,[1] | ) | Case No. 22-10778 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket Nos. 17, 28** |

Hearing: August 26, 2022 at 4:00 p.m. (ET)

**NOTICE OF HEARING AND REVISED PROPOSED ORDER FOR DEBTORS'
MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DEBTORS' ENTRY
INTO THE EXIT ABL FACILITY COMMITMENT DOCUMENTS,
(II) AUTHORIZING PAYMENT OF FEES AND EXPENSES THEREUNDER,
AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on August 23, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed under seal *Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry into the Exit ABL Facility Commitment Documents, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief* [Docket No. 17] (the "Exit ABL Commitment Letter Motion"). On the same date, the Debtors also filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact Certain Portions of the Exit ABL Facility Commitment Documents* [Docket No. 27] (the "Sealing Motion") and *Notice of Filing of Proposed Redacted Version of the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry into the Exit ABL Facility Commitment Documents, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Carestream Health, Inc. (0334); Carestream Health Acquisition, LLC (0333); Carestream Health Canada Holdings, Inc. (7700); Carestream Health Holdings, Inc. (7822); Carestream Health International Holdings, Inc. (5771); Carestream Health International Management Company, Inc. (0532); Carestream Health Puerto Rico, LLC (8359); Carestream Health World Holdings, LLC (1662); and Lumisys Holding Co. (3232). The location of the Debtors' service address is: 150 Verona Street, Rochester, New York 14608.

*Related Relief* [Docket No. 28] (the "Redacted Exit ABL Commitment Letter Motion").  A copy of the Redacted Exit ABL Commitment Letter Motion is attached hereto as **Exhibit A** and a copy of the Sealing Motion is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that Court has scheduled a hearing to consider (a) the request for approval of the fees, expense reimbursement, and indemnification provisions requested in the Exit ABL Commitment Letter Motion and (b) the request for interim approval of the Sealing Motion at a hearing by video conference (the "Hearing") before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, on **August 26, 2022 at 4:00 p.m. (Eastern Time)**.  Additional copies of the Redacted Exit ABL Commitment Letter Motion and Sealing Motion may be obtained for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 22-10778 (JKS), or may be obtained for free by accessing the Debtors' restructuring website at https://kccllc.net/Carestream.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the direction of the Court provided at the first day hearing in these cases, the Debtors have revised the proposed order approving the Exit ABL Commitment Letter Motion.  Attached hereto as **Exhibit C** is a revised proposed form of order (the "Revised Proposed Order") incorporating the Court's changes.  Attached hereto as **Exhibit D** is a blackline showing changes to the Revised Proposed Order from the version of the order filed with the Exit ABL Commitment Letter Motion.  The Debtors intend to seek approval of the Revised Proposed Order at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that objections to the Exit ABL Commitment Letter Motion or Sealing Motion may be presented at or before the hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the Proposed Order before or at the Hearing.

| | |
|---|---|
| Dated:  August 24, 2022<br>Wilmington, Delaware | */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Edward Corma (DE Bar No. 6718)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>ecorma@pszjlaw.com |

-and-

Patrick J. Nash, Jr., P.C. (*pro hac vice* pending)
Tricia Schwallier Collins (*pro hac vice* pending)
Yusuf U. Salloum (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  patrick.nash@kirkland.com
tricia.schwallier@kirkland.com
yusuf.salloum@kirkland.com

-and-

Nicole L. Greenblatt, P.C. (*pro hac vice* pending)
Rachael M. Bentley (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

*Proposed Co-Counsel for the Debtors and Debtors in Possession*