# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CARESTREAM HEALTH, INC., *et al.*,[1] | ) ) ) | Case No. 22-10778 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF AGENDA FOR HEARING SCHEDULED
## FOR AUGUST 26, 2022, AT 4:00 P.M. (PREVAILING EASTERN TIME)

Date and Time of Hearing:    Friday, August 26, 2022, at 4:00 p.m. (prevailing Eastern Time).

Location of Hearing:    The Honorable Judge J. Kate Stickles, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware. **This Hearing will be conducted remotely via Zoom, see instructions below**.

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC ("KCC"), at https://kccllc.net/Carestream. Further information may be obtained by calling KCC at: (877) 709-4750 (Toll-free from US / Canada) or +1 (424) 236-7230 (International) or Emailing at CarestreamInfo@kccllc.com.

PLEASE NOTE, ALL REMOTE HEARINGS WILL BE CONDUCTED ENTIRELY OVER ZOOM AND WILL REQUIRE ALL PARTICIPANTS TO REGISTER IN ADVANCE TO APPEAR VIA VIDEO CONFERENCE VIA ZOOM.  COURTCALL WILL NOT BE USED TO DIAL IN.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Carestream Health, Inc. (0334); Carestream Health Acquisition, LLC (0333); Carestream Health Canada Holdings, Inc. (7700); Carestream Health Holdings, Inc. (7822); Carestream Health International Holdings, Inc. (5771); Carestream Health International Management Company, Inc. (0532); Carestream Health Puerto Rico, LLC (8359); Carestream Health World Holdings, LLC (1662); and Lumisys Holding Co. (3232).  The location of the Debtors' service address is:  150 Verona Street, Rochester, New York 14608.

**PARTIES WHO WISH TO APPEAR MUST REGISTER NO LATER THAN WEDNESDAY, AUGUST 25, 2022, AT 4:00 P.M. (PREVAILING EASTERN TIME). PARTIES SHOULD USE THE FOLLOWING LINK TO REGISTER FOR THE FIRST DAY HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItd-muqDosEsfvECfVgNKqUE0U4kV5eeg

**MATTERS GOING FORWARD:**

1. **SEALED** – **Exit ABL Commitment Letter Motion**. Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry into the Exit ABL Facility Commitment Documents, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Docket No. 17, Filed August 23, 2022].

    Related Documents:

    A. **REDACTED - Notice of Exit ABL Commitment Documents.** Notice of Filing of Proposed Redacted Version of the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry into the Exit ABL Facility Commitment Documents, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Docket No. 28, Filed August 23, 2022].

    B. **Exit ABL Declaration.** Declaration of Scott H. Rosa in Support of The Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry into the Exit ABL Facility Commitment Documents, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Docket No. 32, Filed August 23, 2022].

    C. **Notice of Hearing** - Notice of Hearing and Revised Proposed Order for Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry into the Exit ABL Facility Commitment Documents, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Docket No. 80, Filed August 24, 2022]

    Response Deadline: (at the Hearing) Friday, August 26, 2022 at 4:00 p.m. (Prevailing Eastern Time).

    Responses Received: none

    Status: This matter is going forward.

2. **Motion to Seal Exit ABL Commitment Letter Motion**. Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact Certain Portions of the Exit ABL Facility Commitment Documents [Docket No. 27, Filed August 23, 2022].

    Related Documents:

    A. **REDACTED - Notice of Exit ABL Commitment Documents.** Notice of Filing of Proposed Redacted Version of the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry into the Exit ABL Facility Commitment Documents, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Docket No. 28, Filed August 23, 2022].

    B. **Exit ABL Declaration.** Declaration of Scott H. Rosa in Support of The Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry into the Exit ABL Facility Commitment Documents, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Docket No. 32, Filed August 23, 2022].

    C. **Notice of Hearing** - Notice of Hearing and Revised Proposed Order for Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry into the Exit ABL Facility Commitment Documents, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Docket No. 80, Filed August 24, 2022]

    Response Deadline:   (at the Hearing) Friday, August 26, 2022 at 4:00 p.m. (Prevailing Eastern Time).

    Responses Received:  none

    Status: This matter is going forward with respect to an interim order.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: August 24, 2022<br>Wilmington, Delaware | */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Edward Corma (DE Bar No. 6718)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email:   ljones@pszjlaw.com<br>            tcairns@pszjlaw.com<br>            ecorma@pszjlaw.com<br><br>-and-<br><br>Patrick J. Nash, Jr., P.C. (*pro hac vice* pending)<br>Tricia Schwallier Collins (*pro hac vice* pending)<br>Yusuf U. Salloum (*pro hac vice* pending)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:   (312) 862-2200<br>Email:   patrick.nash@kirkland.com<br>            tricia.schwallier@kirkland.com<br>            yusuf.salloum@kirkland.com<br><br>-and-<br><br>Nicole L. Greenblatt, P.C. (*pro hac vice* pending)<br>Rachael M. Bentley (*pro hac vice* pending)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:   nicole.greenblatt@kirkland.com<br>Email:   rachael.bentley@kirkland.com<br><br>*Proposed Co-Counsel for the Debtors and Debtors in Possession* |