**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| CARESTREAM HEALTH, INC., *et al.*,[1] | ) | |
| | ) | Case No. 22-10778 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,**
**METHODOLOGY, AND DISCLAIMERS REGARDING**
**AUGUST 31, 2022, MONTHLY OPERATING REPORT**

The debtors and debtors in possession (the "Debtors") in the above-captioned jointly administered chapter 11 cases (the "Chapter 11 Cases") have prepared and filed the attached August 31, 2022, Monthly Operating Report (the "MOR") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors have prepared the MOR with the assistance of its advisors and professionals solely for the purpose of complying with the reporting requirements applicable in the Chapter 11 Cases and is in a format consistent with the instructions provided by the Office of the United States Trustee for the District of Delaware. The financial and supplemental information contained herein is unaudited, limited in scope, and is not prepared in accordance with accounting principles generally accepted in the United States of America nor in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder.

In preparing the MOR, the Debtors relied on financial data available from the books and records available to it at the time of such preparation. Although the Debtors made commercially reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist.[2] For the avoidance of doubt, the Debtors hereby reserve all rights to amend and supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Carestream Health, Inc. (0334); Carestream Health Acquisition, LLC (0333); Carestream Health Canada Holdings, Inc. (7700); Carestream Health Holdings, Inc. (7822); Carestream Health International Holdings, Inc. (5771); Carestream Health International Management Company, Inc. (0532); Carestream Health Puerto Rico, LLC (8359); Carestream Health World Holdings, LLC (1662); and Lumisys Holding Co. (3232). The location of the Debtors' service address is: 150 Verona Street, Rochester, New York 14608.

[2] The Debtors, and its agents, advisors, attorneys, and other professionals, as applicable, do not guarantee or warrant the accuracy or completeness of the data that is provided in the MOR.

in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respects to their chapter 11 cases.

Each signatory to the MOR has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and its advisors and professionals. Each signatory has not (and could not have) personally verified the accuracy of each such statement, representation, and answer contained in the MOR.

**Attachment MOR-1**

Cash is received and disbursed by the Debtors as described in the Debtors' motion to approve continued use of their cash management system which was granted on an interim basis pursuant to an order entered by the Bankruptcy Court on August 24, 2022 [Docket No. 78] and is consistent with the Debtors' historical cash management practices.

Transfers between the Debtors' bank accounts, including the $687,409.80 adequate assurance deposit transferred from Debtor Carestream Health, Inc. to Debtor Carestream Health International Holdings' bank account in accordance with the Debtors' Interim Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket Num. 76] are not included in MOR-1.

**Attachments MOR-2 and MOR-3**

This MOR has been prepared on a consolidating basis for the Debtors. The financial information contained herein is unaudited, limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements for Chapter 11 debtors as required by the Bankruptcy Court and is in a format acceptable for the United States Trustee for the District of Delaware (the "U.S. Trustee")

The MOR-2 includes the balance sheet at August 31, 2022. The MOR-3 Statement of Operations includes activity from the Petition Date of August 23, 2022, through August 31, 2022. As previously noted, the MOR was not prepared in accordance with generally accepted accounting principles in the United States of America ("U.S. GAAP") and does not include all the information and disclosures required by U.S. GAAP. Therefore, there can be no assurance that the financial information presented herein is complete.

**Part 1: Cash Receipts and Disbursements**

The MOR presents the Debtors' receipts and disbursements for the period from August 23, 2022, through August 31, 2022. Disbursements reported for the period include $5,410,554.24 to cash collateralize outstanding and undrawn Letters of Credit and $1,150,834.06 paid to Simpson Thacher & Bartlett LLP (as counsel to the DIP Agent) pursuant to the Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV)

Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket Num. 65].

These payments also are included in the attached MOR-1 Statement of Cash Receipts and Disbursements under the line item Other Non-Operating Disbursements.

**Part 2: Asset and Liability Status**

The amounts identified in Part 2 of the MOR are derived from the Debtors' unaudited and estimated Balance Sheets at August 31, 2022. Please refer to the notes above for information about presentation and limitations that may exist in the MOR.

**Part 3: Assets Sold or Transferred**

No such transactions or activities occurred during the period of August 23, 2022, through August 31, 2022.

**Part 4: Income Statement (Statement of Operations)**

This MOR presents the Debtors' best estimates of their Statements of Operations for the period from August 23, 2022, through August 31, 2022. Please refer to the notes above for information about presentation and limitations that may exist in the MOR.

**Part 5: Professional Fees and Expenses**

The Debtors did not make any payments to any restructuring professionals (whether retained or anticipated to be retained) or any committee professionals during this reporting period.

**Part 6: Postpetition Taxes**

The Debtors collect, withhold, and incur sales, use and, income taxes, and property taxes, as well as other governmental taxes, fees, and assessments (collectively, the "Taxes and Fees"). The Debtors pay or remit, as applicable, Taxes and Fees to various governmental authorities (each, an "Authority," and collectively, the "Authorities") on a periodic basis (monthly, quarterly, semi-annually, annually, and on an ad hoc basis depending on the Debtors' reporting calendar) depending on the nature and incurrence of a particular Tax or Fee and as required by applicable laws and regulations. On August 24, 2022, the Court entered an order [Docket No. 75] authorizing, but not directing, the Debtors to, among other things, pay Taxes and Fees that arise or accrue in the ordinary course of business on a postpetition basis consistent with prepetition practices. The Debtors believe that they are current with respect to any outstanding, post-petition amounts due.

**MOR-1**

In re: Carestream Health, Inc., et al.

*Statement of Cash Receipts and Disbursements - (Unaudited)*

Lead Case No: 22-10778
Reporting Period: Aug 23 - Aug 31, 2022

| USD Actuals | Carestream Health, Inc. | Carestream Health Acquisition, LLC | Carestream Health Canada Holdings, Inc. | Carestream Health Holdings, Inc. | Carestream Health International Holdings, Inc. | Carestream Health International Management Company, Inc. | Carestream Health Puerto Rico, LLC | Carestream Health World Holdings, LLC | Lumisys Holding Co. |
|---|---|---|---|---|---|---|---|---|---|
| Reporting Period | 8/23/2022 to 8/31/2022 | 8/23/2022 to 8/31/2022 | 8/23/2022 to 8/31/2022 | 8/23/2022 to 8/31/2022 | 8/23/2022 to 8/31/2022 | 8/23/2022 to 8/31/2022 | 8/23/2022 to 8/31/2022 | 8/23/2022 to 8/31/2022 | 8/23/2022 to 8/31/2022 |
| **Receipts** | | | | | | | | | |
| Customer receipts | $ 12,282,813 | $ - | $ - | $ - | $ - | $ - | $ (3,081) | $ - | $ - |
| IC Trade and Net Settlement | 23,103,714 | - | - | - | - | - | - | - | - |
| DIP Funds Received | 49,924,350 | - | - | - | - | - | - | - | - |
| **Total Receipts** | $ 85,310,877 | $ - | $ - | $ - | $ - | $ - | $ (3,081) | $ - | $ - |
| | | | | | | | | | |
| **Disbursements** | | | | | | | | | |
| Payroll & Benefits | $ (5,082,343) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 3rd Party Trade Vendors | (18,760,000) | - | - | - | - | - | - | - | - |
| Silver | (847,297) | - | - | - | - | - | - | - | - |
| Taxes & Duties | (69,643) | - | - | - | - | - | - | - | - |
| Debt Service Costs | (679,173) | - | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - | - | - | - |
| Other Non-Operating Cash Flows | (6,561,404) | - | - | - | - | - | (424) | - | - |
| Transfers (to) from Netherlands | (12,159,941) | - | - | - | - | - | 4,697 | - | - |
| **Total Disbursements** | $ (44,159,801) | $ - | $ - | $ - | $ - | $ - | $ 4,274 | $ - | $ - |
| | | | | | | | | | |
| **Net Cash Flow** | $ 41,151,076 | $ - | $ - | $ - | $ - | $ - | $ 1,193 | $ - | $ - |

**MOR-2**

In re: Carestream Health, Inc., et al.
*Estimated Balance Sheet as of August, 31, 2022 - (Unaudited)*

Lead Case No: 22-10778
Reporting Period: Aug 23 - Aug 31, 2022

| USD Actuals | Carestream Health, Inc. | Carestream Health Acquisition, LLC | Carestream Health Canada Holdings, Inc. | Carestream Health Holdings, Inc. | Carestream Health International Holdings, Inc. | Carestream Health International Management Company, Inc. | Carestream Health Puerto Rico, LLC | Carestream Health World Holdings, LLC | Lumisys Holding Co. |
|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | |
| CURRENT ASSETS | | | | | | | | | |
| Total Cash and Cash Equivalents | $ 55,879,295 | $ - | $ 5,148 | $ - | $ 687,410 | $ - | $ 37,164 | $ 1,000 | $ - |
| Inventory, Net | 134,697,343 | - | - | - | - | - | - | - | - |
| Other Current Assets[1] | 836,675,531 | 194,509 | - | 250,000 | (3,794,737) | - | 2,725,954 | - | - |
| Receivables,Net | 61,117,617 | - | - | - | - | - | 0 | - | - |
| **TOTAL CURRENT ASSETS** | $ 1,088,369,786 | $ 194,509 | $ 5,148 | $ 250,000 | $ (3,107,327) | $ - | $ 2,763,118 | $ 1,000 | $ - |
| Net Propery, Plant and Equipment | 123,995,984 | - | - | - | - | - | 1,491 | - | - |
| Other Intangible Assets and Investments | 8,164,363 | - | - | 1 | - | - | - | - | - |
| Other Long-Term Assets[2] | 911,217,990 | 620,831 | 4,621,359 | (761,205,000) | 14,943,049 | - | - | 1,068,467,000 | - |
| Goodwill | 155,099,854 | - | - | - | - | - | - | - | - |
| **TOTAL ASSETS** | $ 2,286,847,977 | $ 815,340 | $ 4,626,507 | $ (760,954,999) | $ 11,835,722 | $ - | $ 2,764,609 | $ 1,068,468,000 | $ - |
| | | | | | | | | | |
| **LIABILITIES** | | | | | | | | | |
| CURRENT LIABILITIES | | | | | | | | | |
| Current Portion of Long-Term Debt | $ 50,000,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Trade Accounts Payable | 3,662,522 | - | - | - | - | - | - | - | - |
| Other Accrued Liabilities | 52,496,357 | - | - | - | - | - | - | - | - |
| Income Taxes Payable | (777,013) | - | - | - | - | - | - | - | - |
| **TOTAL CURRENT LIABILITIES** | $ 105,381,866 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Long-Term Liabilities | 3,637,796 | - | - | - | - | - | - | - | - |
| Liabilities Subject to Compromise[3] | 1,353,129,913 | - | 316,155 | 1,690,500 | - | - | 64,275 | 748,633,121 | - |
| Deferred Tax Liability Non Current | 3,939,144 | - | 85,672 | - | - | - | - | - | - |
| **TOTAL LIABILITIES** | $ 1,466,088,719 | $ - | $ 401,827 | $ 1,690,500 | $ - | $ - | $ 64,275 | $ 748,633,121 | $ - |
| Shareholders' Equity | 820,759,258 | 815,340 | 4,224,680 | (762,645,499) | 11,835,722 | - | 2,700,334 | 319,834,880 | - |
| **TOTAL LIABILITIES & SHAREHOLDERS' EQUITY** | $ 2,286,847,977 | $ 815,340 | $ 4,626,507 | $ (760,954,999) | $ 11,835,722 | $ - | $ 2,764,609 | $ 1,068,468,000 | $ - |

1) Other Current Assets is comprised primarily of amounts Due From Carestream Companies, of which approximately $750mm in Carestream Health, Inc. eliminates with Liabilities Subject to Compromise of the following debtor entities: Carestream Health Canada Holdings, Inc., Carestream Health Holdings, Inc. and Carestream Health World Holdings, LLC.

2) Other Long-Term Assets is comprised primarily of Investments in Carestream Companies. The negative balance of approximately ($761mm) on CHHI relates to historical intercompany dividend and related recapitalization transactions, which eliminates with the equity of Carestream Health, Inc.

3) Liabilities Subject to Compromise of Carestream Health, Inc. include approximately $197 million on account of amounts Due To Carestream Companies. The balances on Carestream Health Canada Holdings, Inc., Carestream Health Holdings, Inc., and Carestream Health World Holdings, LLC eliminate with Other Current Assets on Carestream Health, Inc., as noted in Note 1.

**MOR-3**

In re: Carestream Health, Inc., et al.

*Estimated Statement of Operations for the period of August 23, 2022 through August 31, 2022 - (Unaudited)*

Lead Case No: 22-10778
Reporting Period: Aug 23 - Aug 31, 2022

USD Actuals

| Reporting Period | Carestream Health, Inc. 8/23/2022 to 8/31/2022 | Carestream Health Acquisition, LLC 8/23/2022 to 8/31/2022 | Carestream Health Canada Holdings, Inc. 8/23/2022 to 8/31/2022 | Carestream Health Holdings, Inc. 8/23/2022 to 8/31/2022 | Carestream Health International Holdings, Inc. 8/23/2022 to 8/31/2022 | Carestream Health International Management Company, Inc. 8/23/2022 to 8/31/2022 | Carestream Health Puerto Rico, LLC 8/23/2022 to 8/31/2022 | Carestream Health World Holdings, LLC 8/23/2022 to 8/31/2022 | Lumisys Holding Co. 8/23/2022 to 8/31/2022 |
|---|---|---|---|---|---|---|---|---|---|
| Net Revenue | $ 16,131,531 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Cost of goods sold | 13,218,656 | - | - | - | - | - | - | - | - |
| **Gross (loss) profit** | **$ 2,912,876** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| Selling, general and administrative expenses | 2,983,888 | - | - | - | - | - | 424 | - | - |
| Research and development costs | 737,174 | - | - | - | - | - | - | - | - |
| **Income (loss) from continuing operations** | **(808,186)** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **(424)** | **$ -** | **$ -** |
| Other income, net | (24,227) | - | - | - | - | - | - | - | - |
| Reorganization items, net | 13,113,151 | - | - | - | - | - | - | - | - |
| Interest expense | 2,138,853 | - | - | - | - | - | (1,289) | - | - |
| **Income (loss) from continuing operations before income tax expense** | **$ (16,035,963)** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **865** | **$ -** | **$ -** |
| Income tax expense | 17,789 | - | - | - | - | - | - | - | - |
| **Net (loss) income** | **$ (16,053,753)** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **865** | **$ -** | **$ -** |

**In re: Carestream Health, Inc., et al.**
*Schedule of Payments to Insiders*

Lead Case No:                                  **22-10778**
Reporting Period:          **August 23 - August 31, 2022**

The Debtors hereby submit this attestation regarding payments to insiders during the period of August 23 through August 31, 2022.

With respect to insiders,  all cash payments made were on account of ordinary course salaries and authorized travel and expense reimbursements.

No non-cash transfers were made during this reporting period.

| /s/ Scott H. Rosa | 9/21/2022 |
|---|---|
| Signature of Authorized Individual | Date |

| Scott H. Rosa | Chief Financial Officer |
|---|---|
| Printed Name of Authorized Individual | Title of Authorized Individual |

**In re: Carestream Health, Inc., et al.**

*All bank statements and bank reconciliations for the reporting period*

| | |
|---|---|
| Lead Case No: | **22-10778** |
| Reporting Period: | **August 23 - August 31, 2022** |

The Debtors hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank reconciliations.

The Debtors' standard practice is to ensure that bank reconciliations are completed as part of the month end close each reporting period. I attest that each of the Debtors' bank accounts has been reconciled in accordance with their standard practices.


/s/ Scott H. Rosa
_____
Signature of Authorized Individual

9/21/2022
_____
Date


Scott H. Rosa
_____
Printed Name of Authorized Individual

Chief Financial Officer
_____
Title of Authorized Individual

**In re: Carestream Health, Inc., et al.**                                      Lead Case No:              **22-10778**
*Schedule of Post-Petition Borrowing Activity*                      **Reporting Period:**    **August 23 - August 31, 2022**

The Debtors hereby submit this attestation regarding postpetition borrowing during the period of August 23 through August 31, 2022.

In accordance with the Debtors' Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket Num. 65], Debtor Carestream Health, Inc. initiated the following borrowings during this reporting period:

$50,000,000 on August 24, 2022.


/s/ Scott H. Rosa                                                                   9/21/2022
Signature of Authorized Individual                                       Date


Scott H. Rosa                                                                       Chief Financial Officer
Printed Name of Authorized Individual                              Title of Authorized Individual

**In re: Carestream Health, Inc., et al.**
*Schedule of Pre-Petition Payments*

**Lead Case No:**          **22-10778**
**Reporting Period:**    **August 23 - August 31, 2022**

The Debtors hereby submit this attestation regarding prepetition payments during the period of August 23 through August 31, 2022.

All payments made by the Debtors during the period of August 23 through August 31, 2022 (and included in the disbursements reported herein), were authorized under First Day Orders granted by the Court.

Due to the commercially sensitive nature of these payments, the recipients of these payments are not included in this report but can be made available to the Office of the United States Trustee upon request.

| | |
|---|---|
| /s/ Scott H. Rosa | 9/21/2022 |
| Signature of Authorized Individual | Date |
| | |
| Scott H. Rosa | Chief Financial Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |

**In re: Carestream Health, Inc., et al.**
*Prepetition Payment Summary*

| Payee | Date | Amount |
|---|---|---|
| | 8/23/2022 | 19,000.00 |
| | 8/23/2022 | 10,380.60 |
| | 8/23/2022 | 1,000.00 |
| | 8/24/2022 | 33,445.00 |
| | 8/24/2022 | (1,000.00) |
| | 8/24/2022 | (10,380.60) |
| | 8/24/2022 | (19,000.00) |
| | 8/25/2022 | 1,150,834.06 |
| | 8/25/2022 | 416,251.15 |
| | 8/25/2022 | 357,317.18 |
| | 8/25/2022 | 326,610.00 |
| | 8/25/2022 | 308,000.00 |
| | 8/25/2022 | 289,280.00 |
| | 8/25/2022 | 250,000.00 |
| | 8/25/2022 | 217,832.34 |
| | 8/25/2022 | 191,296.70 |
| | 8/25/2022 | 148,000.00 |
| | 8/25/2022 | 131,940.55 |
| | 8/25/2022 | 105,000.00 |
| | 8/25/2022 | 82,398.53 |
| | 8/25/2022 | 79,967.00 |
| | 8/25/2022 | 79,215.88 |
| | 8/25/2022 | 75,780.00 |
| | 8/25/2022 | 63,000.00 |
| | 8/25/2022 | 46,532.83 |
| | 8/25/2022 | 45,162.05 |
| | 8/25/2022 | 33,808.57 |
| | 8/25/2022 | 25,408.81 |
| | 8/25/2022 | 22,839.91 |
| | 8/25/2022 | 20,416.00 |
| | 8/25/2022 | 17,000.00 |
| | 8/25/2022 | 16,655.97 |
| | 8/25/2022 | 13,875.00 |
| | 8/25/2022 | 10,337.94 |
| | 8/25/2022 | 9,654.26 |
| | 8/25/2022 | 8,882.50 |
| | 8/25/2022 | 8,823.25 |
| | 8/25/2022 | 8,406.40 |
| | 8/25/2022 | 7,852.68 |
| | 8/25/2022 | 7,852.40 |
| | 8/25/2022 | 7,107.00 |
| | 8/25/2022 | 5,441.28 |
| | 8/25/2022 | 5,000.00 |
| | 8/25/2022 | 2,946.83 |
| | 8/25/2022 | 2,543.50 |

**In re: Carestream Health, Inc., et al.**
*Prepetition Payment Summary*

| Payee | Date | Amount |
|---|---|---|
| | 8/25/2022 | 1,725.00 |
| | 8/25/2022 | 1,724.56 |
| | 8/25/2022 | 903.00 |
| | 8/25/2022 | 371.33 |
| | 8/25/2022 | 331.75 |
| | 8/26/2022 | 1,804,111.11 |
| | 8/26/2022 | 1,474,480.66 |
| | 8/26/2022 | 911,275.41 |
| | 8/26/2022 | 678,825.73 |
| | 8/26/2022 | 656,204.06 |
| | 8/26/2022 | 457,447.72 |
| | 8/26/2022 | 384,143.87 |
| | 8/26/2022 | 361,800.00 |
| | 8/26/2022 | 307,103.65 |
| | 8/26/2022 | 249,639.51 |
| | 8/26/2022 | 245,997.40 |
| | 8/26/2022 | 225,143.84 |
| | 8/26/2022 | 198,064.83 |
| | 8/26/2022 | 188,844.12 |
| | 8/26/2022 | 168,908.71 |
| | 8/26/2022 | 167,876.69 |
| | 8/26/2022 | 166,612.68 |
| | 8/26/2022 | 165,496.48 |
| | 8/26/2022 | 152,165.65 |
| | 8/26/2022 | 150,681.62 |
| | 8/26/2022 | 138,452.07 |
| | 8/26/2022 | 132,494.19 |
| | 8/26/2022 | 131,324.60 |
| | 8/26/2022 | 116,819.35 |
| | 8/26/2022 | 108,363.00 |
| | 8/26/2022 | 108,189.30 |
| | 8/26/2022 | 103,365.88 |
| | 8/26/2022 | 100,415.52 |
| | 8/26/2022 | 94,015.55 |
| | 8/26/2022 | 91,102.36 |
| | 8/26/2022 | 84,436.09 |
| | 8/26/2022 | 80,113.45 |
| | 8/26/2022 | 77,498.69 |
| | 8/26/2022 | 74,128.56 |
| | 8/26/2022 | 71,785.46 |
| | 8/26/2022 | 66,232.43 |
| | 8/26/2022 | 64,583.77 |
| | 8/26/2022 | 63,606.00 |
| | 8/26/2022 | 55,725.53 |
| | 8/26/2022 | 51,700.66 |
| | 8/26/2022 | 48,060.77 |

**In re: Carestream Health, Inc., et al.**
*Prepetition Payment Summary*

| Payee | Date | Amount |
|---|---|---|
| | 8/26/2022 | 47,475.28 |
| | 8/26/2022 | 45,366.23 |
| | 8/26/2022 | 45,308.95 |
| | 8/26/2022 | 44,608.00 |
| | 8/26/2022 | 37,440.36 |
| | 8/26/2022 | 36,397.52 |
| | 8/26/2022 | 35,184.00 |
| | 8/26/2022 | 35,068.36 |
| | 8/26/2022 | 33,318.98 |
| | 8/26/2022 | 33,014.17 |
| | 8/26/2022 | 32,142.68 |
| | 8/26/2022 | 31,087.81 |
| | 8/26/2022 | 30,518.76 |
| | 8/26/2022 | 29,418.52 |
| | 8/26/2022 | 29,364.57 |
| | 8/26/2022 | 28,437.77 |
| | 8/26/2022 | 28,229.32 |
| | 8/26/2022 | 28,111.20 |
| | 8/26/2022 | 28,020.00 |
| | 8/26/2022 | 27,519.66 |
| | 8/26/2022 | 27,385.37 |
| | 8/26/2022 | 27,178.51 |
| | 8/26/2022 | 27,108.25 |
| | 8/26/2022 | 26,849.33 |
| | 8/26/2022 | 26,616.00 |
| | 8/26/2022 | 25,357.39 |
| | 8/26/2022 | 24,710.60 |
| | 8/26/2022 | 24,697.50 |
| | 8/26/2022 | 24,514.40 |
| | 8/26/2022 | 22,821.50 |
| | 8/26/2022 | 21,608.70 |
| | 8/26/2022 | 21,368.15 |
| | 8/26/2022 | 21,141.00 |
| | 8/26/2022 | 21,044.50 |
| | 8/26/2022 | 20,754.72 |
| | 8/26/2022 | 20,377.76 |
| | 8/26/2022 | 20,315.96 |
| | 8/26/2022 | 20,167.87 |
| | 8/26/2022 | 19,073.23 |
| | 8/26/2022 | 19,044.84 |
| | 8/26/2022 | 18,772.00 |
| | 8/26/2022 | 18,160.00 |
| | 8/26/2022 | 18,040.00 |
| | 8/26/2022 | 17,082.07 |
| | 8/26/2022 | 17,000.00 |
| | 8/26/2022 | 17,000.00 |

**In re: Carestream Health, Inc., et al.**
*Prepetition Payment Summary*

| Payee | Date | Amount |
|---|---|---|
| | 8/26/2022 | 16,821.95 |
| | 8/26/2022 | 16,637.85 |
| | 8/26/2022 | 16,617.00 |
| | 8/26/2022 | 16,586.78 |
| | 8/26/2022 | 16,380.00 |
| | 8/26/2022 | 15,549.40 |
| | 8/26/2022 | 15,534.00 |
| | 8/26/2022 | 15,165.00 |
| | 8/26/2022 | 15,030.83 |
| | 8/26/2022 | 14,713.82 |
| | 8/26/2022 | 14,661.00 |
| | 8/26/2022 | 14,220.74 |
| | 8/26/2022 | 13,541.10 |
| | 8/26/2022 | 13,343.79 |
| | 8/26/2022 | 12,087.59 |
| | 8/26/2022 | 11,906.93 |
| | 8/26/2022 | 11,250.00 |
| | 8/26/2022 | 10,963.30 |
| | 8/26/2022 | 10,800.00 |
| | 8/26/2022 | 10,783.87 |
| | 8/26/2022 | 10,292.25 |
| | 8/26/2022 | 10,146.67 |
| | 8/26/2022 | 9,862.72 |
| | 8/26/2022 | 9,623.43 |
| | 8/26/2022 | 9,290.00 |
| | 8/26/2022 | 9,250.00 |
| | 8/26/2022 | 9,145.00 |
| | 8/26/2022 | 9,054.51 |
| | 8/26/2022 | 7,300.45 |
| | 8/26/2022 | 6,498.84 |
| | 8/26/2022 | 6,369.31 |
| | 8/26/2022 | 6,191.21 |
| | 8/26/2022 | 6,000.00 |
| | 8/26/2022 | 5,888.43 |
| | 8/26/2022 | 5,440.00 |
| | 8/26/2022 | 5,283.00 |
| | 8/26/2022 | 5,207.05 |
| | 8/26/2022 | 5,021.25 |
| | 8/26/2022 | 4,781.25 |
| | 8/26/2022 | 4,671.00 |
| | 8/26/2022 | 4,653.94 |
| | 8/26/2022 | 4,555.00 |
| | 8/26/2022 | 4,528.68 |
| | 8/26/2022 | 4,484.95 |
| | 8/26/2022 | 4,328.91 |
| | 8/26/2022 | 4,229.69 |

**In re: Carestream Health, Inc., et al.**
*Prepetition Payment Summary*

| Payee | Date | Amount |
|---|---|---|
| | 8/26/2022 | 4,102.56 |
| | 8/26/2022 | 3,960.00 |
| | 8/26/2022 | 3,676.31 |
| | 8/26/2022 | 3,266.20 |
| | 8/26/2022 | 2,863.92 |
| | 8/26/2022 | 2,748.75 |
| | 8/26/2022 | 2,586.00 |
| | 8/26/2022 | 2,580.95 |
| | 8/26/2022 | 2,559.07 |
| | 8/26/2022 | 2,475.00 |
| | 8/26/2022 | 2,190.00 |
| | 8/26/2022 | 1,875.00 |
| | 8/26/2022 | 1,800.00 |
| | 8/26/2022 | 1,710.00 |
| | 8/26/2022 | 1,678.75 |
| | 8/26/2022 | 1,674.38 |
| | 8/26/2022 | 1,667.95 |
| | 8/26/2022 | 1,321.83 |
| | 8/26/2022 | 1,126.06 |
| | 8/26/2022 | 1,041.73 |
| | 8/26/2022 | 731.00 |
| | 8/26/2022 | 629.86 |
| | 8/26/2022 | 560.00 |
| | 8/26/2022 | 525.05 |
| | 8/26/2022 | 500.00 |
| | 8/26/2022 | 490.33 |
| | 8/26/2022 | 423.38 |
| | 8/26/2022 | 404.00 |
| | 8/26/2022 | 285.00 |
| | 8/26/2022 | 282.89 |
| | 8/26/2022 | 185.00 |
| | 8/26/2022 | 175.00 |
| | 8/26/2022 | 170.00 |
| | 8/26/2022 | 156.89 |
| | 8/26/2022 | 144.50 |
| | 8/26/2022 | 142.56 |
| | 8/26/2022 | 125.00 |
| | 8/26/2022 | 95.00 |
| | 8/26/2022 | 35.00 |
| | 8/26/2022 | – |
| | 8/29/2022 | 344,536.35 |
| | 8/29/2022 | 19,000.00 |
| | 8/29/2022 | 1,801.28 |
| | 8/29/2022 | 250.90 |
| | 8/30/2022 | 176,215.08 |
| | 8/30/2022 | 101,578.45 |

**In re: Carestream Health, Inc., et al.**
*Prepetition Payment Summary*

| Payee | Date | Amount |
|---|---|---|
| | 8/30/2022 | 77,024.48 |
| | 8/30/2022 | 2,744.84 |
| | 8/30/2022 | 1,900.62 |
| | 8/30/2022 | 1,220.60 |
| | 8/30/2022 | 1,077.45 |
| | 8/30/2022 | 1,022.71 |
| | 8/30/2022 | 880.89 |
| | 8/30/2022 | 763.89 |
| | 8/31/2022 | 2,963,512.53 |
| | 8/31/2022 | 947,189.48 |
| | 8/31/2022 | 298,259.24 |
| | 8/31/2022 | 159,422.73 |
| | 8/31/2022 | 83,999.80 |
| | 8/31/2022 | 60,238.05 |
| | 8/31/2022 | 60,174.00 |
| | 8/31/2022 | 37,520.95 |
| | 8/31/2022 | 28,041.60 |
| | 8/31/2022 | 26,086.40 |
| | 8/31/2022 | 23,222.45 |
| | 8/31/2022 | 10,311.45 |
| | 8/31/2022 | 10,000.00 |
| | 8/31/2022 | 6,636.12 |
| | 8/31/2022 | 5,861.39 |
| | 8/31/2022 | 4,940.00 |
| | 8/31/2022 | 3,250.00 |
| | 8/31/2022 | 2,493.30 |
| | 8/31/2022 | 1,258.20 |
| | 8/31/2022 | 779.69 |
| | 8/31/2022 | 565.89 |
| | 8/31/2022 | 442.88 |
| | 8/31/2022 | 219.50 |
| | 8/31/2022 | 125.00 |



CitiDirect BE®

# Account Statement Details Report

| | |
|---|---|
| **Bank Name** | CITIBANK |
| **Customer Number / Name** | *5472 | CARESTREAM HEALTH INCORPORATED |
| **Branch Number / Name** | 600 | CITIBANK NA LONDON |
| **Account Number / Name** | *5472 | CARESTREAM HEALTH INC |
| **IBAN Number** | *5472 USD |
| **Account Currency / Type** | Depositor Eligible* |
| **Depositor Protection** | 08/30/2022 |
| **Statement Date** | |
| **Opening Ledger Balance** | 49,080.86 |
| **Current / Closing Ledger Balance** | 49,065.50 |
| **Opening Available Balance** | 49,080.86 |
| **Current / Closing Available Balance** | 49,065.50 |

| | |
|---|---|
| **Bank Reference** | 9991994821 |
| **Customer Reference** | 0822511984028252 |
| **Value Date** | 08/30/2022 |
| **Entry Date** | 08/30/2022 |
| **Transaction Amount** | **15.36-** |
| **Product Type** | Data Entry |
| **Transaction Description** | BILLING INVOICE PAID |

| Credit Count | Total Credit Amount | Debit Count | Total Debit Amount | Cheque Count | Cheque Amount | Net Amount |
|---|---|---|---|---|---|---|
| 0 | 0.00 | 1 | 15.36 | 0 | 0.00 | 15.36- |

This deposit is eligible for protection under the Financial Services Compensation Scheme (FSCS), the UK's deposit protection scheme, subject to scheme rules and maximum limits. Details are set out in the information sheet and exclusions list which can be found on Citi website https://www.citibank.com/tts/about/disclosures/. For further information about the compensation provided by the FSCS, refer to the FSCS website at www.FSCS.org.uk

= Indicates Calculated Balances

# Account Statement Details Report

**SELECTION CRITERIA**

| | | |
|---|---|---|
| Account Number | *5472 | CARESTREAM HEALTH INC |
| Statement Date | 08/01/2022 to 08/31/2022 | |
| Value Date | 08/01/2022 to 08/31/2022 | |
| User has never accessed the system | No | |
| Cheques | Include Cheques | |
| Page Breaks | Yes | |
| Sort By | Transaction Amount | Descending |
| Show Extended Payment Details | No | |
| Run in Incremental Mode | No | |
| Print Selection Criteria | Yes | |
| Print Citibank China Stamp - only PDF/DHTML formats | No | |
| Show Single Transaction Per Page | No | |
| User | CLAUDIA | MANCHESTER |
| Share | Public | |
| Format | Adobe (PDF) | |
| Favorite | No | |

# Account Statement Details Report - Condensed

| | | | |
|---|---|---|---|
| **Bank Name** | CITIBANK | | |
| **Customer Number / Name** | 301069 | CARESTREAM HEALTH PR LLC | |
| **Branch Number / Name** | 630 | PUERTO RICO CITIBANK | |
| **Account Number / Name** | *9022 | CARESTREAM HEALTH PR LLC | |
| **Account Currency / Type** | USD | Current Account | |
| **Statement Date** | 08/31/2022 | | |

| Opening Ledger Balance | Current / Closing Ledger Balance | Opening Available Balance | Current / Closing Available Balance |
|---|---|---|---|
| 36,973.87 | 36,973.87 | 36,973.87 | 36,973.87 |

| Bank Reference | Product Type | Transaction Description | Value Date | Amount |
|---|---|---|---|---|
| | | | | |

| Credit Count | Total Credit Amount | Debit Count | Total Debit Amount | Cheque Count | Cheque Amount | Net Amount |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |

= Indicates Calculated Balances



## Daily Statement Report

**Account:** 9817 * CARESTREAM HEALTH ACQUISITION LLC

**Account Location:** United States

**Account Holding Bank:** HSBC Bank USA NA

**Currency:** USD

As of August 31, 2022

### Balance Details

| Closing Ledger | Opening Available | Ledger Balance Brought Forward | 1 Day Float | 2 Day Float | 3 Day Float | Total Credits | Total Debits |
|---:|---:|---:|---:|---:|---:|---:|---:|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**There was no activity for this account on August 31, 2022.**



## Daily Statement Report

**Account:** 4043 * Carestream Health Inc.
**Account Location:** United States
**Account Holding Bank:** HSBC Bank USA NA
**Currency:** USD
As of August 31, 2022

### Balance Details

| Closing Ledger | Opening Available | Ledger Balance Brought Forward | 1 Day Float | 2 Day Float | 3 Day Float | Total Credits | Total Debits |
|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,213,474.06 | 6,213,474.06 |

### Statement Details

| Transaction Type | Transaction Narrative | Customer Reference | Bank Reference | Posting Date | Value Date | Amount |
|---|---|---|---|---|---|---|

**Credits**

| Transaction Type | Transaction Narrative | Customer Reference | Bank Reference | Posting Date | Value Date | Amount |
|---|---|---|---|---|---|---|
| 540 | BOOK TRANSFER CREDIT                41BOOK CREDIT CARESTREAM HEALTH INC*ORG:CARESTREAM HEALTH INC,NY US,ROCHESTER        NY/US,1*BNF:CARESTREAM HEALTH INC,ROCHESTER        NY/US,150 VER*OBI:SWEPP 9515 TO 4043*BBI:/DAS/REF:78016EF0181V*STBOOK*TIME:0931*OUR REF:243529171 | 9515TO FUND 4043 | 243529171 | August 31, 2022 | August 31, 2022 | 6,100,000.00 |
| AZBA | ZERO BALANCE CREDIT                SWEEP FROM USMMBI *9515 CARESTREAM HEALTH INC | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 113,474.06 |

**Debits**

| Transaction Type | Transaction Narrative | Customer Reference | Bank Reference | Posting Date | Value Date | Amount |
|---|---|---|---|---|---|---|
| 998 | ACH PAYMENT                ACH CASH DISBURSEMENT US CBP-PAYMENT US CBP PAYMENT    0000 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | -66.25 |
| 998 | ACH PAYMENT                ACH CASH DISBURSEMENT US CBP-PAYMENT US CBP PAYMENT    0000 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | -87.08 |
| 900 | CHECK PAID                Check  1096103 | 0001096103 | NONREF | August 31, 2022 | August 31, 2022 | -125.00 |
| 900 | CHECK PAID                Check  1096144 | 0001096144 | NONREF | August 31, 2022 | August 31, 2022 | -219.50 |
| 998 | ACH PAYMENT                ACH CASH DISBURSEMENT BANCORPSV-BANCORPSV BANCORPSV BANCORPSV        99994 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | -286.55 |
| 900 | CHECK PAID                Check  1096152 | 0001096152 | NONREF | August 31, 2022 | August 31, 2022 | -442.88 |



| Transaction Type | Transaction Narrative | Customer Reference | Bank Reference | Posting Date | Value Date | Amount |
|---|---|---|---|---|---|---|
| 998 | ACH PAYMENT                          ACH CASH DISBURSEMENT<br>US CBP-PAYMENT US CBP PAYMENT    0000 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | -477.00 |
| 900 | CHECK PAID                          Check  1096181 | 0001096181 | NONREF | August 31, 2022 | August 31, 2022 | -779.69 |
| 998 | ACH PAYMENT                          ACH CASH DISBURSEMENT<br>MET LIFE MINI-ME-DCS/CHASE MET              LIFE  DCS/CHASE<br>052800001001894 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | -990.30 |
| 900 | CHECK PAID                          Check  1096147 | 0001096147 | NONREF | August 31, 2022 | August 31, 2022 | -1,258.20 |
| 998 | ACH PAYMENT                          ACH CASH DISBURSEMENT<br>US CBP-PAYMENT US CBP PAYMENT    0000 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | -2,149.20 |
| 900 | CHECK PAID                          Check  1096182 | 0001096182 | NONREF | August 31, 2022 | August 31, 2022 | -2,493.30 |
| 900 | CHECK PAID                          Check  1096177 | 0001096177 | NONREF | August 31, 2022 | August 31, 2022 | -3,250.00 |
| 900 | CHECK PAID                          Check  1096143 | 0001096143 | NONREF | August 31, 2022 | August 31, 2022 | -4,940.00 |
| 900 | CHECK PAID                          Check  1096149 | 0001096149 | NONREF | August 31, 2022 | August 31, 2022 | -5,861.39 |
| 900 | CHECK PAID                          Check  1096184 | 0001096184 | NONREF | August 31, 2022 | August 31, 2022 | -10,000.00 |
| 900 | CHECK PAID                          Check  1096155 | 0001096155 | NONREF | August 31, 2022 | August 31, 2022 | -10,311.45 |
| 998 | ACH PAYMENT                          ACH CASH DISBURSEMENT<br>CERIDIAN AKA CDC-WAGE ATT CERIDIAN  WAGE ATT            N5683-<br>013708234 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | -20,323.13 |
| 900 | CHECK PAID                          Check  1096148 | 0001096148 | NONREF | August 31, 2022 | August 31, 2022 | -23,222.45 |
| 900 | CHECK PAID                          Check  1096185 | 0001096185 | NONREF | August 31, 2022 | August 31, 2022 | -26,086.40 |
| 900 | CHECK PAID                          Check  1096162 | 0001096162 | NONREF | August 31, 2022 | August 31, 2022 | -28,041.60 |
| 900 | CHECK PAID                          Check  1096154 | 0001096154 | NONREF | August 31, 2022 | August 31, 2022 | -37,520.95 |
| 900 | CHECK PAID                          Check  1096140 | 0001096140 | NONREF | August 31, 2022 | August 31, 2022 | -60,174.00 |



| Transaction Type | Transaction Narrative | Customer Reference | Bank Reference | Posting Date | Value Date | Amount |
|---|---|---|---|---|---|---|
| 900 | CHECK PAID                              Check  1096141 | 0001096141 | NONREF | August 31, 2022 | August 31, 2022 | -60,238.05 |
| 900 | CHECK PAID                              Check  1096166 | 0001096166 | NONREF | August 31, 2022 | August 31, 2022 | -83,999.80 |
| 900 | CHECK PAID                              Check  1096151 | 0001096151 | NONREF | August 31, 2022 | August 31, 2022 | -159,422.73 |
| 904 | MISCELLANEOUS DEBIT                        ACH CHARGE FOR GENERATED OFFSET - CARESTREAM HEALT                CARESTREA US ACH                             SETT-CARESTREA /ST/US ACH NGV SET | US ACH | NONREF | August 31, 2022 | August 31, 2022 | -298,259.24 |
| 921 | OUTGOING MONEY TRANSFER                    57SEND FED COMERICA BANK*BNF:DATA 2 LOGISTICS LLC,UNITED STATES,FT MYERS, FL 33913,12*OBI:/INV/K602941 /RFB/CARESTREAM HEALT*BBI:/DAS/REF:80296EF00GA9*STFEDSEQ:B1Q8982C005030*TIME:1536 *YOUR REF:80296EF00GA9*OUR REF:243611392 | 80296EF00G A9 | 243611392 | August 31, 2022 | August 31, 2022 | -947,189.48 |
| 921 | OUTGOING MONEY TRANSFER                    57SEND FED BANK OF AMERICA N.A.*BNF:TAX SERVICE 702*MEFEDSEQ:B1Q8982C003070*TIME:1104*YOUR REF:2022083100385137*OUR REF:243559208 | NONREF | 243559208 | August 31, 2022 | August 31, 2022 | -4,425,258.44 |



## Daily Statement Report

**Account:** 9515 * CARESTREAM HEALTH INC
**Account Location:** United States
**Account Holding Bank:** HSBC Bank USA NA
**Currency:** USD
As of August 31, 2022

### Balance Details

| Closing Ledger | Opening Available | Ledger Balance Brought Forward | 1 Day Float | 2 Day Float | 3 Day Float | Total Credits | Total Debits |
|---|---|---|---|---|---|---|---|
| 56,196,618.65 | 55,847,960.95 | 53,681,108.61 | 240,641.37 | 108,016.33 | 0.00 | 9,408,157.40 | 6,892,647.36 |

### Statement Details

| Transaction Type | Transaction Narrative | Customer Reference | Bank Reference | Posting Date | Value Date | Amount |
|---|---|---|---|---|---|---|

### Credits

| Transaction Type | Transaction Narrative | Customer Reference | Bank Reference | Posting Date | Value Date | Amount |
|---|---|---|---|---|---|---|
| 588 | FOREIGN REMITTANCE CREDIT                33RECD CHIP BANK OF AMERICA N.A.*ORG:RAYCO (XIAMEN) MEDICAL PRODUCTS,DISTRICT,XIAMEN,CHINA,XI*OGB:BANK OF AMERICA, N.A. SHANGHAI,SHANGHAI,INTL FINANCE CEN*BNF:CARESTREAM HEALTH INC,ROCHESTER          NY/US,150 VER*OBI:POP INVESTMENT INCOME INTERCOMPANY PAY*STCHIPSEQ:0256913*TIME:0527*YOUR REF:6841243D0R600001*OUR REF:243463695 | 2022083100226638 | 243463695 | August 31, 2022 | August 31, 2022 | 6,501,470.95 |
| 588 | FOREIGN REMITTANCE CREDIT                33RECD CHIP CITIBANK NA*ORG:SOLUCIONES MEDICAS COMERCIAL,AGUILAR,ATTN:MARTHA ALEJAND*OGB:CITIBANK NA,NEW YORK*BNF:CARESTREAM HEALTH INC,ROCHESTER          NY/US,150 VER*OBI:/RFB/IMPO INC INTERCOMPANY PAYMENT COMERCIAL INC*STCHIPSEQ:0561134*TIME:1438*YOUR REF NONREF*OUR REF:243603388 | D0422430637601 | 243603388 | August 31, 2022 | August 31, 2022 | 1,099,931.60 |
| AZBA | ZERO BALANCE CREDIT                SWEEP FROM USMMBI *9540 CARESTREAM HEALTH INC | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 948,243.17 |



| Transaction Type | Transaction Narrative | Customer Reference | Bank Reference | Posting Date | Value Date | Amount |
|---|---|---|---|---|---|---|
| 588 | FOREIGN REMITTANCE CREDIT                          33RECD CHIP CITIBANK NA*ORG:CARESTREAM DO BRASIL COM E SERVICOS,BR SAO JOSE DOS CAMP*OGB:BANCO CITIBANK SA,SAO PAULO,AVENIDA PAULISTA , 111*BNF:CARESTREAM HEALTH INC,ROCHESTER NY/US,150 VER*OBI:/ROC/IMP.317341807 /INV/SEVERAL INVOICES /RFB/IMPORT PYMT*STCHIPSEQ:0611645*TIME:1710*YOUR REF:NONREF*OUR REF:243622553 | S062243400A C01 | 243622553 | August 31, 2022 | August 31, 2022 | 858,511.68 |

**Debits**

| Transaction Type | Transaction Narrative | Customer Reference | Bank Reference | Posting Date | Value Date | Amount |
|---|---|---|---|---|---|---|
| AZBA | ZERO BALANCE DEBIT                          SWEEP TO USMMBI *4043 CARESTREAM HEALTH INC | NONREF | NONREF | August 31, 2022 | August 31, 2022 | -113,474.06 |
| 988 | FOREIGN REMITTANCE DEBIT                          37SEND CHIP BANK OF NEW YORK*BNF:CS AGENCY CAYMEN ACCOUNT,NEW YORK, NY 10010,ONE MADISON *OBI:/RFB/CARESTREAM HEALTH LIBOR INTEREST PAYMENT*BBI:/DAS/REF:84686EE01G4J*STCHIPSEQ:0055186*TIME:2215*YO UR REF:84686EE01G4J*OUR REF:243307646 | 84686EE01G4 J | 243307646 | August 31, 2022 | August 31, 2022 | -679,173.30 |
| 940 | BOOK TRANSFER DEBIT                          45BOOK DEBIT CARESTREAM HEALTH INC*BNF:CARESTREAM HEALTH INC,ROCHESTER NY/US,150 VER*OBI:SWEPP 9515 TO 4043*BBI:/DAS/REF:78016EF0181V*STBOOK*TIME:0931*YOUR REF:9515TO FUND 4043*OUR REF 243529171 | 9515TO FUND 4043 | 243529171 | August 31, 2022 | August 31, 2022 | -6,100,000.00 |



## Daily Statement Report

**Account:** 9540 * Carestream Health Inc.

**Account Location:** United States

**Account Holding Bank:** HSBC Bank USA NA

**Currency:** USD

As of August 31, 2022

### Balance Details

| Closing Ledger | Opening Available | Ledger Balance Brought Forward | 1 Day Float | 2 Day Float | 3 Day Float | Total Credits | Total Debits |
|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 948,243.17 | 948,243.17 |

### Statement Details

| Transaction Type | Transaction Narrative | Customer Reference | Bank Reference | Posting Date | Value Date | Amount |
|---|---|---|---|---|---|---|

**Credits**

| Transaction Type | Transaction Narrative | Customer Reference | Bank Reference | Posting Date | Value Date | Amount |
|---|---|---|---|---|---|---|
| 598 | ACH CONCENTRATION CREDIT                    ACH CASH CONCENTRATION                    NXC IMAGING-CORP PAY NXC IMAGI CORP PAY              V-100003 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 300,346.52 |
| 519 | LOCK BOX DEPOSIT                    NATIONAL LOCKBOX DEPOSIT-BOX  0019286 SITE-CHICAGO                    REFERENCE 000024313 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 227,612.45 |
| 598 | ACH CONCENTRATION CREDIT                    ACH CORP TRADE PAYMENT                    FROM DENVER HEALTH DENVER HE AP PAYMENT                    022000020 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 149,287.00 |
| 598 | ACH CONCENTRATION CREDIT                    ACH CASH CONCENTRATION                    BAPTHEALTH PMD-PAYMENT BaptHealt PAYMENT                    0000218851 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 84,005.12 |
| 500 | DEPOSIT                    DEPOSIT | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 55,680.00 |
| 500 | DEPOSIT                    DEPOSIT | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 35,145.85 |
| 561 | ACH CREDIT                    ACH DEPOSIT FROM MPM PRODUCTS INC-ACHPAYMENT MPM PRODU AchPayment                    6789780 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 30,756.87 |



| Transaction Type | Transaction Narrative | Customer Reference | Bank Reference | Posting Date | Value Date | Amount |
|---|---|---|---|---|---|---|
| 521 | INCOMING MONEY TRANSFER                53RECD FED JPMORGAN CHASE BANK*ORG:U. M .G. INC,HARRISON NY 10528 3213 US,28 CALVERT ST*BNF:CARESTREAM HEALTH INC,ROCHESTER        NY/US,150 VER*OBI:UMG MEDICAL IMAGING PAYMENT*STFEDSEQ:B1Q8983R001326*TIME:0854*YOUR REF:BMG OF 22/08/31*OUR REF:243516085 | 3197102243E S | 243516085 | August 31, 2022 | August 31, 2022 | 21,731.06 |
| 598 | ACH CONCENTRATION CREDIT                ACH CASH CONCENTRATION                DIGNITY HEALTH-AP PAYMENT DIGNITY H AP                PAYMENT 145608 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 12,473.63 |
| 598 | ACH CONCENTRATION CREDIT                ACH CASH CONCENTRATION                IHSA TREAS 310-  MISC PAY IHSA TREA   MISC        PAY 208190334750306 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 10,639.90 |
| 500 | DEPOSIT                DEPOSIT | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 5,820.00 |
| 598 | ACH CONCENTRATION CREDIT                ACH CASH CONCENTRATION                GOOD SAMARITAN H-AP PAYMENT Good Sama AP                PAYMENT 100 -   13834 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 4,280.73 |
| 598 | ACH CONCENTRATION CREDIT                ACH CORP TRADE PAYMENT                FROM KP FINANCIAL SVC KP FINANC ACH                AP0000330024 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 3,677.44 |
| 598 | ACH CONCENTRATION CREDIT                ACH CORP TRADE PAYMENT                FROM BDSC BDSC PAYMENT    106614 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 2,616.90 |
| 598 | ACH CONCENTRATION CREDIT                ACH CASH CONCENTRATION                NORTHWESTERN PMD-PAYMENT Northwest                PAYMENT    002293 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 2,235.00 |
| 598 | ACH CONCENTRATION CREDIT                ACH CASH CONCENTRATION                FRANCISCAN ALLIA-EDI PAYMTS Francisca EDI                PAYMTS 0001264974 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 1,410.00 |
| 598 | ACH CONCENTRATION CREDIT                ACH CORP TRADE PAYMENT                FROM TEAM INDUSTRIAL TEAM INDU CORP PMT                000136827 | NONREF | NONREF | August 31, 2022 | August 31, 2022 | 524.70 |

**Debits**

| Transaction Type | Transaction Narrative | Customer Reference | Bank Reference | Posting Date | Value Date | Amount |
|---|---|---|---|---|---|---|
| AZBA | ZERO BALANCE DEBIT                SWEEP TO USMMBI *9515 CARESTREAM HEALTH INC | NONREF | NONREF | August 31, 2022 | August 31, 2022 | -948,243.17 |



## Daily Statement Report

**Account:** 9825 * Carestream Health International
**Account Location:** United States
**Account Holding Bank:** HSBC Bank USA NA
**Currency:** USD
As of August 31, 2022

### Balance Details

| Closing Ledger | Opening Available | Ledger Balance Brought Forward | 1 Day Float | 2 Day Float | 3 Day Float | Total Credits | Total Debits |
|---|---|---|---|---|---|---|---|
| 687,409.80 | 687,409.80 | 687,409.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**There was no activity for this account on August 31, 2022.**