# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CARESTREAM HEALTH, INC., *et al.*,[1] | ) Case No. 22- 10778 (JKS) |
| Debtors. | ) (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before September 21, 2022, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Cases, (II) Combined Hearing on the Disclosure Statement, Confirmation of the Joint Prepackaged Chapter 11 Plan, and Related Matters, and (III) Related Objection and Briefing Deadlines** [substantially in the form attached as Exhibit 1 to the Scheduling Order- Docket No. 66]

Furthermore, September 21, 2022, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit B**:

*(Continued on Next Page)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Carestream Health, Inc. (0334); Carestream Health Acquisition, LLC (0333); Carestream Health Canada Holdings, Inc. (7700); Carestream Health Holdings, Inc. (7822); Carestream Health International Holdings, Inc. (5771); Carestream Health International Management Company, Inc. (0532); Carestream Health Puerto Rico, LLC (8359); Carestream Health World Holdings, LLC (1662); and Lumisys Holding Co. (3232). The location of the Debtors' service address is: 150 Verona Street, Rochester, New York 14608.

- **Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief** [Docket No. 95]

Dated: September 23, 2022

                                                          */s/* Heather Fellows  
                                                          Heather Fellows  
                                                          KCC  
                                                          222 N Pacific Coast Highway, 3rd Floor  
                                                          El Segundo, CA 90245  
                                                          Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Creditor Matrix Service List**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Duran, Hunter | Address on File | | | |
| New York Imaging Service, Inc | 289 N Plank Rd Ste 4 | Newburgh | NY | 12550-1793 |
| New York Imaging Systems INC, dba PMI | 289 N Plank Rd Ste 4 | Newburgh | NY | 12550-1793 |

In re: Carestream Health, Inc., et al.
Case No.: 22-10778 (JKS)

Page 1 of 1

# Exhibit B

**Exhibit B**
**Equity Parties Service List**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Bachman, James | Address on File | | | |

In re: Carestream Health, Inc., et al.
Case No.: 22-10778 (JKS)                                        Page 1 of 1