**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) )  Chapter 11 |
| CARESTREAM HEALTH, INC., *et al.*,[1] | )  )  Case No. 22-10778 (JKS) |
| Debtors. | )  )  (Jointly Administered) |

**NOTICE OF FILING OF AMENDED PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE THAT** the documents contained herein are provided in accordance with the *Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc. and Its Debtor Affiliates* [Docket No. 14] (as may be amended, supplemented, or otherwise modified from time to time, the "Plan")[2] and the Restructuring Support Agreement.

**PLEASE TAKE FURTHER NOTICE THAT** on September 14, 2022, the Debtors filed the *Notice of Plan Supplement* [Docket No. 129] (the "Initial Plan Supplement") with the Court, which contained certain Plan Supplement documents, as further described therein.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file this Amended Plan Supplement (as may be amended from time to time, the "Amended Plan Supplement" and together with the Initial Plan Supplement, the "Plan Supplement") with the Court in support of confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Amended Plan Supplement contains current drafts of the following documents (which remain subject to ongoing negotiations among the Debtors and interested parties in accordance with the Plan and the Restructuring Support Agreement), as may be modified, amended, or supplemented from time to time.

| | |
|---|---|
| **Exhibit A** | New Organizational Documents |
| **Exhibit A-2** | Bylaws |
| **Exhibit A-2(a)** | Comparison of Bylaws with the Initial Plan Supplement |
| **Exhibit B** | New Stockholder Agreement |
| **Exhibit B-1** | Comparison of New Stockholder Agreement with the Initial Plan Supplement |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Carestream Health, Inc. (0334); Carestream Health Acquisition, LLC (0333); Carestream Health Canada Holdings, Inc. (7700); Carestream Health Holdings, Inc. (7822); Carestream Health International Holdings, Inc. (5771); Carestream Health International Management Company, Inc. (0532); Carestream Health Puerto Rico, LLC (8359); Carestream Health World Holdings, LLC (1662); and Lumisys Holding Co. (3232). The location of the Debtors' service address is: 150 Verona Street, Rochester, New York 14608.

[2] Capitalized terms used but not defined herein have the same meaning as set forth in the Plan.

| | |
|---|---|
| **Exhibit C** | New Term Loan Credit Agreement |
| **Exhibit C-1** | Comparison of New Term Loan Credit Agreement with the Initial Plan Supplement |
| **Exhibit D** | New ABL Credit Agreement |
| **Exhibit D-1** | Comparison of New ABL Credit Agreement with the Initial Plan Supplement |
| **Exhibit E** | Members of the New Board and Officers of Reorganized Carestream |
| **Exhibit E-1** | Comparison of Members of the New Board and Officers of Reorganized Carestream with the Initial Plan Supplement |

**PLEASE TAKE FURTHER NOTICE THAT** the respective rights of the Debtors and certain other parties-in-interest are expressly reserved, subject and pursuant to the terms and conditions set forth in the Plan and the Restructuring Support Agreement, to amend, revise, or supplement the Plan Supplement and any of the documents and designations contained herein in accordance with the Plan, the Bankruptcy Code, the Bankruptcy Rules, and any other order of the Bankruptcy Court.  The posting/filing of the forms of the documents included in the Plan Supplement shall not be deemed as acceptance of such document by any party to the Restructuring Support Agreement or a waiver of any of the rights of any such party under the Restructuring Support Agreement, the Plan, the Bankruptcy Code or otherwise.  Each of the documents contained in the Plan Supplement or its amendments are subject to the consent and approval rights provided in the Plan and the Restructuring Support Agreement.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan Supplement and any amendments thereto shall be deemed incorporated into and part of the Plan as if set forth therein in full.  The documents contained in the Plan Supplement are integral to, and are considered part of, the Plan.  If the Plan is approved, the documents contained in the Plan Supplement shall also be approved pursuant to the Confirmation Order.  In the event of a conflict between the Plan and the Plan Supplement, the Plan Supplement shall control in accordance with Article I.G of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan Supplement and related documents may be obtained free of charge:  (a) at https://kccllc.net/Carestream; or (b) by contacting KCC, the Solicitation Agent, by phone at (877) 709-4750 (Toll-free from US / Canada) or +1 (424) 236-7230 (International), or by email at CarestreamInfo@kccllc.com. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at http://www.ecf.deb.uscourts.gov.

| | |
|---|---|
| Dated: September 24, 2022<br>Wilmington, Delaware | */s/ Timothy P. Cairns*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Edward Corma (DE Bar No. 6718)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>　　　　 tcairns@pszjlaw.com<br>　　　　 ecorma@pszjlaw.com<br><br>-and-<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Tricia Schwallier Collins (admitted *pro hac vice*)<br>Yusuf U. Salloum (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  patrick.nash@kirkland.com<br>　　　　 tricia.schwallier@kirkland.com<br>　　　　 yusuf.salloum@kirkland.com<br><br>-and-<br><br>Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)<br>Rachael M. Bentley (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  nicole.greenblatt@kirkland.com<br>Email:  rachael.bentley@kirkland.com<br><br>*Proposed Co-Counsel for the Debtors and Debtors in Possession* |