**Exhibit E**

**Members of the New Board and Officers of Reorganized Carestream**

Subject to Article IV.K of the Plan, as of the Effective Date, the term of the current members of the board of directors of the Carestream Health Holdings, Inc. and Carestream Health, Inc. shall expire, such current directors shall be deemed to have resigned, and all of the directors for the initial term of the New Board shall be appointed. The New Board will initially consist of the following directors:[3]

- David Westgate (Chairman)
- Chris Yamamoto
- Robert Rasmus
- Robert J. Marshall, Jr.
- B. Quentin Lilly

In subsequent terms, the directors shall be selected in accordance with the New Organizational Documents. Each director and officer of the Reorganized Debtors shall serve from and after the Effective Date pursuant to the terms of the applicable New Organizational Documents and other constituent documents of the Reorganized Debtors.

The Debtors' existing officers, David Westgate (President & Chief Executive Officer), Scott Rosa (Vice President & Chief Financial Officer), Julie M. Lewis (General Counsel & Secretary); Robert D. Johnson (Treasurer); and Alisa B. Hoy (Assistant Secretary), will continue to be employed by the Debtors through and after the Effective Date. Pursuant to Article V.H, except as otherwise set forth in the Plan, on or after the Effective Date, the Debtors or the Reorganized Debtors, as applicable, shall (a) assume all employment agreements or letters, indemnification agreements, severance agreements, or other agreements entered into with current and former officers and other employees; and (b) enter into new agreements with the officers and other employees referenced in the Management Compensation Term Sheet on terms and conditions consistent with those set forth in the Management Compensation Term Sheet. Notwithstanding the foregoing, pursuant to section 1129(a)(13) of the Bankruptcy Code, from and after the Effective Date, all retiree benefits (as such term is defined in section 1114 of the Bankruptcy Code), if any, shall continue to be paid in accordance with applicable law.

---

[3] Appointment of the directors to the New Board is subject to completion of customary directors and officers questionnaire.

**Exhibit E-1**

**Comparison of Members of the New Board and
Officers of Reorganized Carestream with the Initial Plan Supplement**

**Exhibit E**

**Members of the New Board and Officers of Reorganized Carestream**

Subject to Article IV.K of the Plan, as of the Effective Date, the term of the current members of the board of directors of the Carestream Health Holdings, Inc. and Carestream Health, Inc. shall expire, such current directors shall be deemed to have resigned, and all of the directors for the initial term of the New Board shall be appointed. The New Board will initially consist of the following directors to be identified in the Plan Supplement or otherwise disclosed prior to the Effective Date. :[3]

- David Westgate (Chairman)
- Chris Yamamoto
- Robert Rasmus
- Robert J. Marshall, Jr.
- B. Quentin Lilly

In subsequent terms, the directors shall be selected in accordance with the New Organizational Documents. Each director and officer of the Reorganized Debtors shall serve from and after the Effective Date pursuant to the terms of the applicable New Organizational Documents and other constituent documents of the Reorganized Debtors.

The Debtors' existing officers, David Westgate (President & Chief Executive Officer), Scott Rosa (Vice President & Chief Financial Officer), Julie M. Lewis (General Counsel & Secretary); Robert D. Johnson (Treasurer); and Alisa B. Hoy (Assistant Secretary), will continue to be employed by the Debtors through and after the Effective Date. Pursuant to Article V.H, except as otherwise set forth in the Plan, on or after the Effective Date, the Debtors or the Reorganized Debtors, as applicable, shall (a) assume all employment agreements or letters, indemnification agreements, severance agreements, or other agreements entered into with current and former officers and other employees; and (b) enter into new agreements with the officers and other employees referenced in the Management Compensation Term Sheet on terms and conditions consistent with those set forth in the Management Compensation Term Sheet. Notwithstanding the foregoing, pursuant to section 1129(a)(13) of the Bankruptcy Code, from and after the Effective Date, all retiree benefits (as such term is defined in section 1114 of the Bankruptcy Code), if any, shall continue to be paid in accordance with applicable law.

---

[3] Appointment of the directors to the New Board is subject to completion of customary directors and officers questionnaire.