**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CARESTREAM HEALTH, INC., *et al.*,[1] | ) | Case No. 22-10778 (JKS) |
| Debtors. | ) | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 28, 2022, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

Date and Time of Hearing: Wednesday, September 28, 2022, at 2:00 p.m. (prevailing Eastern Time).

Location of Hearing: The Honorable Judge J. Kate Stickles, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware. **This Hearing will be conducted remotely via Zoom, see instructions below**.

Copies of Motions: A copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC ("KCC"), at https://kccllc.net/Carestream. Further information may be obtained by calling KCC at: (877) 709-4750 (Toll-free from US / Canada) or +1 (424) 236-7230 (International) or Emailing at CarestreamInfo@kccllc.com.

PLEASE NOTE, ALL REMOTE HEARINGS WILL BE CONDUCTED ENTIRELY OVER ZOOM AND WILL REQUIRE ALL PARTICIPANTS TO REGISTER IN ADVANCE TO APPEAR VIA VIDEO CONFERENCE VIA ZOOM. COURTCALL WILL NOT BE USED TO DIAL IN.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Carestream Health, Inc. (0334); Carestream Health Acquisition, LLC (0333); Carestream Health Canada Holdings, Inc. (7700); Carestream Health Holdings, Inc. (7822); Carestream Health International Holdings, Inc. (5771); Carestream Health International Management Company, Inc. (0532); Carestream Health Puerto Rico, LLC (8359); Carestream Health World Holdings, LLC (1662); and Lumisys Holding Co. (3232). The location of the Debtors' service address is: 150 Verona Street, Rochester, New York 14608.

[2] **Amended items appear in bold.**

**PARTIES WHO WISH TO APPEAR MUST REGISTER NO LATER THAN WEDNESDAY, SEPTEMBER 27, 2022, AT 4:00 P.M. (PREVAILING EASTERN TIME). PARTIES SHOULD USE THE FOLLOWING LINK TO REGISTER FOR THE FIRST DAY HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItcuCgpz4qHwuni-VWEqdFfUyRuovlMx0

**RESOLVED MATTERS:**

1. **All Claims Motion**. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of All Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing Satisfaction of Obligations Related Thereto, and (IV) Granting Related Relief [Filed: 8/23/22] (Docket No. 6).

    Related Documents:

    A. Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of All Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing Satisfaction of Obligations Related Thereto, and (IV) Granting Related Relief [Filed: 8/24/22] (Docket No. 69).

    B. [Signed] Interim Order (I) Authorizing Payment of All Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing Satisfaction of Obligations Related Thereto, and (IV) Granting Related Relief [Filed: 8/24/22] (Docket No. 70).

    C. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of All Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing Satisfaction of Obligations Related Thereto, and (IV) Granting Related Relief [Filed: 8/26/22] (Docket No. 91).

    D. Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of All Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing Satisfaction of Obligations Related Thereto, and (IV) Granting Related Relief [Filed: 9/22/22] (Docket No. 144).

E. [Signed] Final Order (I) Authorizing Payment of All Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing Satisfaction of Obligations Related Thereto, and (IV) Granting Related Relief [Filed: 9/22/22] (Docket No. 151).

Response Deadline:   Wednesday, September 21, 2022 at 4:00 p.m. (Prevailing Eastern Time).

Responses Received:  none

Status: The final order has been entered.  No hearing will be necessary.

2. **Insurance Motion**.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief [Filed: 8/23/22] (Docket No. 7).

Related Documents:

A. [Signed] Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief [Filed: 8/24/22] (Docket No. 74).

B. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief [Filed: 8/26/22] (Docket No. 92).

C. Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief [Filed: 9/22/22] (Docket No. 145).

D. [Signed] Final Order (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief [Filed: 9/22/22] (Docket No. 152).

Response Deadline:   Wednesday, September 21, 2022 at 4:00 p.m. (Prevailing Eastern Time).

Responses Received:  Informal comments.

Status: The final order has been entered.  No hearing will be necessary.

3. **Taxes Motion**.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Filed: 8/23/22] (Docket No. 8).

    Related Documents:

    A. [Signed] Interim Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Filed: 8/24/22] (Docket No. 75).

    B. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Filed: 8/26/22] (Docket No. 93).

    C. Certification of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Filed: 9/22/22] (Docket No. 146).

    D. [Signed] Final Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Filed: 9/22/22] (Docket No. 153).

    Response Deadline:   Wednesday, September 21, 2022 at 4:00 p.m. (Prevailing Eastern Time).

    Responses Received:  none

    Status: The final order has been entered.  No hearing will be necessary.

4. **Utilities Motion**.  Debtors' Motion for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Filed: 8/23/22] (Docket No. 9).

    Related Documents:

    A. [Signed] Interim Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Filed: 8/24/22] (Docket No. 76).

B. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Filed: 8/26/22] (Docket No. 94).

C. Certification of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Filed: 9/22/22] (Docket No. 147).

D. [Signed] Final Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Filed: 9/22/22] (Docket No. 154).

Response Deadline: Wednesday, September 21, 2022 at 4:00 p.m. (Prevailing Eastern Time).

Responses Received: none

Status: The final order has been entered. No hearing will be necessary.

5. **NOL Motion**. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Filed: 8/23/22] (Docket No. 10).

Related Documents:

A. [Signed] Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Filed: 8/24/22] (Docket No. 79).

B. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Filed: 8/26/22] (Docket No. 95).

C. Certification of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain

       Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Filed: 9/22/22] (Docket No. 148).

    D.    [Signed] Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Filed: 9/22/22] (Docket No. 155).

Response Deadline:    Wednesday, September 21, 2022 at 4:00 p.m. (Prevailing Eastern Time).

Responses Received:  none

Status: The final order has been entered.  No hearing will be necessary.

6.    **Wages Motion**.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Filed: 8/23/22] (Docket No. 11).

Related Documents:

    A.    Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Filed: 8/24/22] (Docket No. 64).

    B.    [Signed] Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Filed: 8/24/22] (Docket No. 68).

    C.    Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Filed: 8/26/22] (Docket No. 97).

    D.    Certification of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Filed: 9/22/22] (Docket No. 149).

    E.    [Signed] Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue

   Employee Benefits Programs, and (II) Granting Related Relief [Filed: 9/22/22] (Docket No. 156).

   Response Deadline: Wednesday, September 21, 2022 at 4:00 p.m. (Prevailing Eastern Time).

   Responses Received: none

   Status: The final order has been entered. No hearing will be necessary.

7. **Cash Management Motion**. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Filed: 8/23/22] (Docket No. 12).

   Related Documents:

  A. [Signed] Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Filed: 8/24/22] (Docket No. 78).

  B. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Filed: 8/26/22] (Docket No. 98).

  C. Certification of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Filed: 9/22/22] (Docket No. 150).

  D. [Signed] Final Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Filed: 9/22/22] (Docket No. 157).

   Response Deadline: Wednesday, September 21, 2022 at 4:00 p.m. (Prevailing Eastern Time).

   Responses Received: none

Status: The final order has been entered.  No hearing will be necessary.

**ADJOURNED MATTER:**

8.  **Creditor Matrix Motion**.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information, and (II) Granting Related Relief [Filed: 8/23/22] (Docket No. 3).

    Related Documents:

    A.  [Signed] Interim Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information, and (II) Granting Related Relief [Filed: 8/24/22] (Docket No. 72).

    B.  Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information, and (II) Granting Related Relief [Filed: 8/26/22] (Docket No. 101).

    Response Deadline:   Wednesday, September 21, 2022 at 4:00 p.m. (Prevailing Eastern Time).  Extended to September 30, 2022 for the Office of the United States Trustee.

    Responses Received:  none

    Status: This matter has been adjourned to the hearing scheduled for October 12, 2022 at 10:00 a.m. (Prevailing Eastern Time) with respect to a final order.

**MATTER FOR WHICH CNO HAS BEEN FILED:**

9.  **Motion to Seal DIP Fee Letters**.  Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact Certain Portions of the Letters Related to the DIP Facility [Filed: 8/23/22] (Docket No. 29).

    Related Documents:

    A.  [Signed] Interim Order Authorizing the Debtors to Redact Certain Portions of the Letters Related to the DIP Facility [Filed: 8/24/22] (Docket No. 77).

B. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact Certain Portions of the Letters Related to the DIP Facility [Filed: 8/26/22] (Docket No. 86).

C. Certification of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact Certain Portions of the Letters Related to the DIP Facility [Filed: 9/26/22] (Docket No. 167).

D. **[Signed] Final Order Authorizing the Debtors to Redact Certain Portions of the Letters Related to the DIP Facility [Filed: 9/27/22] (Docket No. 172).**

Response Deadline: Wednesday, September 21, 2022 at 4:00 p.m. (Prevailing Eastern Time).

Responses Received: none

Status: **The order has been entered. No hearing will be necessary.**

**MATTERS GOING FORWARD:**

10. **Chapter 11 Plan**. Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc., and Its Debtor Affiliates [Filed: 9/23/22] (Docket No. 159).

Related Documents:

A. Notice of Filing of Blackline Version of Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc., and Its Debtor Affiliates [Filed: 9/23/22] (Docket No. 160).

B. Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc., and Its Debtor Affiliates [Filed: 8/23/22] (Docket No. 14).

C. Declaration of Adam Gorman Regarding the Solicitation and Tabulation of Votes on the Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc., and Its Debtor Affiliate [Filed: 8/23/22] (Docket No. 42).

D. [Signed] Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving Related Dates, Deadlines, Notices, and Procedures, (III) Approving the Solicitation Procedures and Related Dates, Deadlines, and Notices, (IV) Approving the Rights Offering Procedures and Related Dates, Deadlines, and Notices, and (V) Conditionally Waiving the Requirements That (A) the U.S. Trustee Convene a Meeting of Creditors and (B) the Debtors File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Rule 2015.3 Financial Reports [Filed: 8/24/22] (Docket No. 66).

E.      Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Cases, (II) Combined Hearing on the Disclosure Statement, Confirmation of the Joint Prepackaged Chapter 11 Plan, and Related Matters, and (III) Related Objection and Briefing Deadlines [Filed: 8/24/22] (Docket No. 66-1).

F.      Proof of Publication (The New York Times) [Filed: 9/2/22] (Docket No. 115).

G.      Proof of Publication (The New York Times International Edition) [Filed: 9/2/22] (Docket No. 116).

H.      Proof of Publication (Rochester Democrat and Chronicle) [Filed: 9/2/22] (Docket No. 117).

I.      Notice of Filing of Plan Supplement [Filed: 9/14/22] (Docket No. 129).

J.      Notice of Filing of Amended Plan Supplement [Filed: 9/24/22] (Docket No. 161).

K.      Notice of Filing Order Confirming Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc., and Its Debtor Affiliates [Filed: 9/24/22] (Docket No. 162).

L.      Debtors' Memorandum of Law in Support of an Order Approving the Debtors' Disclosure Statement for, and Confirming, the Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc. and Its Debtor Affiliates [Filed: 9/26/22] (Docket No. 163).

M.      Declaration of Scott H. Rosa, Chief Financial Officer of Carestream Health, Inc., in Support of the Debtors' Disclosure Statement for, and Confirmation of, the Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc. and Its Debtor Affiliates [Filed: 9/26/22] (Docket No. 164).

N.      Declaration of Andrew Turnbull, Managing Director of Houlihan Lokey Capital, Inc., in Support of the Disclosure Statement for, and Confirmation of, the Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc., and Its Debtor Affiliates [Filed: 9/26/22] (Docket No. 165).

O.      Declaration of Marc Brown, Managing Director of AlixPartners, LLP, in Support of the Debtors' Disclosure Statement for, and Confirmation of, the Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc., and Its Debtor Affiliates [Filed: 9/26/22] (Docket No. 166).

P.      **Debtors' Witness and Exhibit List for Confirmation Hearing Set for September 28, 2022, at 2:00 p.m. (Prevailing Eastern Time) [Filed: 9/27/22] (Docket No. 177).**

    Response Deadline: Wednesday, September 21, 2022 at 5:00 p.m. (Prevailing Eastern Time).

Responses Received:

A. Informal Response of ACE American Insurance Company, ACE Property & Casualty Insurance Company, Indemnity Insurance Company of North America, Westchester Fire Insurance Company, Federal Insurance Company, Chubb Custom Insurance Company, Great Northern Insurance Company, and/or each of their U.S.-based affiliates and successors (collectively, "Chubb")

B. Informal Response of Citibank, N.A.

C. Informal Response of Frontier Communications of America, Inc.

D. Informal Response of The Office of the United States Trustee

E. Informal Response of Oracle America, Inc.

F. Informal Response of SAP America, Inc. and Success Factors, Inc.

G. Informal Response of The United States

H. Informal Response of University of Maryland Medical System

Status: This matter is going forward.

11. **Disclosure Statement**. Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc., and Its Debtor Affiliates [Filed: 8/23/22] (Docket No. 15).

Related Documents:

A. [Signed] Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving Related Dates, Deadlines, Notices, and Procedures, (III) Approving the Solicitation Procedures and Related Dates, Deadlines, and Notices, (IV) Approving the Rights Offering Procedures and Related Dates, Deadlines, and Notices, and (V) Conditionally Waiving the Requirements That (A) the U.S. Trustee Convene a Meeting of Creditors and (B) the Debtors File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Rule 2015.3 Financial Reports [Filed: 8/24/22] (Docket No. 66).

B. Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Cases, (II) Combined Hearing on the Disclosure Statement, Confirmation of the Joint Prepackaged Chapter 11 Plan, and Related Matters, and (III) Related Objection and Briefing Deadlines [Filed: 8/24/22] (Docket No. 66-1).

Response Deadline:   Wednesday, September 21, 2022 at 5:00 p.m. (Prevailing Eastern Time).

Responses Received:  none

Status: This matter is going forward.

12. **SEALED – DIP Motion**.  Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed: 8/23/22] (Docket No. 18).

   Related Documents:

   A. Notice of Filing of Proposed Redacted Version of the Debtors' Motion Seeking Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed: 8/23/22] (Docket No. 30).

   B. Notice of Hearing on Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed: 8/23/22] (Docket No. 48).

   C. Certification of Counsel Regarding Debtors' Motion Seeking Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed: 8/24/22] (Docket No. 62).

   D. [Signed] Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed: 8/24/22] (Docket No. 65).

   E. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain

        Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed: 8/26/22] (Docket No. 85).

F. **Certification of Counsel Regarding Debtors' Motion Seeking Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed: 9/26/22] (Docket No. 171).**

Response Deadline:   Wednesday, September 21, 2022 at 4:00 p.m. (Prevailing Eastern Time).

Responses Received:  none

Status: **A proposed final order has been filed under certification of counsel. The Debtors request entry of the proposed final order attached to the certification of counsel. No hearing will be necessary unless the Court has any questions.**

13. **Motion to Exceed Page Limit**. Debtors' Motion for Entry of an Order Waiving Local Rule 3017-3 to Permit the Debtors to Exceed the Page Limit Requirement for the Debtors' Memorandum of Law in Support of an Order Approving the Debtors' Disclosure Statement for, and Confirming, the Joint Prepackaged Chapter 11 Plan of Reorganization of Carestream Health, Inc. and Its Debtor Affiliates [Filed: 9/26/22] (Docket No. 168).

    Related Documents:  none

    Response Deadline:   At the hearing.

    Responses Received:  none

    Status: This matter is going forward.

[*Remainder of page intentionally left blank*]

Dated: September 27, 2022
Wilmington, Delaware

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
ecorma@pszjlaw.com

-and-

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Tricia Schwallier Collins (*pro hac vice* pending)
Yusuf U. Salloum (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: patrick.nash@kirkland.com
tricia.schwallier@kirkland.com
yusuf.salloum@kirkland.com

-and-

Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Rachael M. Bentley (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: nicole.greenblatt@kirkland.com
Email: rachael.bentley@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*