**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CARESTREAM HEALTH, INC., *et al.*,[1] | ) | Case No. 22-10778 (JKS) |
|  | ) |  |
| Reorganized Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF AGENDA FOR HEARING SCHEDULED**
**FOR OCTOBER 12, 2022, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

---

**THE BELOW LISTED MATTERS HAVE BEEN RESOLVED.**
**THE COURT HAS CANCELLED THE HEARING.**

---

**RESOLVED MATTERS:**

1.  **Creditor Matrix Motion**.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information, and (II) Granting Related Relief [Filed: 8/23/22] (Docket No. 3).

    Related Documents:

    A.    [Signed] Interim Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information, and (II) Granting Related Relief [Filed: 8/24/22] (Docket No. 72).

    B.    Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured

---

[1]    The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Carestream Health, Inc. (0334); Carestream Health Acquisition, LLC (0333); Carestream Health Canada Holdings, Inc. (7700); Carestream Health Holdings, Inc. (7822); Carestream Health International Holdings, Inc. (5771); Carestream Health International Management Company, Inc. (0532); Carestream Health Puerto Rico, LLC (8359); Carestream Health World Holdings, LLC (1662); and Lumisys Holding Co. (3232).  The location of the Reorganized Debtors' service address is:  150 Verona Street, Rochester, New York 14608.

Creditors, and (C) Redact Certain Personally Identifiable Information, and (II) Granting Related Relief [Filed: 8/26/22] (Docket No. 101).

C.      Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information, and (II) Granting Related Relief [Filed: 10/6/22] (Docket No. 201).

D.      [Signed] Final Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information, and (II) Granting Related Relief [Filed: 10/7/22] (Docket No. 209).

Response Deadline:    Wednesday, September 21, 2022 at 4:00 p.m. (Prevailing Eastern Time).  Extended to October 4, 2022 at 4:00 p.m. (Prevailing Eastern Time) for the Office of the United States Trustee.

Responses Received:

A.      United States Trustee's Limited Objection to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information, and (II) Granting Related Relief [Filed: 10/4/22] (Docket No. 192).

Status: The order has been entered.  No hearing will be necessary.

2.      **Kirkland Retention Application**.  Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 23, 2022 [Filed: 9/14/22] (Docket No. 123).

Related Documents:

A.      Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 23, 2022 [Filed: 10/6/22] (Docket No. 204).

B.      [Signed] Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and

Debtors in Possession Effective as of August 23, 2022 [Filed: 10/7/22] (Docket No. 215).

Response Deadline:    Wednesday, September 28, 2022 at 4:00 p.m. (Prevailing Eastern Time).

Responses Received:  Informal comments from the Office of the United States Trustee and the Court.

Status: The order has been entered.  No hearing will be necessary.

3.    **PSZ&J Retention Application**.  Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Filed: 9/14/22] (Docket No. 124).

Related Documents:

A.    Certification of No Objection Regarding Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Filed: 10/5/22] (Docket No. 196).

B.    [Signed] Order Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Filed: 10/7/22] (Docket No. 210).

Response Deadline:    Wednesday, September 28, 2022 at 4:00 p.m. (Prevailing Eastern Time).

Responses Received:  none

Status: The order has been entered.  No hearing will be necessary.

4.    **AlixPartners Retention Application**.    Debtors' Application for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor for the Debtors Effective as of August 23, 2022 [Filed: 9/14/22] (Docket No. 125).

Related Documents:

A.    Supplemental Declaration of John Dischner of AlixPartners, LLP [Filed: 10/3/22] (Docket No. 190).

B.      Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor for the Debtors Effective as of August 23, 2022 [Filed: 10/6/22] (Docket No. 205).

C.      [Signed] Order Authorizing the Debtors to Employ and Retain AlixPartners, LLP as Their Financial Advisor Effective as of August 23, 2022 [Filed: 10/7/22] (Docket No. 211).

Response Deadline:      Wednesday, September 28, 2022 at 4:00 p.m. (Prevailing Eastern Time).

Responses Received:  Informal comments from the Court.

Status: The order has been entered.  No hearing will be necessary.

5.      **Houlihan Lokey Retention Application**.  Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to the Debtors Effective as of August 23, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 [Filed: 9/14/22] (Docket No. 126).

Related Documents:

A.      Certification of Counsel Regarding Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to the Debtors Effective as of August 23, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 [Filed: 10/6/22] (Docket No. 206).

B.      [Signed] Order (I) Authorizing the Retention and Employment of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to the Debtors Effective as of August 23, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 [Filed: 10/7/22] (Docket No. 212).

Response Deadline:      Wednesday, September 28, 2022 at 4:00 p.m. (Prevailing Eastern Time).

Responses Received:  Informal comments from the Office of the United States Trustee and the Court.

Status: The order has been entered.  No hearing will be necessary.

6.      **EY LLP Retention Application**.  Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Services Provider Effective as of the Petition Date and (II) Granting Related Relief [Filed: 9/14/22] (Docket No. 127).

Related Documents:

A.      Certification of Counsel Regarding Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Services Provider Effective as of the Petition Date and (II) Granting Related Relief [Filed: 10/7/22] (Docket No. 208).

B.      [Signed] Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Services Provider Effective as of the Petition Date and (II) Granting Related Relief [Filed: 10/7/22] (Docket No. 213).

Response Deadline:    Wednesday, September 28, 2022 at 4:00 p.m. (Prevailing Eastern Time).

Responses Received:  Informal comments from the Office of the United States Trustee and the Court.

<u>Status</u>: The order has been entered.  No hearing will be necessary.

7.      **KCC Retention Application**.  Debtors' Application Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective as of August 23, 2022 [Filed: 9/14/22] (Docket No. 128).

Related Documents:

A.      Certification of Counsel Regarding Debtors' Application Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective as of August 23, 2022 [Filed: 10/7/22] (Docket No. 207).

B.      [Signed] Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective as of August 23, 2022 [Filed: 10/7/22] (Docket No. 214).

Response Deadline:    Wednesday, September 28, 2022 at 4:00 p.m. (Prevailing Eastern Time).

Responses Received:  Informal comments from the Court.

<u>Status</u>: The order has been entered.  No hearing will be necessary.

Dated:  October 7, 2022
Wilmington, Delaware

*/s/ Timothy P. Cairns*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:        ljones@pszjlaw.com
              tcairns@pszjlaw.com
              ecorma@pszjlaw.com

-and-

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Tricia Schwallier Collins (*pro hac vice* pending)
Yusuf U. Salloum (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        patrick.nash@kirkland.com
              tricia.schwallier@kirkland.com
              yusuf.salloum@kirkland.com

-and-

Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Rachael M. Bentley (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        nicole.greenblatt@kirkland.com
Email:        rachael.bentley@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*